UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
    Defendants

### DEFENDANTS EVANS, WYSE, PRIMM, MARTEL, ROCK, MITCHELL & HARDY'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Now come the Defendants Paul Evans, James Wyse, Michael Primm, John Martel, Wayne Rock, Garrett Mitchell and Charles Hardy and respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for their motion, the Defendants state:

1. The Defendants require additional time to investigate and to draft an appropriate response to Plaintiff's Complaint.

2. Requests for representation of some Defendants are pending.

3. The Defendants request an extension until June 21, 2004 to file a response to Plaintiff's Complaint.

4. Allowing this motion will not prejudice any party to the action, and permitting the Defendants to file a responsive pleading to the Plaintiff's Complaint will further the interests of justice.

1

WHEREFORE: The Defendants Paul Evans, James Wyse, Michael Primm, John Martel, Wayne Rock, Garrett Mitchell and Charles Hardy respectfully requests this Honorable Court allow their motion to extend time to file a responsive pleading, and set the date for responsive pleading to be due on or before **June 21, 2004.**

        Respectfully submitted,
        DEFENDANTS, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL & CHARLES HARDY

        Merita A. Hopkins
        Corporation Counsel

        By their attorney,

**CERTIFICATE OF SERVICE**

I, Margaret H. Sanel, hereby certify that on this date I served a copy of the foregoing documents upon: Leon Robinson (A-22594), Old Colony Correctional Center, Bridgewater, MA 02324, and Stephen J. Comen, Esq., Exchange Place, 53 State St., Boston, MA 02109, via first class mail.

5/24/04
Date       Margaret H. Sanel

Margaret H. Sanel, BBO# 648701
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4936

2