UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL



| |
|---|
| LEON ROBINSON, <br> Plaintiff <br><br> v. <br><br> THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I, <br> Defendants |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Leon Robinson, as he is currently incarcerated, concerning the Defendants Motion To Extend Time To File A Responsive Pleading to Plaintiff's Complaint and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

Respectfully submitted,

DEFENDANTS, PAUL F. EVANS,
JAMES WYSE, MICHAEL PRIMM,
JOHN A. MARTEL, WAYNE ROCK,
GARRETT MITCHELL & CHARLES
HARDY

By their attorney,

*[signature]*

Margaret H. Sanel, BBO# 648701
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4936

I, Margaret H. Sanel, hereby certify that on this date I served a copy of the foregoing documents upon: Leon Robinson (A-22594), Old Colony Correctional Center, Bridgewater, MA 02324, and Stephen J. Comen, Esq., Exchange Place, 53 State St., Boston, MA 02109, via first class mail.

5/24/04         *[signature]*
Date            Margaret H. Sanel