UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MASSACHUSETTS OFFICE

CIVIL ACTION NO. 04CV11023 RCL1 ꞏ3

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F.
EVANS, JAMES WYSE,
MICHAEL PRIMM, JOHN A.
MARTEL, WAYNE ROCK,
GARRETT MITCHELL,
CHARLES HARDY, AMERICAN
BROADCASTING CO., INC.,
HEARST-ARGYLE STATION
INC., WCVB TV (Channel 5,
Boston) DENNIS MCCARTHY
AND JOHN DOE I,
    Defendants

U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION FOR ENLARGEMENT OF TIME
## PURSUANT TO RULE 6(b), FED.R.CIV.P.

Now comes the Plaintiff, Leon Robinson (plaintiff "Robinson), and hereby requests pursuant to Rule 6(b), of the Federal Rules of Civil Procedure for an enlargement of time to file his opposition to Defendants Evens, Wyse, Primm, Martel, Rock, Mitchell, and Hardy's Motion to Stay the Proceedings, to July 21, 2004.

As resons for the requested enlargement of time the plaintiff Robinson, states that he is currently confined to his cell on segregation status and has NO access to the

Institutional Law Library.  Therefore, this requested enlargement of time is necessary to answer the defendants motion to stay the proceedings.

**Wherefore,** plaintiff Robinson, request an enlargement of time to Juny 21, 2004 to file his Opposition to the defendants Motion to Stay the Proceedings.

                                Respectfully Submitted
                                by the Plaintiff,

                                Leon Robinson, Pro Se
                                O.C.C.C.
June 25, 2004                   One Administration Road
                                Bridgewater, Massachusetts 02324


                        CERTIFICATE OF SERVICE

    I, Leon Robinson, hereby certify that on this date I have served a true copy of the foregoing document upon counsel for all parties via first class mail.


Date:  June 25, 2004           Leon Robinson, Pro Se