Office of the Civil Clerk
United State District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

JULY 14, 2004

RE: Leon Robinson v. Thomas Menino, et al.,
Civil Action No# 04-11023-RCL

<u>RESPECTFULLY REQUEST FOR UPTO DATE DOCKET/SUMMARY SHEET</u>

Dear Sir/Madam:

Concerning the above matter, I, Leon Robinson, the Plaintiff, in the above-captioned matter and respectfully request for a upto date "DOCKET SHEET" for i may bring myself upto date on what was filed in my case.

Please allow me this request, am Pro se in the above matter, and do not have the Funds to pay for copies of documents requested from file.

Thank you for your time concerning this matter.

Respectfully Submitted,

LEON ROBINSON, A-22594
OLD COLONY CORRECTIONAL CENTER
ONE ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

LR:w
CC: FILE