UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
Defendants

Change of Address

To: Leon Robinson, A-22594
Souza-Baranowski Correctional Center
P.O. Box 8000, Shirley, MA. 01464

Respectfully Submitted,
Leon Robinson, A-22594
S.B.C.C.
P.O. Box 8000
Shirley, MA. 01464