Office of the Civil Clerk
United States District Court
United States Courthouse
One Courthouse Way
Boston, MA 02210

Aug 25, 2004

RE: Leon Robinson v. Thomas Menino, et al
Civil Action No. 04-11023-RCL

Respectfully request for up to Date Docket Sheet;

Concerning the above matter, I Leon Robinson, request that the Civil Clerk's Office **Allow** my request for a up to Date Docket Summary Sheet, for i may bring my-self up to date on this Civil matter.

Respectfully,

Leon Robinson, A-22594
S.B.C.C.
P.O. Box 8000
Shirley, MA. 01464

L. Riw
CC: file