UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
Defendants

## AFFIDAVIT OF PLAINTIFF LEON ROBINSON

## IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

I, Leon Robinson, do hereby state and depose that:

1. I am the Plaintiff, Leon Robinson, in the above numbered Civil Action;

2. I, am not an "Inmate" as defined by G.L. ch. 261, § 27A.

3. I, am presently in the custody of the commn jail for Suffolk County and being detained pursuant to a Mittimus - To Common Jail in the County of Suffolk Criminal Docket No# SUCR2001-10384, for the alleged crime of Murder, of which I am presumed innocebt until proven guilty by jury and remain a citizen of the Commonwealth of Massachusetts.

[1]

4. I, am presently detained at the Souza - Baramowski Correctional Center, and the Massachusetts Department of Correction pursuant to **G.L. ch.** , **§ 52A**, having been transfered from the Common Jail for the County of Suffolk as a "**PRETRIAL DETAINEE**" awaiting trial in Docket No. #SUCR2001-10384.

5. The Superior Court Department in Docket No. SUCR2001-10384, And United States District Civil Court of Massachusetts has previously assessed and determined that I am in fact Indigent. As the (TWO) matters cencerning some of the same matter, and ALL of the Defendant(S) are in both matters.

6. I, am indigent and have know funds, assetts, at this present time to pay for a Attorney. Do to the Boston Office(S) in this civil action, the Plaintiff needs representation by Appointment of a Lawyer to obtain representation equally qually qualified with the professional Counsel usually by the state for the Defendant. SEE. KNIGHTON V. WATKINS, 616 F2d. 795,799 (5th Cir. 1980). It is "NOTED" by the United States District Civil Court that the Plaintiff, Leon Robinson, is in fact Indigent in Docket No#**04-CV11023-RCL.**

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 14TH DAY OF SEPTEMBER 2004.

LEON ROBINSON, A-22594
S.B.C.C.
P.O. BOX 8000
SHIRLY, MA. 01464

LR:w

[2]