UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

| | |
|---|---|
| LEON ROBINSON,<br>     Plaintiff<br><br>v.<br><br>THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,<br>     Defendants | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

     Please enter my appearance as attorney for the Defendants, Paul F. Evans, James Wyse, Michael Primm, John A. Martel, Wayne Rock, Garrett Mitchell and Charles Hardy, in the above-captioned case.

                                    DEFENDANTS, PAUL F. EVANS,
                                    JAMES WYSE, MICHAEL PRIMM,
                                    JOHN A. MARTEL, WAYNE ROCK,
                                    GARRETT MITCHELL & CHARLES
                                    HARDY
                                    by their attorneys,

                                    Merita A. Hopkins
                                    Corporation Counsel

               By:    /s/  Helen G. Litsas
                       Helen G. Litsas - BBO #644848
                       Assistant Corporation Counsel
                       City of Boston Law Department
                       Room 615, City Hall
                       Boston, MA  02201
                        (617) 635-4023

CERTIFICATE OF SERVICE

  I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: Leon Robinson (A-22594), Old Colony Correctional Center, Bridgewater, MA 02324, via first class mail.

  1/11/05  /s/ Helen G. Litsas
  Date   Helen G. Litsas