UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
    Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendants, Paul F. Evans, James Wyse, Michael Primm, John A. Martel, Wayne Rock, Garrett Mitchell and Charles Hardy, in the above-captioned matter.  Successor counsel is filing an appearance herewith.

    Respectfully submitted,

    DEFENDANTS, PAUL F. EVANS,
    JAMES WYSE, MICHAEL PRIMM,
    JOHN A. MARTEL, WAYNE ROCK,
    GARRETT MITCHELL & CHARLES
    HARDY

    By their attorney,

    /s/  Margaret H. Sanel
    Margaret H. Sanel, BBO# 648701
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, Boston City Hall
    Boston, Massachusetts 02201
    (617) 635-4936

CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: Leon Robinson (A-22594), Old Colony Correctional Center, Bridgewater, MA 02324, via first class mail.

<u>1/11/05</u>     <u>/s/ Helen G. Litsas</u>
Date            Helen G. Litsas