UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

FILED
CLERKS OFFICE

2005 MAR 31  A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

LEON ROBINSON,
 Plaintiff

v.

THOMAS MENINO, PAUL F.
EVANS, JAMES WYSE,
MICHAEL PRIMM, JOHN A.
MARTEL, WAYNE ROCK,
GARRETT MITCHELL,
CHARLES HARDY, AMERICAN
BROADCASTING CO., INC.,
HEARST-ARGYLE STATION
INC., WCVB TV (Channel 5,
Boston) DENNIS MCCARTHY
AND JOHN DOE I,
 Defendants

**PLAINTIFF'S NOTICE OF DEMAND FOR JURY TRIAL**
**PURSUANT TO FED.R.CIV.P.38(a), and (b) OF THIS RULE**

 Now Comes the Plaintiff, Leon Robinson, who now Demand's for a Jury Trial puruant to Fed.R.Civ.P.38(a) and (b) of this Rule. The Defendant's has fail to follow the Rules of this Court, and has delay this Civil Action for months without filing the documents that was requested pursuant to the **"requirement"** of 28 U.S.C. § 1446(a) and (b), and Local Rule 81.1 of this rule. The defendants fail to comply with the requirements of the Federal Rules of this Court, the Plaintiff, Leon Robinson's Rights are being violated by **Prejudicial Delays,** and his Due Process has been violated by the Defendant's in this Civil Action matter do to the "elapsed" of time violating the Plaintiff's Federal Constitutional Rights.

(1)

The Plaintiff, Leon Robinson, now request/Demand for a Jury Trial . See. **SEVENCAN V. HERBERT**, 316 F3d 76 (2nd Cir. 2002), See also **BARKER V. WINGO,** 92 S.Ct. 2182, 407 U.S. 514, L.Ed.2d 101 (1972).

The Plaintiff, Leon Robinson, pray that this Court allow this motion and stop any further dalays by the Defendant's in this Civil Action matter, and request for Speedy Trial to be noted.

        Respectfully Submitted,
        BY THE PLAINTIFF,

        LEON ROBINSON, A-22594
        S.B.C.C.
        P.O. BOX 8000
        SHIRLEY, MA. 01464

DATE: 3/25/2005

## CERTIFICATE OF SERVICE

I, Leon Robinson, hereby certify that on this date I served a copy of the forgoing documents upon: Margaret H. Sanel, Counsel City of Boston Law Dept. Boston City Hall, Boston, Ma 02201, **and** Steven J.Comen, at Goodwin Procter, Exchange Place, 53 State St. Boston, MA 02109, by first class prepaid postage mail.

3/25/2005
Date
        LEON ROBINSON, A-22594

(2)