UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
    Defendants

## NOTICE OF OBJECTION

### AND REQUEST FOR SUMMARY JUDGMENT AND DECLARATORY JUDGMENTS

Now Comes the Plaintff, Leon Robinson, who now moves this Court to note his **OBJECTION** on the Ruling entered on **3/24/2005**, by Justice Reginald C. Lindsay, U.S. District Court Judge, on the matter allowing 20 more days for the above Defendents to file copy of the docket sheet and copies of each Documents that was filed in the state court action. The Defendant's had **(30) days** after filing a notice for removal of an action from State Court to this Court pursuant to **28 U.S.C. § 1446(a) and Local Rule 81.1**, to file the notice certified and copies of **"ALL"** records and proceedings in the State Court and a Certified or attested copy of **"ALL"** docket entries in the state court, and fail to do so pursuant to **Local Rule 81.1 (a), and (b)** of this Rule.

The Defendant's is in Violation of Local Rule (a) and (b), and the matter should be moved back to lower court. The violation pursuant to the **"requirements"** of 28 U.S.C. § 1446(a), and (b) and Local Rule 81.1 had been sitting on docket awaiting the defendant's to comply to the Rules of this Court and they fail to do so ...

The Plaintiff, Leon Robinson, now moves for **"JUDGMENT"** on all Defendants in this Civil Action Number 04-CV-11023 RCL, pursuant to Fed.R.Civ.P.55 and 56, and wishes his Objection be note for any further appeals concerning this Civil Action.

The Plaintiff, Leon Robinson, further states that his Due Process Rights was also Violated by the Defendant's and there Attorneys, as Months and time has elapsed of the filing of the documents pursuant to the requirement of 28 U.S.C. § 1446(a) and (b) of this Rule, and Local Rule 81.1 of this rule had been violated and the Plaintiff now request this Court TO ALLOW this motion and grant the Plaintiff, Leon Robinson judgment agaist all Defendant's.

> Respectfully Submitted,
> BY THE PLAINTIFF,
>
> _____
> LEON ROBINSON, A-22594
> S.B.C.C.
> P.O. BOX 8000
> SHIRLEY, MA. 01464

DATE: 3/25/2005

LR:w

CC: All parties,
Attorneys of Records

## CERTIFICATE OF SERVICE

    I, Leon Robinson, hereby certify that on this date I served a copy of the forgoing documents upon: Margaret H. Sanel, Counsel City of Boston Law Dept. Boston City Hall, Boston, MA 02201, **and** Steven J. Comen, at Goodwin Procter, Exchange Place, 53 State ST. Boston, MA. 02109, by first class prepaid postage mail.

<u>3/25/2005</u>                              _____
Date                                    LEON ROBINSON, A-22594

(3)

FILED
IN CLERKS OFFICE

## CERTIFICATE OF SERVICE

2005 MAR 31  A 11: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

I, Leon Robinson, Plaintiff in Robinson v. Menino, et al, Docket No#U.S.CV04-11023-RCL, herby certify that I have served pursuant to Local Rule 7.1, of the Federal Rules of U.S. District Court of Massachusetts, one copy of all the foregoing Motions and supporting documents upon counsels for all parties in this Civil Action by depositing them in the Institutional Mail Depository Box, See. Schroeder v McDonald, 55 F.3d 454, (9th. Cir. 1995) ; Cooper v Brookshire, 70 F.3d 377 (5th. Cir. 1995) ; Dory v. Ryan, 999 F.2d 6 9 (2nd. Cir 1993) ; Garvey v. Vaughn, 993 F.2d 776 (11th. Cir. 1993), Cf. Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379 (1988) ; Commonwealth v. Hartgrove, 553 N.E.2d 1299 (1990), by first class mail prepaid postage mail on this **25th.** day of **MARCH**, 2005

Kindly file the same.

_____
PLAINTIFF, LEON ROBINSON, A-22594
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MASSACHUSETTS 01464


LR:w

ENCLOURES

CC: ALL PARTIES

ATTORNEYS OF RECORDS

FED. U.S. DISTRICT COURT CLERK'S OFFICE

FILE