UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON, <br>                Plaintiff, <br><br>             v. <br><br> THOMAS MENINO, ET AL., <br>                Defendants. | CIVIL ACTION <br> NO. 04-11023-RCL |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS AMERICAN BROADCASTING COMPANIES, INC., HEARST-ARGYLE STATION INC., AND WCVB TV (CHANNEL 5, BOSTON)

Pursuant to Local Rule 7.3, defendants American Broadcasting Companies, Inc., WCVB Hearst-Argyle Television, Inc. d/b/a/ WCVB-TV Channel 5 (incorrectly sued herein as Hearst-Argyle Station Inc. and WCVB TV (Channel 5, Boston)) respectfully submit this Corporate Disclosure Statement:

American Broadcasting Companies, Inc. is an indirect, wholly owned subsidiary of The Walt Disney Company, a publicly traded corporation.

Hearst-Argyle Television, Inc. d/b/a/ WCVB-TV Channel 5 is majority owned by The Hearst Corporation. The Hearst Corporation does not have a parent corporation, and no publicly held company holds more than ten percent of its stock.

        Respectfully submitted,

        **AMERICAN BROADCASTING COMPANIES, INC. and HEARST-ARGYLE TELEVISION, INC. d/b/a WCVB-TV CHANNEL 5,**

        By their attorneys,

        /s/ Jonathan M. Albano
        Jonathan M. Albano, BBO# 013850
        Brandon L. Bigelow, BBO # 651143
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110
        (617) 951-8000

Dated:  April 8, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the plaintiff Leon Robinson (A-225594), Old Colony Correctional Center, Bridgewater, MA 02324 and on counsel of record for the defendants by mail on April 8, 2005.

        /s/ Jonathan M. Albano
        Jonathan M. Albano