UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEON ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS MENINO, ET AL.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-11023-RCL |

## NOTICE OF APPEARANCE

Please notice the appearance of Brandon L. Bigelow as counsel for defendants, American Broadcasting Companies, Inc., and WCVB Hearst-Argyle Television, Inc. d/b/a/ WCVB-TV Channel 5 (incorrectly sued herein as Hearst-Argyle Station Inc. and WCVB TV (Channel 5, Boston)), in the above-captioned matter.

Respectfully submitted,

**AMERICAN BROADCASTING COMPANIES, INC. and HEARST-ARGYLE TELEVISION, INC. d/b/a WCVB-TV CHANNEL 5,**

By their attorney,

/s/ Brandon L. Bigelow
Brandon L. Bigelow, BBO# 651143
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  April 8, 2005

LITDOCS/595485.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the plaintiff Leon Robinson (A-225594), Old Colony Correctional Center, Bridgewater, MA 02324 and on counsel of record for the defendants by mail on April 8, 2005.

                                          /s/ Brandon L. Bigelow
                                          Brandon L. Bigelow