

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04cv11023 RCL

LEON ROBINSON,
　　　　Plaintiff

v.

THOMAS MENINO[1], PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
　　　　Defendants

## NOTICE OF REMOVAL
(Pursuant to 28 U.S.C. §1441)

　　Defendants Paul F. Evans, James Wyse, Michael Primm, John Martel, Wayne Rock, Garrett Mitchell and Charles Hardy petition, pursuant to 28 U.S.C. §1441, for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts the action entitled *Leon Robinson v. Thomas Menino et al.*, currently pending in Suffolk County as Civil Action No. 02-0377.

1.　　This action alleges that Defendants violated the federal civil rights of Plaintiff, Leon Robinson, by unlawfully entering his residence without a valid search warrant nor had his consent or permission to allow defendants into his residence on February 21, 2001. Plaintiff further makes claims for the illegal seizure of plaintiff's possessions and for photographic images taken of his residence.

---

[1] Mayor Thomas Menino has been voluntarily dismissed from the case pursuant to Rule 41(a)(1)(i) of the Massachusetts Rules of Civil Procedure.

1

MAS-20030912　　　　　　　　　　　　**Commonwealth of Massachusetts**　　　　　　　　　　　05/26/2004
leakes　　　　　　　　　　　　　　　　　　　SUFFOLK SUPERIOR COURT　　　　　　　　　　　02:40 PM
　　　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

## SUCV2004-00377
### Robinson, A22594 v Menino Comr et al

| File Date | 01/28/2004 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 05/26/2004 | Session | D - Civil D |
| Origin | 1 | Case Type | E96 - Prisoner Cases |
| Lead Case | | Track | F |

| Service | 04/27/2004 | Answer | 06/26/2004 | Rule12/19/20 | 06/26/2004 |
|---|---|---|---|---|---|
| Rule 15 | 06/26/2004 | Discovery | 11/23/2004 | Rule 56 | 12/23/2004 |
| Final PTC | 01/22/2005 | Disposition | 03/23/2005 | Jury Trial | No |

**Plaintiff**
Leon Robinson, A22594
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324
Active (prisoner) 01/28/2004 Notify

**Defendant**
Thomas Menino Comr
Service pending 01/28/2004

**Defendant**
John Doe I
Service pending 01/28/2004

**Defendant**
James Wyse
Served: 04/15/2004
Served (answr pending) 05/03/2004

**Private Counsel 648701**
Margaret H Sanel
Boston (City of) Law Dept
City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-4936
Fax: 617-635-3199
Active 05/26/2004 Notify

MAS-20030912            Commonwealth of Massachusetts            05/26/2004
leakes            SUFFOLK SUPERIOR COURT            02:40 PM
Case Summary
Civil Docket

### SUCV2004-00377
### Robinson, A22594 v Menino Comr et al

| | |
|---|---|
| **Defendant**<br>Michael Primm<br>Served: 04/15/2004<br>Served (answr pending) 05/03/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>John A Martel<br>Served: 04/15/2004<br>Served (answr pending) 05/03/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Wayne Rock<br>Served: 04/15/2004<br>Served (answr pending) 05/03/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Garrett Mitchell<br>Served: 04/15/2004<br>Served (answr pending) 05/03/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Charlie Hardley<br>Served: 04/15/2004<br>Served (answr pending) 05/03/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>American Broadcasting Co Inc.<br>as amended<br>Service pending 03/24/2004 | |

MAS-20030912 leakes

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

05/26/2004
02:40 PM

## SUCV2004-00377
### Robinson, A22594 v Menino Comr et al

| | |
|---|---|
| **Defendant**<br>Hearst-Argyle Station Inc.<br>as amended<br>Service pending 03/24/2004 | **Private Counsel 093320**<br>Steven J Comen<br>Goodwin Procter<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>Phone: 617-570-1000<br>Fax: 617-523-1231<br>Active 05/13/2004 Notify |
| **Defendant**<br>WCVB TV (Channel 5, Boston)<br>as amended<br>Service pending 03/24/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Dennis McCarthy (As amended)<br>Service pending 03/24/2004 | |
| **Defendant**<br>John Doe I (As amended)<br>Service pending 03/24/2004 | |
| **Defendant**<br>Paul F. Evans<br>as amended<br>Served (answr pending) 05/04/2004 | **Private Counsel 648701**<br>Margaret H Sanel<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4936<br>Fax: 617-635-3199<br>Active 05/26/2004 Notify |

| Date | Paper | Text |
|---|---|---|
| 01/28/2004 | 1.0 | Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs, allowed subject to review by Judge (IMPOUNDED) |
| 01/28/2004 | 2.0 | Complaint |
| 01/28/2004 | | Origin 1, Type E96, Track F. |

MAS-20030912 | **Commonwealth of Massachusetts** | 05/26/2004
leakes | SUFFOLK SUPERIOR COURT | 02:40 PM
 | Case Summary |
 | Civil Docket |

## SUCV2004-00377
## Robinson, A22594 v Menino Comr et al

| Date | Paper | Text |
|---|---|---|
| 05/03/2004 | 13.0 | SERVICE RETURNED: Michael Primm(Defendant) Certified mail |
| 05/03/2004 | 14.0 | SERVICE RETURNED: John A Martel(Defendant) Certified mail |
| 05/03/2004 | 15.0 | SERVICE RETURNED: Wayne Rock(Defendant) Certified mail |
| 05/03/2004 | 16.0 | SERVICE RETURNED: Garrett Mitchell(Defendant) Certified mail |
| 05/03/2004 | 17.0 | SERVICE RETURNED: Charlie Hardley(Defendant) Certified mail |
| 05/04/2004 | 18.0 | SERVICE RETURNED: Paul F. Evans (Defendant) Certified Mail |
| 05/12/2004 | 19.0 | Motion of WCB-TV (Channel 5, Boston) and Hearst-Argyle Station Inc to extend time to answer to & including 30 days (w/o opposition) |
| 05/21/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Defts. Paul F. Evans, James Wyse, Michael Primm, John A. Martel, Wayne Rock, Garrett Mitchell and Charles Hardy U. S. Dist.#(04CV-11023RCL). |
| 05/26/2004 | | Case REMOVED this date to US District Court of Massachusetts |

I HEREBY ATTEST AND CERTIFY ON
MAY 27, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

## Commonwealth of Massachusetts
### County of Suffolk
### The Superior Court

CIVIL DOCKET#: SUCV2004-00377-D

1

RE: Robinson, A22594 v Menino Comr et al

TO: Leon Robinson, A22594
Old Colony Correctional Center
1 Administration Road
Bridgewater, MA 02324

### NOTICE OF DOCKET ENTRY

You are hereby notified that on **01/28/2004** the following entry was made on the above referenced docket:

**Affidavit of indigency and Request for Waiver, substitution or state payment of normal fees & costs, allowed subject to review by Judge (IMPOUNDED)**

Dated at Boston, Massachusetts this 23rd day of February, 2004.

Michael Joseph Donovan,
Clerk of the Courts

BY:
Assistant Clerk

I HEREBY ATTEST AND CERTIFY ON
MAY 27, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

Telephone: 617-788-8110

cvdgeneric_2.wpd 2461308 affind hegartym

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss,                                      Superior Civil Trial Court
                                                  Docket#
                                                      04-0377 D

LEON ROBINSON,

V.

COMMISSIONER FOR THE CITY OF BOSTON;
AND THE COMMISSIONER FOR THE BOSTON POLICE DEPARTMENT, ET AL.,

CIVIL ACTION COMPLAINT

   This is a Civil Rights Action, filed by Plaintiff, Leon Robinson, a Suffolk County Jail Pretrial detainee, for damages and injunctive relief under 42 U.S.C. §1983, and Massachusetts State Civil Rights Act, pursuant to M.G.L. c. 12, §§ 11H and 11I, alleging unlawful entry and search an seizure of his personal property in violation of 18 U.S.C. §2236 and the due process and equal protection clause of the Fourth and Fourteenth Amendment to the United States Constitution and the Massachusetts Declaration of Rights and Massachusetts Statutory Laws.

-Jurisdiction-

   1. This court has jurisdiction over plaintiff's claims of violation of the Massachusetts State Civil Rights Act Under Massachusetts General Laws chapter 12, §§ 11H and 11I.

   2. This court has concomitant jurisdiction over the plaintiff's State and Federal Constitutional Rights pursuant to Title 42 U.S.C. §1983.

-Venue-

   3. This action may be commence in this Honorable Court, where as plaintiff is a resident of Suffolk County and defendants has a place of business in

2

Suffolk County, for the City of Boston at 1Schroeder Plaza, Boston, Ma., and where the alleged illegal Breaking and Entering, Search and Seizure mention herein to place.

-Parties-

4. The Plaintiff, Leon Robinson, is a pretrial detainee and incarcerated at the Old Colony Correctional Center in Bridgewater, MA.

5. Defendant, Thomas Manino, is the Commissioner for the City of Boston and is responsible for overseeing all administrative Departments, duties and procedures for the City of Boston, and his place of business is located at Boston City Hall, One City Hall Square, Boston, MA. He is being sued in his Official Capacities.

6. Defendant "John Doe,I" is the Commissioner for the Boston Police Department and employed by the City of Boston, and is responsible for overseeing all administrative duties and procedures for the Boston Police Department, and S/He has a place of business located at 1 Schroeder Plaza, Boston, Ma. S/He is sued in S/He individual and official capacities.

7. Defendant, James Wyse, Is a homcide detective for the Boston Police Department and employed by the City of Boston, and is in charge of the daily operations and supervision of the homcide unit and its employees, and is responsible for overseeing the execution of valid search warrants. He is sued in his official and individual capacities.

8. Defendant Michael Primm, is a homcide detective for the Boston Police Department and employed by the City of Boston, and is generally responsible for investigating reported homcides in the City of Boston. And is also responsible for obtaining and executing valid search warrants and the collection and preservation of seized evidence. He is sued in his official

3

and individual capacities.

9. Defendant, John A. Martel, is a homcide detective for the Boston Police Department and employed by the City of Boston, and is generally responsible for investigating reported homcides in the City of Boston. And is also responsible for obtaining and executing valid search warrants, and the collection and preservation of seized evidence. He is sued in his official and individual capacities.

10. Defenfant, Wayne Rock, is a homcide detective for the Boston Police Department and employed by the City of Boston, and is generally responsible for investigating reported homcides in the city of Boston. And is also responsible for obtaining and executing valid search warrants, and the collection and preservation of seized evidence. He is sued in his official and individual capacities.

11. Defendant, Garrett Mitchell, Is a homcide detective for the Boston Police Department and employed by the City of Boston, and is generally responsible for investigating reported homcides in the City of Boston. And is also responsible for assisting, obtaining and executing valid search warrants, and the collection and preservation of seized evidence. He is sued in his official and individual capacities.

12. Defendant, Charlie Hardly, is a Technician for the Boston Police Department, homcide unit, and employed by the City of Boston, and is generally responsible for assisting homcide detectives in the collection and preservation of seized evidence and photographing crime scenes and other places of investigation with valid search warrants. He is sued in his official and individual capacities.

13. All the named defendants mention herein have actd, and continue to act

4

under color of State and Federal laws at all times relevant to this complaint.

-Facts-

14. On or about February 21, 2001 defendants mention herein, members of the Boston Police Department, Homcide Unit, committed an act of Breaking and Entering of plaintiff's resident at 27 Spring Street, apt.#53, in West Roxbury, MA., without plaintiff's consent, permission or knowledge and in the absent of a valid search warrant, and photograph, search, seized and confiscated items of personal property.

15. On the date mention above, plaintiff was contacted by defendant Michael Primm, and agreed to meet with him and other members of the Boston Police Department, Homcide Unit.

16. Subsequent to the meeting with Michael Primm, Plaintiff was taken into custody and search by defendants James Wyse, John A. Martel and Wayne Rock.

17. During the search of plaintiff's person, defendant Michael Primm, confiscated and seized several items of personal affect i.e., apartment keys, car keys, cellular phone and other tanable items.

18. Shortly thereafter, defendant, John A. Martel, allegedly obtained a search warrant to search plaintiff's resident at 27 Spring Street, apt.#53, in West Roxbury, MA.,

19. Subsequently defendants James Wyse, Michael Primm, John A. Martel, Wayne Rock and Garrett Mitchell executed a invalid search warrant at plaintiff apartment at 27 Spring Street, apt.#53, West Roxbury, MA., by Breaking and entering plaintiff's apartment without his consent, permission or knowledge and in the absent of a valid search warrant.

5

20. During the entering of plaintiff's apartment defendants mention herein authorized and allowed members of the American Broadcasting Company (ABC-Nightline News 24/7 show) without plaintiff's consent, permission or Knowledge and in the absent of a valid search warrant.

21. During the execution of the invalid search warrant several items of personal property was seized by the named defendants herein, in addition, defendant Charlie Hardly took several photographs of the exterior, interior and personal affects of the plaintiff i.e., Bedroom, Livingroom, personal pictures of plaintiff's family members and living quaters.

22. Members of the American Broadcasting Company (ABC-Nightline News) also was allowed to film the execution of the invalid search warrant and the exterior, interior and personal affects of plaintiff and his family i.e., Bedroom, Livingroom, personal pictures of plaintiff family members and clothes while the defendants mention herein conducted their illegal search of plaintiff's apartment without plaintiff's consent, permission or knowledge which was aired on ABC affiliate and other associated television stations.

23.     Plaintiff has suffered a miscarriage of justice and his constitutional rights has been violated by the named defendants mention herein.

25. On information and belief, if the defendant's mention herein had obtain a valid search warrant and conducted a proper search of the plaintiff's apartment without the present of the American Broadcasting Company, a miscarriage of justice and deprivation of plaintiff's constitutional rights would not have been violated

-Claimes For Relief-

26. The failure of defendant John A. Martel, to properly obtain a valid search warrant to search plaintiff's apartment constitutes a Civil Rights violation under Massachusetts Statutory Laws.

6

27. The actions of defendant John A. Martel, in obtaining a invalid search warrant and Breaking and Entering plaintiff's apartment constitutes "deliberate indifference" and further denied the plaintiff the due process and equal protection clause of the Fourth and Fourteenth Amendment to the United States Constitution and the Massachusetts Declaration of Rights.

28. The Failure of Defendants Michael Primm, James Wyse, Wayne Rock and Garrett Mitchell to properly investigate, obtain and execute a valid search warrant, and to collect and preserve a seized evidence from plaintiff's apartment constitutes a civil rights violation under Massachusetts Statutory Laws.

29. The actions of defendants Michael Primm, James Wyse, Wayne Rock and Garrett Mitchell in Breaking and Entering plaintiff's apartment without his consent, permission or knowledge in the absent of a valid search warrant constitutes "deliberate indifference" and further denied the plaintiff the due process and equal protection of clausse of the Fourth and Fourteenth Amendment to the United States Constitution and the Massachusetts Declaration of Rights.

30. The actions of defendant Charlie Hardly, in unlawfully entering plaintiff's apartment without his consent, permission or knowledge in the absent of a valid search warrant and photographing and seizing plaintiff's personal property constitutes "deliberate indifference" and further denied the plaintiff the due process and equal protection clause of the Fourth and Fourteenth Amendment to the United States Constitution, Massachusetts Declaration of Rights and Massachusetts Statutory Laws.

31. The actions of defendants James Wyse, John A. Martel, Michael Primm, Wayne Rock, Garrett Mitchell and Charlie Hardly in authorizing American Broadcasting Company employees (ABC-Nightline News Team) to enter into

7

into plaintiffs apartment without his consent, permission or knowledge and "filmed" the interior and exterior of plaintiff's apartment along with personal affects and aired it on various television stations constitutes "deliberate indifference" in violation of the Fourth Amentment to the United States Constitution.

32. The failure of the defendants James Wyse, John A Martel, Michael Primm, Wayne rock, Garrett Mitchell and Charlie Hardly to stop the American Broadcasting Company employees (ABC-Nightline News Team) from entering and filming plaintiff's apartment which was aired on various television stations affiliate and associated with American Broadcasting Company constitutes "deliberate indifference" and further denied the plaintiff the due process and equal protection clause of the Fourth Amendment to the United States Constitution, Massachusetts Declaration of Rights and the Massachusetts Statutory Laws.

33. The failure of defendants Thomas Manino and "John Doe, I" to have in place adequate provisions and policies for obtaining, screening and executing valid search warrants and to take appropriate disciplinary or other action to curb the known pattern of neglect and abuse of executing invalid search warrants by the Boston Police Department, Homcide Unit employees and staff, which constitutes "deliberate indifference" and contributed to proximately caused the above described violation of the Fourth and Fourteenth Amendments to the United States Constitution and the Massachusetts Declaration of Rights.

8

-Prayers For Relief-

**WHEREFORE,** plaintiff requests that the court grant the following herein:

### A. Issue a declaratory judgement stating that:

1. The refusal to obtain a valid search warrant to search the plaintiff's apartment by defendants Michael Primm, John A. Martel, Wayne Rock, Garrett Michell and James Wyse violated the plaintiff's rights under the Fourth and Fourteenth Amendment to the United States Constitution and constituted and act of Breaking and Entering under Massachusetts Statutory Laws and the Declaration of Rights.

2. Defendant Charlie Hardly actions in photographing the exterior and interior of plaintiff's apartment without his consent, permission or Knowledge violated the plaintiff's rights under the Fourth Amendment to the United States Constitution and constitutes and act of Breaking and Entering and Criminal tresspassing under Massachusetts Statutory Laws and The declaration of Rights.

3. Defendants Michael Primm, John A. Martel, Wayne Rock, Garrett Michell, James Wyse and Charlie Hardly failure to obtain and execute a valid search warrant to enter plaintiff's apartment without plaintiff's consent, permission or knowledge violated the plaintiff's rights pursuant to Title 18 U.S.C.A. §2236, and Title 42 U.S.C.A. §1983.who all acted under color of State and Federal Laws.

4. Defendants Michael Primm, John A. Martel, Wayne Rock, Garrett Michell, James Wyse and Charlie Hardly failure to stop American Broadcasting Company (ABC-Nightline News Team) from entering plaintiff's apartment without his consent, permission or knowledge and filmed plaintiff's living quaters which