UNITED STATES DISTRICT COURT
   OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210



APRIL 22, 2005

RE: LEON ROBINSON V. THOMAS MENNINO, ET AL.,
    DOCKET NUMBER: U.S.D.C., 04CV11023 RCL

### REQUESTING FOR UPTO DATE DOCKET SHEET

Dear Clerk of Court:

    Concerning the above matter, please find enclosed the "WRONG" docket Sheet that was forward to me. Please send me a true copy of the above docket summery Sheet in god's speed.

    I do understand that you ment to forward me the right one, please still allow me that and take this one back and forward it to the person that is also waiting for his requested docket sheet.

    Thank you for your time concerning these matters.

    **Kindly file the same.**

                                Respectfully Submitted,

                                LEON ROBINSON, A-22594
                                S.B.C.C.
                                P.O. BOX 8000
                                SHIRLEY, MA. 01464

LR:w

**ENCLOSURES**

**CC: file**