```
                    UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

```
LEON ROBINSON,         PLAINTIFF,   )
                                    )
                                    )
                                    )
V.                                  )   CIVIL ACTION
                                    )   NO.04-11023-RCL
                                    )
                                    )
THOMAS MENINO, ET AL.,  DEFENDANTS  )
```

**NOTICE OF CHANGE OF ADDRESS**

Please notice the following change of address of the Plaintiff, Leon Robinson:

> **NASHUA STREET COUNTY JAIL**
> **200 NASHUA STREET.**
> **BOSTON, MASSACHUSETTS 02108**

> Respectfuuly Submitted,
>
> /s/ Leon Robinson
> LEON ROBINSON, PRO SE
> NASHUA STREET COUNTY JAIL
> 200 NASHUA STREET
> BOSTON, MASSACHUSETTS 02108

DATE: MAY 4, 2005

(1)

## CERTIFICATE OF SERVICE

    I, Leon Roninson, do hereby certify that a true copy of the above document was served upon the Defendants counsels of record at: Brandon L. Bigelow, 150 Federal Street, Boston MA. 02110, and to Helen G. Litsas, City Hall, Boston, MA 02201, by first class mail on this 4th day of May, 2005.

                                                 *[signature]*
                                      LEON ROBINSON, PRO SE

(2)