UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
Defendants

Notice of
Change of Address

Now comes the plaintiff and submits his notice of the change of address:

Leon Robinson W85592
Souza Baranowski Corr. Ct.
P.O. Box 8000
Shirley, MA 01464

Respectfully,
Leon Robinson
SBCC
P.O. Box 8000
Shirley, MA 01464

L. Rico
cc: All parties
File

COMMONWEALTH OF MASSACHUSETTS

_____, SS.

*United States Dist. Court*
*Civil Action No.*
*04-cv-11023 RCL*

*Leo Robinson*
PLAINTIFF(S),

V.

*Thomas Maynard, et al.*
DEFENDANT(S).

*Notice of Change of Address*

VERIFICATION

I hereby verify that the facts contained herein are true and correct to the best of my knowledge and belief.

DATED: *6/13/05*

Respectfully submitted,

*Leo Robinson*
*Leo Robinson, W 85592*
*S.B.C.C. P.O. Box 8000*
*Shirley, MA 01464*