June 13, 2005

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Robinson v Thomas Menino,
     Civil Action no# 04CV-11023 RCL

Dear Sir/Madam:

Concerning the above matter, please find enclosed Notice of Change of Address of the Plaintiff Lacy Robinson, Jr Pro Se. "Note"
There was motions and rulings that was filed sometime in 2005. Please forward a true copy please. I am also requesting for a upto date Docket Sheet.

Thank you for your time concerning this matter.

Respectfully submitted,
Lacy Robinson, W-85592
S.B.C.C. P.O. Box 8000
Shirley, MA 01464

BR:w
Enclosures
CC: All Parties
File