UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

| | |
|---|---|
| LEON ROBINSON,<br>Plaintiff<br><br>v.<br><br>THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,<br>Defendants | MOTION FOR A HABE<br><br>AND NOTICE OF APPEARANCE PURSUANT TO<br><br>LOCAL RULE 83.5.2. |

Now Comes the plaintiff, Leon Robinson, who respectfully request a **Habe** into this Court for a Status Conference Hearing set for **July 21, 2005, at 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay.**

[" HABE TO BE SENT TO AND FOR "]

LEON ROBINSON, W-85592
SOUZA-BARANOWSKI CORRT. CENTER
P.O. BOX 8000
SHIRLEY, MASSACHUSETTS 01464

(1)

The Plaintiff, Leon Robinson, further states that he prays that this Honorable Court allow this motion and Habe the plaintiff Leon Robinson, into this Court on the Status Conference Hearing set for 7/21/2005 at 02:00 PM. in Courtroom 11 before Judge Reginald C. Lindsay.

                                        Respectfully Submitted,
                                        BY THE PLAINTIFF,

                                        *Leon Robinson, Pro Se*
                                        LEON ROBINSON, W-85592
                                        S.B.C.C.
                                        P.O. BOX 8000
                                        SHIRLEY, MA. 01464

Date: July 7, 2005

LR:w
CC: All parties

(2)

CERTIFICATE OF SERVICE

I, Leon Robinson, plaintiff in <u>Robinson v. Menino, et al</u>, C.A. NO. 04CV11023 RCL, hereby certify that I have served pursuant to Rule 5, of the Massachusetts Rules of Civil Procedure, one copy of the foregoing motion and supporting documents upon counsel for all parties in this civil action by depositing them in the Institutional Mail Depository Box, See: <u>Schroeder v. McDonald</u>, 55 F.3d 454, (9th.Cir1995); <u>Cooper v. Brookshire</u>, 70 F.3d 377 (5th.Cir1995); <u>Dory v. Ryan</u>, 999 F.2d 679 (2nd.Cir 1993); <u>Garvey v. Vaughn</u>, 993 F.2d 776 (11th.Cir 1993), Cf. <u>Houston v. Lack</u>, 487 U.S. 266, 108 S.Ct.2379 (1988); <u>Commonwealth v. Hartgrove</u>, 553 N.E.2d 1299 (1990), by first class mail postage prepaid on this __7th__ day of __JULY__, 2005.

Leon Robinson, pro se