UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
          Plaintiff

v.

THOMAS MENINO, PAUL F.
EVANS, JAMES WYSE,
MICHAEL PRIMM, JOHN A.
MARTEL, WAYNE ROCK,
GARRETT MITCHELL,
CHARLES HARDY, AMERICAN
BROADCASTING CO., INC.,
HEARST-ARGYLE STATION
INC., WCVB TV (Channel 5,
Boston) DENNIS MCCARTHY
AND JOHN DOE I,
          Defendants

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Leon Robinson, as he is currently incarcerated, concerning the *Defendants' Second Motion to Extend Time To File A Responsive Pleading to Plaintiff's Complaint* and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

Respectfully submitted,

DEFENDANTS, PAUL F. EVANS,
JAMES WYSE, MICHAEL PRIMM,
JOHN A. MARTEL, WAYNE ROCK,
GARRETT MITCHELL & CHARLES
HARDY

By their attorney,


/s/  Helen G. Litsas
Helen G. Litsas  , BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4023


## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that on this date I served a copy of the foregoing documents upon: Leon Robinson (A-22594), Old Colony Correctional Center, Bridgewater, MA  02324, via first class mail, and all other parties via electronic filing.


8/5/05        /s/ Helen G. Litsas
Date              Helen G. Litsas