UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEON ROBINSON,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMAS MENINO, ET AL.,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　CIVIL ACTION<br>)　　NO. 04-11023-RCL<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Leon Robinson, as he is currently incarcerated, concerning the Broadcast Defendants' Second Motion to Extend Time to Answer or Respond to Complaint and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

Respectfully submitted,

**AMERICAN BROADCASTING COMPANIES, INC. and HEARST-ARGYLE TELEVISION, INC. d/b/a WCVB-TV CHANNEL 5,**

By their attorneys,

/s/ Brandon L. Bigelow
Jonathan M. Albano, BBO# 013850
Brandon L. Bigelow, BBO # 651143
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  August 8, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the plaintiff Leon Robinson (A-225594), Old Colony Correctional Center, Bridgewater, MA 02324 and on counsel of record for the defendants by first class mail and electronically via the ECF/CM on August 8, 2005.

    /s/ Brandon L. Bigelow
    Brandon L. Bigelow