UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

| | |
|---|---|
| LEON ROBINSON,<br>    Plaintiff<br><br>v.<br><br>THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,<br>    Defendants | |

**DEFENDANT FORMER BOSTON POLICE COMMISSIONER'S PAUL EVANS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

The Plaintiff brings several causes of action against the Defendant, former Boston Police Commissioner Paul Evans, and numerous others, alleging a violation of 42 U.S.C. § 1983 ("Count I"), a violation of the Massachusetts Civil Rights Act ("MCRA") ("Count II"), a claim of trespass ("Count III"), and a claim of intentional infliction of emotional distress ("Count IV") stemming from an incident on February 21-22, 2001. Pursuant to Fed. Civ. R. 12(b)(6), the Defendant, former Boston Police Commissioner Paul Evans ("Defendant" or "Defendant Commissioner Evans") moves to dismiss all counts of the Plaintiff's Complaint.

In support of his motion, the Defendant states the following: (1) the Plaintiff's claims are barred by the doctrine of collateral estoppel; (2) the Plaintiff's claims are barred under Heck v. Humphrey, 512 U.S. 477, 487 (1994); and (3) the Plaintiff's claims are not actionable against the Defendant in either his official or personal capacity.

In further support of this motion, the Defendant submits the attached Memorandum of Law. *Wherefore*, the Defendant respectfully requests that this Honorable Court dismiss Plaintiff's complaint, with prejudice.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION**

                                      Respectfully submitted,
                                      DEFENDANT, FORMER BOSTON POLICE
                                      COMMISSIONER PAUL EVANS,
                                      Merita A. Hopkins
                                      Corporation Counsel

                                      By his attorney:


                                      /s/ Helen G. Litsas
                                      Helen G. Litsas, Esq., BBO#644848
                                      Assistant Corporation Counsel
                                      City of Boston Law Department
                                      Room 615, City Hall
                                      Boston, MA 02201
                                      (617) 635-4023 (Litsas)

<u>CERTIFICATE OF SERVICE</u>

I, Helen G. Litsas, hereby certify that I served <u>Defendant, Former Boston Police Commissioner Paul Evans's Motion to Dismiss</u> upon the Plaintiff by mailing a copy, postage prepaid.

<u>8/12/05</u>                                                       <u>/s/ Helen G. Litsas</u>
Date                                                               Helen G. Litsas