COMMONWEALTH OF MASSACHUSETTS

SUFFOLK SS                           Superior Court Department of the Trial Court
                                     For the transaction of Criminal Business

                                     May 2005 Sitting

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-001   Murder

## VERDICT SLIP

In the above-entitled case, we the jury say that the defendant is:

1. _____ NOT GUILTY

2. __✓__ GUILTY of MURDER IN THE FIRST DEGREE

   __✓__ By Deliberate Premeditation

   and/or

   _____ Extreme Atrocity or Cruelty

3. _____ GUILTY of MURDER IN THE SECOND DEGREE

4. _____ GUILTY of VOLUNTARY MANSLAUGHTER

And this is their unanimous verdict.   _____
                                       Foreperson of the Jury

Date : May __26__, 2005

COMMONWEALTH OF MASSACHUSETTS

#181

SUFFOLK SS

Superior Court Department of the Trial Court
For the transaction of Criminal Business

May 2005 Sitting

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-002   Possession of Firearm, Not Home/Work, No License

**VERDICT SLIP**

In the above-entitled case, we the jury say that the defendant is:

1. \_\_\_\_ NOT GUILTY

2. _12-0_ ✓ GUILTY of offense as charged

And this is their unanimous verdict. _____
                                      Foreperson of the Jury

Date : May 26, 2005