#/88

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                    SUPERIOR COURT
                                               NO. SUCR2001-10384

|                              )
COMMONWEALTH                   )
                               )
V.                             )
                               )
LEON ROBINSON                  )
                               )

filed 5/27/05

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the defendant, Leon Robinson, in the above-entitled matter, being aggrieved by certain pretrial and trial opinions, rulings, directions and judgments of the Court, hereby appeals pursuant to Rule 3 of the Massachusetts Rules of Appellate Procedure.

                                    Leon Robinson
                                    By His Attorney

                                    _____
                                    Andrew M. D'Angelo
                                    B.B.O. # 564200
                                    CARNEY & BASSIL
                                    20 Park Plaza, Ste. 1405
                                    Boston, MA 02116
                                    617-338-5566

Date: May 27, 2005