UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
    Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff Leon Robinson, as he is currently incarcerated, concerning the *Defendants' Motion to Dismiss Plaintiff's Complaint* and therefore we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
    DEFENDANT,PAUL EVANS
    By his attorney,

/s/ Helen G. Litsas
Helen G. Litsas , BBO# 644848
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4023

## CERTIFICATE OF SERVICE

I, Helen G. Litsas, hereby certify that I served a copy of this document upon the Plaintiff by mailing a copy, postage prepaid, and all other parties by electronic mail.

| 8/12/05 | /s/ Helen G. Litsas |
|---|---|
| Date | Helen G. Litsas |