Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
### Commonwealth v Robinson, Leon

| | | | |
|---|---|---|---|
| **File Date** | 04/30/2001 | **Status** | Disposed (appeal pending) (dappen) |
| **Status Date** | 05/27/2005 | **Session** | 4 - Criminal 4 Ctrm 815 |
| **Jury Trial** | Unknown | **Origin** | I - Indictment |
| **Lead Case** | | | |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 02/21/2001 | 265/1 | Guilty verdict | 05/26/2005 |
| | MURDER c265 s1 | | | |
| 2 | 02/21/2001 | 269:010:a | Guilty verdict | 05/26/2005 |
| | Dang weapon, possess gun, no license, on person/in MV | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 04/30/2001

**Defendant**
Leon Robinson
1003 Jette Court
Brighton, MA 02135
DOB: 12/06/1963
Gender: Male
Active 04/30/2001

**District Atty's Office 639525**
Mark T Lee
Suffolk County District Atty's Office
1 Bulfinch Place
3rd floor
Boston, MA 02114-2997
Phone: 617-619-4000
Fax: 617-619-4210
Active 04/30/2001 Notify

**Private Counsel 546283**
William M White Jr
Davis Robinson & White LLP
1 Faneuil Marketplace 3rd Fl
South Market Building
Boston, MA 02109-1649
Phone: 617-723-7339
Fax: 617-723-7731
Withdrawn 02/13/2002

**Private Counsel 075840**
Bruce W Carroll
61-63 Chatham Street
6th Floor
Boston, MA 02109
Phone: 617-720-1413
Fax: 617-227-4767
Withdrawn 08/02/2002

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

**Private Counsel 553391**
James H Budreau
Oteri Weinberg & Lawson
20 Park Plaza
Statler Building Suite 905
Boston, MA 02116
Phone: 617-227-3700
Fax: 617-338-9538
Active 11/08/2004 Notify

**Private Counsel 564200**
Andrew M D'Angelo
Carney & Bassil
20 Park Plaza
Suite 1405
Boston, MA 02116
Phone: 617-338-5566
Fax: 617-338-5587
Active 06/29/2004 Notify

**Witness**
Edward Harner
1231 North Las Palmas
Los Angeles, CA 90038
Gender: Unknown
tel#323-559-2678
Active 05/06/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/30/2001 | 1.0 | Indictment returned |
| 04/30/2001 | | Warrant on indictment issued via W.M.S. |
| 04/30/2001 | | Notice & copy of indictment sent to Chief Justice & Atty General |
| 04/30/2001 | | Notice & copy of indictment & entry on docket sent to Sheriff |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | | Brought into court on special mittimus. Appearance of Deft's Atty: William M White Jr |
| 05/03/2001 | 3.0 | Order of notice of finding of murder indictment read and returned with service. |
| 05/03/2001 | | Deft arraigned before Court. Indictment read as to offense #001. |
| 05/03/2001 | | Deft waives reading of indictment |
| 05/03/2001 | | RE Offense 1:Plea of not guilty |
| 05/03/2001 | | RE Offense 2:Plea of not guilty |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | 4.0 | Deft files motion for funds for investigator. |
| 05/03/2001 | | Motion (P#4) allowed as endorsed. |
| 05/03/2001 | 5.0 | Deft files motion for confinement within Suffolk County in order to confer with counsel. Wilson, AC/M - D. Collins for M. Lee, ADA - W. Greenlaw, Court Reporter - W. White, Attorney. |
| 05/03/2001 | | Warrant canceled on the Warrant Management System May 03, 2001 |
| 05/25/2001 | 7.0 | Deft files pro se: motion for DNA discovery. |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-2 Filed 08/12/2005 Page 3 of 19  08/08/2005
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
08:54 AM

### SUCR2001-10384
### Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 05/25/2001 | 8.0 | Deft files pro se: motion for copies of photographs. |
| 05/25/2001 | 9.0 | Deft files motion for discovery of evidence in possession of Federal authorities. |
| 05/30/2001 | 6.0 | Defendant not in court. Pre-trial conference report filed. Motions to be filed by 6/22/2001. Wilson, AC/M - M. Lee, ADA - N. King, Court Reporter. |
| 06/14/2001 | 10.0 | Deft files motion for discovery |
| 06/14/2001 | 11.0 | Deft files request for Brady exculpatory material. |
| 06/14/2001 | 12.0 | Deft files motion for hearing re: Counsel. |
| 07/23/2001 | | Defendant brought into Court. Hearing re: Paper #12. After hearing, motion withdrawn. Spurlock, RAJ - M. Lee, ADA - P. McDonough, Court Reporter - W. White, Attorney. |
| 09/04/2001 | | Defendant brought into Court. Motion (P#10) agreed and allowed unless amended or otherwise ordered by specific paragraph. (Christine M. McEvoy, Justice) |
| 09/04/2001 | | Motion (P#11) agreed and allowed.(Christine M. McEvoy, Justice) |
| 09/04/2001 | 13.0 | Deft files Motion for additional funds for investigator. |
| 09/04/2001 | | Motion (P#13) allowed (Christine M. McEvoy, Justice) |
| 09/04/2001 | 14.0 | Order for Production of Criminal records filed. (Christine M. McEvoy, Justice) M. Lee, ADA - K. Canty, Court Reporter - W. White, Attorney. |
| 09/24/2001 | 15.0 | Brought into court. Deft files motion for funds for copies of photographs. |
| 09/24/2001 | | Motion (P#15) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - D. Cullinan, Court Reporter - W. White, Attorney. |
| 10/25/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - N. King, CR |
| 11/07/2001 | | Defendant not present. Wilson, Mag - C. Bartoloni, for M. Lee, ADA - W. White, Atty - K. Rael, CR |
| 11/20/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - K. Rael, CR |
| 12/04/2001 | | Defendant brought into court. Defendant's oral pro se motion for statements of defendant allowed if any exist. McEvoy, J. - M. Lee, ADA - D. Cullinan, Court Reporter W. White, Attorney. |
| 01/18/2002 | 16.0 | Deft files pro se motion to terminate trial counsel and affidavit in support of. |
| 01/18/2002 | 17.0 | Deft files pro se motion for appointment of counsel. |
| 01/18/2002 | 18.0 | Deft files pro se request for a hearing. |
| 01/18/2002 | 19.0 | Deft files pro se motion for free transcripts. |
| 02/13/2002 | 20.0 | Withdrawal of appearance filed by William M White Jr from representing defendant. |
| 03/07/2002 | | Defendant not present. Wilson, Mag - C. Bartoloni, ADA - ERD |
| 03/20/2002 | | Brought into Court. Rule 36 waived by order of the Court. |
| 03/20/2002 | | Motion (P#16) denied (Nancy Merrick, Justice). |
| 03/20/2002 | | Motion (P#20) denied (Nancy Merrick, Justice). - C. Bartoloni for M. Lee - C. Smith, Court Reporter - W. White, Attorney |
| 04/01/2002 | | Defendant not present. Brady, J - D. Collins, For M. Lee, ADA - F. |

MASXP-20050621 Case 1:04-cv-11023-RCL   Document 43-3   Filed 08/12/2005   Page 4 of 19   08/08/2005
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
08:54 AM

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | | Robinson, for R. Wheeler Atty - A. McDonald, CR |
| 04/08/2002 | | Defendant not present. Brady, J - M. Lee, ADA - G. Robinson, Atty - M. Wrighton, CR |
| 04/19/2002 | | Defendant not present. Brady, J - B. Carroll, CR |
| 05/13/2002 | 21.0 | Defendant not in Court. Deft files motion to dismiss for failure to provide discovery with affidavit in support. Wilson, AC/M - M. Lee, ADA - ERD - B. Carroll, Attorney |
| 05/29/2002 | | Brought into court. Motion to Dismiss (P#21) denied. Walker, J. - M. Lee, ADA - N. King, Court Reporter - B. Carroll, Attorney. |
| 06/03/2002 | 22.0 | Deft files pro-se: notice objection with supporting affidavit. |
| 06/03/2002 | 23.0 | Deft files pro-se: notice of appeal. |
| 06/03/2002 | 24.0 | Deft files pro-se: notice of appeal. |
| 06/13/2002 | | Defendant not present. King, J - P. Connelly, CR - M. Lee, ADA |
| 06/24/2002 | 29.0 | Deft files Letter to Justice Walker. |
| 06/25/2002 | | Brought into court. After hearing Defendant's oral motion for reduction of bail, denied. |
| 06/25/2002 | 25.0 | Deft files motion for funds. |
| 06/25/2002 | | Motion (P#25) allowed. |
| 06/25/2002 | 26.0 | Deft files motion for " The Murder Book " or " File ". |
| 06/25/2002 | 27.0 | Deft files motion for return of property. King, J. - M. Lee, ADA - M. Wrighton, Court Reporter - B. Carroll, Attorney. |
| 06/26/2002 | 28.0 | Deft files motion for funds to retain DNA consultant / expert. |
| 06/26/2002 | | Motion (P#28) allowed. King, J. |
| 07/02/2002 | 30.0 | Court files Order Relative to Discovery. (M. Lee, ADA and B. Carroll, Attorney notified 7/8/02) |
| 07/25/2002 | | Defendant brought into court. Walker, J - M. Lee, ADA - B. Carroll, Atty - M. McDonald, CR |
| 08/02/2002 | | Defendant brought into court. Attorney Bruce Carroll's oral motion to withdraw, allowed. Case is referred to C.P.C.S. for appointment of counsel ( Murder Case ). Walker, J. - M. Lee, ADA - M. McDonald, Court Reporter - B. Carroll, Attorney. |
| 09/05/2002 | | Defendant not present. Wilson, Mag - M. Lee, ADA - B. Carroll, Atty - ERD |
| 09/10/2002 | 31.0 | Deft files Pro - Se motion to compel, assembly of the record, to appeal, denial of motion to dismiss entered on May, 29 2002, by Justice Joseph M. Walker III affidavit in support thereof. |
| 09/10/2002 | 32.0 | Deft files Pro - Se motion to inspect tagible evidence. |
| 09/10/2002 | 33.0 | Deft files Pro - Se motion for sanctions against the District Attorney for failure to provide discovery in a timely fashion. |
| 09/10/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - M. McDonald, CR |
| 09/17/2002 | | Defendant not in Court. Appointment of Counsel James Budreau by CPCS on 9/16/02 (See copy of letter from CPCS). McEvoy, J. - D. Collins, ADA - M. McDonald, Court Reporter |
| 09/17/2002 | | Attorney James Budreau appointed to represent defendant by CPCS on 9/16/02. Letter of approval signed by McEvoy, J. and mailed to CPCS. McEvoy, J. |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 5 of 19 08/08/2005
08:54 AM

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 09/18/2002 | | Atty James Boudreau appointed to represent defendant by CPCS on 9/16/02. Letter of approval signed by McEvoy, J and mailed to CPCS. McEvoy, J - |
| 09/23/2002 | 34.0 | Deft files pro se motion for speedy trial |
| 09/23/2002 | 35.0 | Deft files motion for appointment of counsel |
| 09/23/2002 | 36.0 | Deft files affidavit in support of motion for sanction against the District Attorney and memorandum of law |
| 09/24/2002 | | Defendant not present. McEvoy, J - D. Collins for M. Lee, ADA - M. McDonald, CR |
| 09/27/2002 | 37.0 | Deft files motion to dismiss for failure to provide discovery, affidavit and memorandum in support thereof. |
| 10/17/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - J. Budreau, Atty - N. McCann, CR |
| 10/21/2002 | | Defendant brought into court. Motion (P#37) denied as endorsed ( See Motion ). |
| 10/21/2002 | 38.0 | Deft files motion for funds and affidavit. |
| 10/21/2002 | | Motion (P#38) allowed as endorsed. McEvoy, J. - M. Lee, ADA - N. McCann, Court Reporter - J. Budreau, Attorney. |
| 10/28/2002 | 39.0 | Notice of Interlocutory Appeal and Request for Transcript filed by Leon Robinson |
| 10/28/2002 | | Motion (P#39) allowed. McEvoy, J. |
| 10/28/2002 | 40.0 | Deft files notice of appeal |
| 10/28/2002 | 41.0 | Deft files moiton to waive filing fees |
| 10/28/2002 | 42.0 | Deft files moiton for exculpatory evidence and sanctions |
| 11/15/2002 | 43.0 | Deft files motion for bail based upon changed circumstances. |
| 11/15/2002 | 44.0 | Deft files motion for dismiss purusant to O'Dell. |
| 11/15/2002 | 45.0 | Deft files motion for order permitting investigator to enter Souza-Baronowski Prison to meet with inmate Leon Robinson and affidavit. |
| 11/15/2002 | 46.0 | Deft files motion for funds & affidavit. |
| 11/15/2002 | 47.0 | Deft files motion for Judicial Order or Recommendation that he be returned to a Suffolk County Facility pending trial & affidavit |
| 11/15/2002 | 48.0 | Deft files motion for additional discovert regarding DNA testing. |
| 11/15/2002 | 49.0 | Deft files motion to suppress photographic identifications of defendant. |
| 11/15/2002 | 50.0 | Deft files motion to suppress defendant's lineup. |
| 11/15/2002 | 51.0 | Deft files motion to suppress defendant's statements, affidavit of Leon Robinson. |
| 11/15/2002 | 52.0 | Deft files motion to suppress defendant's coat, affidavit of Leon Robinson. |
| 11/15/2002 | 53.0 | Deft files motion to suppress. Wilson, AC/M - M. Lee, ADA - ERD - J. Budreau, Attorney |
| 11/25/2002 | 54.0 | Deft files Supplemental Memorandum in support of Motion to Suppress Defendant's Statement (Pursuant to M.G.L. c.276) |
| 11/26/2002 | | Defendant brought into court. After hearing re: motions, Court rules as follows : Re: Paper #42 #43 #44 taken under advisement. |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-2 Filed 08/12/2005 Page 6 of 19 08/08/2005
08:54 AM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 11/26/2002 | | Motion (P#46) allowed. |
| 11/26/2002 | | Motion (P#47) denied. Hines, J. - M. Lee, ADA - P. Connolly, Court Reporter - J. Budreau, Attorney. |
| 11/26/2002 | | Finding by Court: Paper #43 denied as endorsed. Hines, J. Copies sent to Atty. and ADA 11/26/02. |
| 11/26/2002 | | Finding by Court: Paper #45, allowed. Order issued to Nashua Street Jail. Hines, J. Copies sent to ADA and Atty. 11/26/02. |
| 12/02/2002 | 55.0 | Commonwealth files memorandum of law in opposition to defendant's O'Dell Motion |
| 12/05/2002 | 56.0 | Deft files supplemental citation in support of motion for exculpatory evidence & sanctions. |
| 12/05/2002 | 57.0 | Deft files notice of interlocutory appeal & request for transcript. |
| 12/17/2002 | | Defendant not present. |
| 12/17/2002 | 58.0 | Order on defendant's motion for exculpatory evidence and sanctions. |
| 12/17/2002 | | Motion (P#42) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - ERD - J. Budreau, Attorney. |
| 01/21/2003 | 59.0 | Deft files motion to dismiss for discovery violations |
| 01/21/2003 | 60.0 | Memorandum and order on defendant's motion to dismiss denied 1/23/2003. Hines, J. |
| 01/30/2003 | 61.0 | Deft files motion for discovery compliance and request for an evidentiary hearing (memorandum incorporated) |
| 02/04/2003 | | Defendant not present. Lauriat, J. - J. Budreau via telephone, Attorney. |
| 02/05/2003 | | Defendant not present. |
| 02/05/2003 | 62.0 | Deft files motion for funds. |
| 02/05/2003 | | Motion (P#62) allowed as endorsed. Wilson, AC/M - ERD - J. Budrey, Attorney. |
| 02/07/2003 | | Defendant not present. |
| 02/07/2003 | | Defendant's Paper No. 61 after hearing reference endorsement. (M. Lee, ADA and J. Boudreau notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 63.0 | Deft files motion for preclusion of evidence for discovey violation. After hearing reference endorsement (M. Lee, ADA and J. Boudreau, Atty notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 64.0 | Deft files motion for funds |
| 02/07/2003 | | Motion (P#64) allowed up to $1,500.00 additional approved. Ball, J. - M. Lee, ADA - P. Flaherty, Court Reporter - J. Boudreau, Attorney (M. Lee, ADA and J. Boudreau, Atty notified with copy of endorsement on 2/11/03) |
| 02/24/2003 | 65.0 | Deft files notice of objection with supporting affidavit |
| 02/28/2003 | | Notice of assembly of the record on appeal, received from Clerk M.Doyle,SJC with attachment.. |
| 03/06/2003 | | Defendant not present |
| 03/06/2003 | 66.0 | Deft files motion for records of witnesses. |
| 03/06/2003 | | Motion (P#66) allowed, Wilson, AC/M |
| 03/06/2003 | 67.0 | Deft files supplemental motion to suppress search of apartment with affidavit |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 7 of 19  08/08/2005
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
08:54 AM

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 03/06/2003 | 68.0 | Deft files motion to suppress photographic identifications of defendant with affidavit. |
| 03/06/2003 | 69.0 | Ordered: re: records of witnesses filed. Wilson, AC/M - E.R.D. - J.Boudreau, Attorney. |
| 03/14/2003 | 70.0 | Deft files motion to preserve blood sample or protective order and affidavit of counsel |
| 03/14/2003 | 71.0 | Deft files motion for notes of evidence inspection by laboratory and affidavit of counsel |
| 03/31/2003 | 72.0 | Deft files motion to dismiss (memorandum incorporated) |
| 04/08/2003 | | Defendant brought into court for hearing re: defendant's motion for notes of evidence inspection by laboratory. |
| 04/08/2003 | | Motion (P#71) allowed by agreement. |
| 04/08/2003 | 73.0 | Deft files ex-parte motion for funds |
| 04/08/2003 | | Motion (P#73) allowed |
| 04/08/2003 | 74.0 | Deft files Motion for funds (photographs) |
| 04/08/2003 | | Motion (P#74) allowed as endorsed |
| 04/08/2003 | 75.0 | Deft files supplemental motion to preserve blood sample or for protective order. Wilson, AC/M - M. Lee, ADA - F. LaRoux, Court Reporter - J. Boudreau, Attorney |
| 04/22/2003 | 76.0 | Commonwealth files motion for an order to take a biological sample from defendant for DNA testing |
| 05/06/2003 | | Defendant brought into court. |
| 05/06/2003 | | Motion (P#70) denied. |
| 05/06/2003 | | After hearing, Motion (P#76) allowed. |
| 05/06/2003 | 77.0 | Order for biological sample from defendant, filed. |
| 05/06/2003 | 78.0 | Deft files opposition to Commonwealth's request for DNA sample. |
| 05/06/2003 | 79.0 | Deft files Motion to remand defendant to a Suffolk County Facility pending trial. |
| 05/06/2003 | | Motion (P#79) allowed in so much it is recommended that defendant to be housed in Suffolk County Facility within 30 days prior to scheduling of date. Agnes, J. - M. Lee, ADA - M. McDonald, Court Reporter - J. Budreau, Attorney. |
| 05/14/2003 | 80.0 | Commonwealth files memorandum of law in opposition to defendant's McCarthy Motion |
| 05/21/2003 | 81.0 | Deft files Motion for Franks / Amral hearing regarding supplemental motion to suppress search of apartment ( Memorandum incorporated ). |
| 05/21/2003 | 82.0 | Deft files supplemental memorandum in support of hearing on motion to suppress photographic identification of defendant. |
| 05/21/2003 | 83.0 | Deft files notice of interlocutory appeal and for expedited transcript. |
| 05/21/2003 | 84.0 | Deft files petition for leave to file interlocutory appeal pursuant to M.G.L. CH. 211 Sec. 3 regarding order requiring petitioner to provide Commonwealth with biological sample ( Memorandum Incorporated ). |
| 05/22/2003 | | Defendant not present. Spurlock, J. - M. Lee, ADA - P. Pietrella, Court Reporter - M. Bourbeau, Attorney. |

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 06/02/2003 | | Defendant not present. |
| 06/02/2003 | 85.0 | Deft files Motion for funds and affidavit. |
| 06/02/2003 | | Motion (P#85) allowed. Spurlock, J. - M. Lee, ADA - M. McDonald, Court Reporter - J. Budreau, Attorney. |
| 07/11/2003 | 86.0 | After hearing, Court ORDERS defendant remanded to the custody of the Suffolk County Jail (Nashua Street) until defendant's motion to suppress hearing before Walker, J. in the 3rd criminal session, courtroom 9, 2nd floor, is completed. (Locke, J.) - M. Wrighton, CR - J. Budreau, Atty |
| 07/14/2003 | | Defendant brought into court. |
| 07/14/2003 | | Hearing re: defendant's motion to suppress commences before Walker, J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/15/2003 | | Defendant brought into court. |
| 07/15/2003 | | Hearing re: defendant's motion to suppress continues before Walker, J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/16/2003 | | Defendant brought into court. |
| 07/16/2003 | | Hearing re: defendant's motion to suppress continues before Walker, J. After hearing, motion taken under advisement. |
| 07/16/2003 | 87.0 | Deft files Motion for Funds (re: investigator), with affidavit of counsel and investigator in support thereof |
| 07/16/2003 | | After hearing, Motion (P#87) allowed (Walker, J.) |
| 07/16/2003 | 88.0 | Deft files Motion for Transcript Costs |
| 07/16/2003 | | Motion (P#88) allowed (Walker, J.) - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/28/2003 | 89.0 | Deft files Notice of Supplemental Citations in Support of His Motions to Suppress |
| 07/31/2003 | 90.0 | Commonwealth files Memorandum of Law in Opposition to the Defendant's Motion to Suppress Statements, Identifications, and Physical Evidence. |
| 08/03/2003 | 91.0 | Deft files Response to Commonwealth's Memorandum of Law in Opposition to the Defendant's Motions to Suppress Statements, Identifications and Physical Evidence. |
| 08/03/2003 | 92.0 | Notice of Docket Entry from the Supreme Judicial Court dated August 1, 2003 filed. The Court orders the following judgment be entered: "Matter came before the Court, Ireland, J. on a Petition pursuant to G.L. Ch. 211, Section 3. Upon consideration thereof, it is ordered that the Petition be and the same hereby is denied without a hearing. By the Court, Ireland, J.. |
| 08/28/2003 | | Defendant not present. |
| 08/28/2003 | 93.0 | Deft files ex-parte motion for funds. |
| 08/28/2003 | | Motion (P#93) allowed as endorsed. Wilson, Mag - J Budreau, Attorney |
| 09/04/2003 | | Defendant not present in Court. |
| 09/04/2003 | 94.0 | Motion by Deft: motion for discovery relating to scientific evidence and for order to test jacket blood stain for preservatives |
| 09/04/2003 | | Continued until September 25, 2003 by agreement motions |
| 09/04/2003 | | Habeas corpus for Deft at Old Colony Correctional Institution appearance September 25, 2003. Connolly, J - M. Lee, ADA - J. |

MASXP-20050621 Case 1:04-cv-11023-RCL   Document 43-3   Filed 08/12/2005   Page 9 of 19   08/08/2005
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
08:54 AM

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | | Budreau, Attorney. |
| 09/16/2003 | 95.0 | Motion by Deft: motion to suppress defendant's coat |
| 09/16/2003 | 96.0 | Motion by Deft: motion for discovery compliance and sanctions against commonwealth for late production of evidence |
| 09/25/2003 | 97.0 | Motion by Deft: motion for discovery relating to ABC's 24/7 videotaping |
| 09/25/2003 | 98.0 | Motion by Deft: supplmental motion to test jacket blood stain for preservatives |
| 09/25/2003 | | Defendant brought into court |
| 09/25/2003 | | Motion (P#96 after hearing, ) denied. ( ref: endorsement) |
| 09/25/2003 | | Defendant's paper # 97and 98 after hearing, Court takes no action as to each  ( ref:  record) Connolly, J. - M. Lee, ADA - M. Munro, Court Reporter - J. Budreau, Attorney |
| 11/13/2003 | | Defendant not present. WIlson, Mag - M. Lee, ADA - E.R.D. - J. Budreau, Attorney |
| 12/03/2003 | | Defendant brought into court. |
| 12/03/2003 | 99.0 | Notice filed by the SJC of Docket Entry case dismissed without prejudice before the SJC |
| 12/03/2003 | 100.0 | Deft files second supplemental moiton to test jacket blood stains for preservations and affidavit.  Wilson, Mag - M. Lee, ADA - E.R.D. - J. Boudreau, Attorney |
| 12/08/2003 | | Defendant brought into court. After hearing re: P#100 continued to 12/22/03 by agr. for hrg. in session.  Ball, J. M.Lee, ADA - A.McDomnald, C./R.  - J.Budreau and A.D'Angelo, Attorney |
| 12/09/2003 | 101.0 | Commonwealth files opposition to defendant's motion (and supplemental motion) for an order to test jacket blood stain for the chemical preservative EDTA |
| 12/19/2003 | 102.0 | Response of non-party American Broadcasting Companies Inc.  to defendant's subpoena filed. |
| 12/22/2003 | | Defendant brought into court. |
| 12/22/2003 | | Motion (P#100) denied as endorsed. Ball, J. - M. Lee, ADA - A. McDonald, Court Reporter - J. Budreau Attornet and A. D'Angelo, Attorney. |
| 12/30/2003 | 103.0 | Deft files notice of appeal |
| 01/20/2004 | | Defendant brought into court. Wilson, Mag - M. Lee, ADA - ERD -   A. D'Angelo, Attorney for J. Budreau. |
| 01/23/2004 | 104.0 | Notice of Docket Entry received from SJC re: filing of Petitioner's Motion to Withdraw Application for Leave to Appeal the Denial of the Defendant's Motion to Test Jacket Blood Stains for Preservatives and His Motion for an Evidentiary Hearing (note: motion allowed by SJC without a hearing on 1-22-2004). |
| 02/02/2004 | 105.0 | Commonwealth files Supplemental Opposition to Defendant's Motion (and Supplemental Motion) for an Order to Test Jacket Blood Stain for the Chemical Preservative Edta |
| 02/03/2004 | 106.0 | MEMORANDUM, FINDINGS & ORDERS denying Defendant's Motions to Suppress Evidence (Paper #s 81; 67; 52; 53; 54 and 49, 68, 83), filed by the |

MASXP-2005062 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 10 of 19  08/08/2005
08:54 AM

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | 106.0 | Court (Walker, J.) (February 03, 2004) |
| 02/11/2004 | 107.0 | Notice of docket entry - Judgement after Rescript from SJC "Affirmed" Cordy. J. |
| 02/17/2004 | 108.0 | Deft files pro se notice to objection to continuances |
| 02/17/2004 | 109.0 | Deft files pro se notice to preserve defendant's rights and objections to the Court's denial of defendant's motion to suppress, motion to dismiss, requests for sanctions and other motions including DNA testing and motion in limine |
| 02/24/2004 | | Defendant brought into court. Lauriat, J. - M. Lee, ADA - M. McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 03/18/2004 | 110.0 | Deft files motion for transcript of 12/22/03 hearing before Judge Ball. (Ball, J notified w/copy 3/26/04) |
| 03/26/2004 | | Defendant not present. Spurlock, RAJ - M Lee, ADA - M McDonald, Court Reporter - A D'Angelo, Attorney |
| 04/05/2004 | 111.0 | Deft files pro se notice of the deft Leon Robinson's objection to the DNA swabbing done on March 26, 2004. |
| 04/05/2004 | 112.0 | Deft files pro se request for specific Brady exculpatory material #1. |
| 04/05/2004 | 113.0 | Deft files pro se motion for a view |
| 04/05/2004 | 114.0 | Deft files pro se motion for sequestration of witnesses. |
| 04/05/2004 | 115.0 | Deft files pro se motion to exclude all Boston Police officers from sitting in Courtroom and with the ADA during all Court hearing and at deft's trial. |
| 04/05/2004 | 116.0 | Deft files pro se motion to photograph all chalks, pictures and drawings. |
| 04/29/2004 | | Defendant not present. |
| 04/29/2004 | | Continued until June 21, 2004 for Status re: DNA by order of the Court McEvoy, J.( Who is at Judicial Conference ) - M. Lee, ADA - M. McDonald, Court Reporter. |
| 05/03/2004 | 117.0 | Deft files pro se: notice of specific requests for exculpatory #2 evidence and required compliance with Kyle v. Whtiley |
| 05/06/2004 | 118.0 | Deft files pro se request for hearing on May 18, 2004 regarding his objections to continuances and Rule 36 |
| 05/06/2004 | 119.0 | Deft files moiton for habeas corpus to issue for May 18, 2004 |
| 05/10/2004 | 120.0 | Deft files pro se marking motion fo rhearing date |
| 05/10/2004 | 121.0 | Deft files pro se defendant's opposition to any further continuances and memorandum and affidavit in support of |
| 06/01/2004 | 122.0 | Deft files pro se: marking motion for hearing date. |
| 06/01/2004 | 123.0 | Deft files pro se: opposition to any further continuances, memorandum in support of his objections to no further continuances and Rule 36 w/affidavit. |
| 06/07/2004 | 124.0 | Deft files pro-se Motion to Dismiss ( Speedy Trial Rule 36 violations with affidavit in support of. |
| 06/10/2004 | | Defendant not present. |
| 06/10/2004 | | Continued until June 29, 2004 for Hearing re: Motion to Dismiss and DNA by agreement. Wilson, MAG - C. Bartoloni, ADA - ERD. |
| 06/29/2004 | | Defendant brought into court. Hearing re: Motions. |

MASXP-20050621  Case 1:04-cv-11023-RCL   Document 43-3   Filed 08/12/2005   Page 11 of 19   08/08/2005
08:54 AM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 06/29/2004 | 125.0 | Deft files motion to preclude admission of DNA Testing Results. |
| 06/29/2004 | | Motion (P#125) denied |
| 06/29/2004 | 126.0 | Assented to Motion to Transport and House the Defendant at the Nashua Street Jail, One day before each scheduled appearance. |
| 06/29/2004 | | Motion (P#126) allowed |
| 06/29/2004 | 127.0 | Deft files ex-parte motion for funds for a Blood Expert. |
| 06/29/2004 | | Motion (P#127) allowed (Christopher J Muse) - M. Lee, ADA - A. McDonald, Court Reporter - J. Budreau & D. Angelo, Attorney |
| 07/08/2004 | 128.0 | Deft files pro se notice of interlocutory appeal and for expedited transcript |
| 07/23/2004 | | Defendant not present. |
| 07/23/2004 | 129.0 | Deft files ex-parte motion for funds to continue to retain an investigator with affidavit and memorandum in support of. |
| 07/23/2004 | | Motion (P#129) allowed as endorsed. ( See Record ) . Connor, J. - M. McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 09/10/2004 | 130.0 | Deft files Pro Se: Motion for DNA discovery |
| 09/10/2004 | 131.0 | Deft files Pro Se : Motion for free copies of docket sheets and copies of any Motions on the docket in this case upon the request for copies |
| 09/15/2004 | | Defendant brought into court.  Court orders that all discovery re: DNA be complete by 10/08/04 - All motions to be filed by 10/08/04 |
| 09/15/2004 | 132.0 | Deft files Ex-Parte Motion for funds |
| 09/15/2004 | | Motion (P#132) allowed (Barbara J Rouse). Copies hand delivered to counsel September 15, 2004 - Rouse, J. - M. Lee, ADA - M. Wrighton, Court Reporter - J. Budreau, Atty. and A. D'Angelo, Atty. |
| 09/29/2004 | 133.0 | Deft files Pro Se Notice of objection to DNA evidence and Testing results pursuant to MRCP #22 and Superior Court Rule #8 |
| 09/29/2004 | 134.0 | Deft files Pro Se Notice of Alibi Defense |
| 09/29/2004 | 135.0 | Deft files Pro Se Motion for discovery of Medical evidence |
| 09/29/2004 | 136.0 | Deft files Motion for discovery of tests employed, Test Data, and Test reults by the Commonwealth's experts |
| 10/08/2004 | 137.0 | Deft files Motion for discovery of Commonwealth's DNA evidence |
| 10/13/2004 | 138.0 | Commonwealth files Notice of Discovery XVII |
| 10/25/2004 | 139.0 | Deft files Pro Se Notice of Motion to recuse |
| 11/30/2004 | | Defendant brought into court - Hearing re: Papter #137, after hearing Court takes motion under advisement.  Hinkle, J. - M. Lee, ADA - D. Cercone, Court Reporter - J. Budreau & A. D'Angelo, Attorneys for defendant. |
| 11/30/2004 | | Motion (P#137 allowed and denied  as endorsed. (Margaret R Hinkle). Counsel notfied with copy. |
| 12/06/2004 | 140.0 | Commonwealth files Notice of Discovery XIX |
| 12/07/2004 | | Defendant brought into court. hearing Re: paper #97 after hearing Court orders Commonwealth to produce within 14 days as to crime scene video. ( See endorsement) Hinkle,J. - M. Lee, ADA - D. Cercone, Court Reporter - J. Budreau & A. D'Angelo, Attorneys for defendant. |
| 12/30/2004 | 141.0 | Withdrawal of appearance  filed by Andrew M D'Angelo |

MASXP-2005062 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 12 of 19  08/08/2005
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket
08:54 AM

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 12/30/2004 | 142.0 | Withdrawal of appearancefiled by James H Budreau |
| 01/11/2005 | 143.0 | Defendant brought into court. Defendant files motion for additional information concerning ABC News and or Channel 5. Paper nos. 141 and 142, no action taken at request of counsel. Hearing paper #143. |
| 01/11/2005 | | Motion (P#143) allowed in part as set forth on the record in Open Court. Hinkle, J. - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo & J. Budreau, Attorney for defendant. |
| 01/14/2005 | 144.0 | Commonwealth files Notice of Discovery XX. |
| 01/31/2005 | 145.0 | Commonwealth files Notice of Discovery XXI |
| 02/10/2005 | 146.0 | Deft files Assentend to Motion to issue subpoena. |
| 02/10/2005 | | Motion (P#146) allowed. Hinkle, RAJ |
| 02/24/2005 | 147.0 | Dennis McCarthy's Motion to Quash Subpoena, filed. |
| 03/03/2005 | | Defendant brought into court - Hearing re: paper #147 - Voir Dire of witness. |
| 03/03/2005 | | Motion (P#147) allowed in part (See record) |
| 03/03/2005 | | Motion (P#147) denied in part. (See record) Case transferred to the 4th Criminal Session for trial. Hinkle, RAJ - M. Lee, ADA - E. Hayes(Landwer), Court Reporter - A. D'Angelo & M. Budreau, Attorneys. |
| 04/28/2005 | 148.0 | Deft files Motion for Out-of-State Summons to Issue |
| 04/28/2005 | 149.0 | Deft files Motion for an Ex Parte hearing on the Deft's Motion for Out-of-State Summons to Issue |
| 04/28/2005 | 150.0 | Deft files Ex Parte Motion for Funds to have Out-of-State Summons Issue and Wtiness Travel to Massachusetts |
| 04/28/2005 | 151.0 | Deft files Motion for Funds to Obtain Clothes for Trial |
| 04/28/2005 | 152.0 | Deft files Motion to Remand Deft to a Suffolk County Facility Pending Trial |
| 05/02/2005 | 153.0 | Deft files, pro se, Motion in Limine (Segment of Murder Indictment Not to be Read to Jury |
| 05/02/2005 | 154.0 | Deft files, pro se, Motion in Limine (Motion to Preclude Government From Introducing Into Evidence or Showing the Jury Photographs of the Decedent) |
| 05/02/2005 | 155.0 | Deft files, pro se, Motion in Limine (Motion to Determine Whether Witnesses Will Invoke 5th Amendment Right Not to Testify) |
| 05/02/2005 | 156.0 | Deft files, pro se, Notice of Discovery XXII |
| 05/03/2005 | | Defendant brought into court. |
| 05/03/2005 | | Ex parte hearing held re: issues of counsels' motions to withdraw. See Record. Court orders said portion of record IMPOUNDED. |
| 05/03/2005 | | Final pre-trial conference held. |
| 05/03/2005 | | Motion (P#148) allowed. |
| 05/03/2005 | | Motion (P#150) allowed. (Elizabeth B Donovan). |
| 05/03/2005 | 156.1 | Deft files Motion for Records of Witnesses |
| 05/03/2005 | | After hearing, Motion (P#156.1) allowed; Order endorsed thereon. |
| 05/03/2005 | | Deft remanded to Nashua Street Jail. - Donovan, J - M. Lee, ADA - C. Griffin, ADA - A. D'Angelo/J. Budreau, Attys |
| 05/04/2005 | 157.0 | Commonwealth files Notice of Discovery XXIII |
| 05/06/2005 | | Process re: Out of State Witness issued as to Edward Harner. |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 13 of 19   08/08/2005
                                                                                                08:54 AM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| 05/10/2005 | | Defendant brought into court. |
| 05/10/2005 | | Ex parte hearing re: counsel. Colloquy with Deft conducted by the Court. After hearing, Deft's oral motion to discharge counsel and proceed to trial pro se is denied, deft electing to continue with current counsel. See Record. - Donovan, J - C. Griffin, CR - A. D'Angelo/J. Budreau, Attys |
| 05/11/2005 | 158.0 | Commonwealth files Notice of Discovery XXIV |
| 05/12/2005 | 159.0 | Commonwealth files Witness List |
| 05/12/2005 | 160.0 | Commonwealth files Proposed Statement of the Case and Proposed Individual Voir Dire Questions for Purposes of Empanelment |
| 05/12/2005 | 161.0 | Commonwealth files Motion for Judicial Inquiry Into Criminal History of Potential Trial Jurors, or, in the alternative, Notice of Intent to Independently Seek Such Information for Limited Purposes of Jury Empanelment |
| 05/12/2005 | 162.0 | Commonwealth files Motion for a View |
| 05/12/2005 | 163.0 | Commonwealth files Motion in Limine Regarding Demonstrative Charts and Diagrams |
| 05/12/2005 | 164.0 | Commonwealth files Motion in Limine Regarding Photographs of the Victim |
| 05/12/2005 | 165.0 | Commonwealth files Motion in Limine to Exempt Certain Family Members of the Victim From General Order of Sequestration |
| 05/12/2005 | 166.0 | Commonwealth files Notice Regarding Testimony of Expert Witnesses |
| 05/12/2005 | 167.0 | Deft files Proposed Witness list |
| 05/12/2005 | 168.0 | Deft files Request for Juror Questions |
| 05/12/2005 | 169.0 | Deft files Motion to be Provided All Exculpatory Evidence Including Expert Opinions |
| 05/12/2005 | 170.0 | Deft files Motion in Limine to Redact and/or Limit the Introduction of Certain Statements, with attachments |
| 05/12/2005 | 171.0 | Deft files Motion in Limine to Exclude Deft's Prior Convictions |
| 05/12/2005 | 172.0 | Deft files Motion in Limine to Exclude Line-up Evidence |
| 05/12/2005 | 173.0 | Deft files Motion for Subpoena of Disciplinary Files |
| 05/16/2005 | | Defendant brought into court. |
| 05/16/2005 | 174.0 | Deft files Motion to Permit the Deft to Change Clothes in the Suffolk Superior Courthouse |
| 05/16/2005 | | Hearing re: motions. After hearing. Court rules as follows: |
| 05/16/2005 | | After hearing, Motion (P#161) allowed. See Record. (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#162) allowed. (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#163) allowed (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#164) allowed (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#165) allowed in part (as to witness Jerome Jeter) and denied in part (as to witness Joan Jeter). See Record. (Elizabeth B Donovan) |
| 05/16/2005 | | Defendant's motion re: exculpatory evidence (P#169) - after hearing, motion endorsed as "moot." See Record. |
| 05/16/2005 | | Hearing on (P#170) to redact and/or limit certain statements held. |

MASXP-20050621 Case 1:04-cv-11023-RCL Document 43-3 Filed 08/12/2005 Page 14 of 19 08/08/2005
08:54 AM

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | | After hearing, matter taken under advisement (Donovan, J) |
| 05/16/2005 | | After hearing, Motion (P#172) denied (Elizabeth B Donovan) |
| 05/16/2005 | | Commonwealth's oral motion for trial as to #001 and #002. |
| 05/16/2005 | | Court orders panel of sixteen (16) jurors selected. Impanelment commences. Six (6) jurors selected. Venari exhausted. |
| 05/16/2005 | | Continued by order of court to May 17, 2005 for continuation of impanelment. - Elizabeth B Donovan, J - M. Lee/S. Richardson, ADAs - E. Blake, CR - A. D'Angelo/J. Budreau, Attys |
| 05/17/2005 | | Defendant brought into court. |
| 05/17/2005 | | Motion (P#151) allowed, not to exceed $130.00 (Elizabeth B Donovan) |
| 05/17/2005 | | Impanelment continues. An additional ten (10) jurors selected. |
| 05/17/2005 | | Continued by order of Court to May 18, 2005 at 9:00 a.m. to commence case-in-chief. - E. Blake, CR |
| 05/17/2005 | 174.1 | Commonwealth files Notice of Discovery XXV. |
| 05/18/2005 | | Defendant brought into court. |
| 05/18/2005 | | Defendant's request to attend view made, and after hearing, court rules deft may attend under certain restrictions, deft objecting thereto, and without waiving objection, deft declines to attend view. |
| 05/18/2005 | | Panel of sixteen (16) jurors present. Jurors sworn. Indictments read. Preliminary instructions given. View taken. Commonwealth commences case-in-chief. - E. Blake, CR |
| 05/19/2005 | | Defendant brought into court. |
| 05/19/2005 | | Hearing held re: juror #18-3 Charles Watkins in seat #14. After hearing, juror excused from further service, deft objecting thereto. |
| 05/19/2005 | | Defendant's oral motion for mistrial made, and after hearing, denied. See Record. |
| 05/19/2005 | 174.1 | Deft files Trial Memorandum Regarding Hearsay and Crawford vs. Washington |
| 05/20/2005 | | Defendant brought into court. |
| 05/20/2005 | 175.0 | Commonwealth files Motion to Permit the Jury to View Defendant Walking in the Courtroom |
| 05/20/2005 | | After hearing, Motion (P#175) denied without prejudice. See Record. |
| 05/20/2005 | | Further hearing held re: P#165. After hearing, Court rules that witness Jerome Jeter not exempt from sequestration order. See Record. |
| 05/20/2005 | | Trial resumes before Donovan, J. and panel of fifteen (15) jurors. - E. Blake, CR regarding jury trial |
| 05/23/2005 | | Defendant brought into court. |
| 05/23/2005 | | Trial with fifteen jurors present continues. |
| 05/23/2005 | 176.0 | Attorney Margaret M. Buckley, Boston Police Department, files her appearance. |
| 05/23/2005 | 177.0 | Boston Police Department's opposition to deft's motion for subpoena for production of internal affairs records, filed. |
| 05/23/2005 | | Commonwealth rests. Defendant's oral motion for a required finding of not guilty is made and after hearing, is denied. |
| 05/23/2005 | 177.1 | Defendant's request for specific jury instuctions, filed. |
| 05/23/2005 | 178.0 | Deft files supplemental request for specific jury instructions. |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | 178.0 | Donovan, J - M. Lee, ADA - R. LeRoux, Court Reporter - A. D'Angelo, Attorney |
| 05/24/2005 | | Defendant brought into court. |
| 05/24/2005 | | Trial with fifteen (15) jurors present, continues. Defendant rests. |
| 05/24/2005 | 179.0 | Deft files renewed request for required finding of not guilty. |
| 05/24/2005 | | Motion (P#179) denied. Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo, Attorney |
| 05/25/2005 | | Defendant brought into court. |
| 05/25/2005 | | The Court appoints Benjamin Bergman (#5) as the foreperson of the jury. Upon the final submission of the issue to the jury the Court ordered that the panel be reduced to twelve (12) in number and the names of Adlar Su (#1) Ellen Fantini (#3) and Wanda Luzunari (#7) were drawn and designated as alternative jurors. Jury deliberations begin. Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo, Attorney |
| 05/26/2005 | | Defendant brought into court. Jury deliberations continued. Verdicts returned. |
| 05/26/2005 | | RE Offense 1: Guilty verdict as to MURDER IN THE FIRST DEGREE BASED ON DELIBERATE PREMEDITATION. |
| 05/26/2005 | 180.0 | Verdict affirmed, verdict slip filed |
| 05/26/2005 | | RE Offense 2: Guilty verdict |
| 05/26/2005 | 181.0 | Verdict affirmed, verdict slip filed |
| 05/26/2005 | | Continued to May 27, 2005 for imposition of sentence. |
| 05/26/2005 | | All prior orders of bail is revoked |
| 05/26/2005 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street). Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo, Attorney |
| 05/27/2005 | | Defendant brought into court. Commonwealth moves for sentencing re: offenses #001 and #002. |
| 05/27/2005 | | Defendant sentenced as to offense #001 - M.C.I. Cedar Junction - LIFE (without the possibility of parole) Mittimus issued. |
| 05/27/2005 | | Sentence credit given as per 279:33A: One Thousand Five Hundred Fifty Six (1,556) Days of said sentence. |
| 05/27/2005 | | Victim-witness fee assessed: $90.00 |
| 05/27/2005 | | Defendant sentenced as to offense #002 - M.C.I. Cedar Junction - Max: Five (5) years - Min: Four (4) years to be served concurrent with offense #001. Mittimus issued. |
| 05/27/2005 | | Notified of right of appeal under Rule 64 |
| 05/27/2005 | | Notified of right of appeal under Rule 65 |
| 05/27/2005 | 182.0 | NOTICE of APPEAL FILED by Leon Robinson |
| 05/27/2005 | 183.0 | Withdrawal of appearance filed by Andrew M D'Angelo is allowed as endorsed. Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo, Attorney |
| 06/15/2005 | | Victim-witness fee paid as assessed in the amount of $90.00 |
| 06/16/2005 | | Copy of notice of appeal mailed to Donovan, J. and M. Lee, ADA |
| 06/16/2005 | 185.0 | Court Reporter King, Nancy M. is hereby notified to prepare one copy |

**Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket**

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Paper | Text |
|---|---|---|
| | 185.0 | of the transcript of the evidence of May 29, 2002 Motion to dismiss hearing before Walker, J. and July 14, 15, 16, 2003 Motion to suppress before Walker, J. Certificate of clerk-filed. |
| 06/16/2005 | | Court Reporter McCann, Nancy is hereby notified to prepare one copy of the transcript of the evidence of October 21, 2002 Motion to dismiss before McEvoy, J. |
| 06/16/2005 | | Court Reporter Connelly, Paula is hereby notified to prepare one copy of the transcript of the evidence of November 26, 2002 Motion to dismiss before Hines, J. |
| 06/16/2005 | 186.0 | Court Reporter Blake, Ellen is hereby notified to prepare one copy of the transcript of the evidence of May 16, 17, 18, 19, 20, 2005 Motions - Impanelment - Trial before Donovan, J. Certificate of clerk-filed. |
| 06/16/2005 | | Court Reporter LeRoux, Richard is hereby notified to prepare one copy of the transcript of the evidence of May 23, 2005 Motions - Trial before Donovan, J. |
| 06/16/2005 | | Court Reporter Cercone, Diane is hereby notified to prepare one copy of the transcript of the evidence of May 24, 25, 26, 27, 2005 Motions - Trial - Verdict - Disposition before Donovan, J. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 05/03/2001 | Magistrate Ctrm 705 | Arraignment | Event held as scheduled |
| 05/30/2001 | Magistrate Ctrm 705 | Conference: Pre-Trial | Event held as scheduled |
| 06/29/2001 | Magistrate Ctrm 705 | Continuance by agreement Hearing: Non-eviden-Discovery | Event held as scheduled |
| 07/23/2001 | Criminal 1 Ctrm 704 | Continuance by agreement Hearing: Appt Counsel | Event held as scheduled |
| 08/06/2001 | Criminal 1 Ctrm 704 | Continuance by agreement, Habe issued. Hearing: Appt Counsel | Event held as scheduled |
| 09/04/2001 | Criminal 1 Ctrm 704 | Continuance by agreement. Habe issued 7/24/01. Hearing: Appt Counsel | Event held as scheduled |
| 09/24/2001 | Magistrate Ctrm 705 | Habe faxed 8/29/01 Hearing: Non-eviden-Discovery | Event held as scheduled |
| 10/25/2001 | Magistrate Ctrm 705 | Re: Compliance. Habe issued 9/4/01. Conference: Status Review | Event not held--scheduled for another date |
| 11/07/2001 | Magistrate Ctrm 705 | Continuance by agreement Conference: Status Review | Event held as scheduled |
| 11/20/2001 | Magistrate Ctrm 705 | Continued by agreement. Re: Discovery Conference: Status Review | Event held as scheduled |
| 12/04/2001 | Criminal 1 Ctrm 704 | Continued at request of Commonwealth. Re: Discovery Conference: Lobby | Event canceled not re-scheduled |
| 03/20/2002 | Magistrate Ctrm 705 | Continued by agreement. Hearing: Appt Counsel | Event held as scheduled |
| 04/01/2002 | Criminal 1 Ctrm 704 | habe issued and faxed 3/11/02 Status: Review by Session | Event not held--joint request |
| 04/08/2002 | Criminal 1 Ctrm 704 | Re: New Counsel. Continuance by agreement. Conference: Status Review | Event held as scheduled |
| 04/19/2002 | Criminal 1 Ctrm 704 | continuance by agreement re: counsel. Conference: Status Review continuance by agreement. | Event not held--joint request |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

### SUCR2001-10384
### Commonwealth v Robinson, Leon

| Date | Session | Event | Result |
|---|---|---|---|
| 05/13/2002 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: discovery. | |
| 05/29/2002 | Criminal 1 Ctrm 704 | Hearing: Evidentiary-dismiss | Event held as scheduled |
| | | Continued by agreement. | |
| 06/13/2002 | Criminal 1 Ctrm 704 | Hearing: Compliance | Event held as scheduled |
| | | continuance by agreement re: Discovery. | |
| 06/25/2002 | Criminal 1 Ctrm 704 | Bail: Review | Event held as scheduled |
| | | continuance by agreement re: Commonwealth's motion for blood. | |
| 07/25/2002 | Criminal 1 Ctrm 704 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Discovery. | |
| 08/02/2002 | Criminal 1 Ctrm 704 | Conference: Status Review | Event held as scheduled |
| | | Continuance by agreement | |
| 09/05/2002 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Counsel. | |
| 09/10/2002 | Criminal 1 Ctrm 704 | Hearing: Appt Counsel | Event not held--joint request |
| | | Continued by Order of Court. Defendant request for Rule 36. | |
| 09/17/2002 | Criminal 1 Ctrm 704 | Hearing: Appt Counsel | Event held as scheduled |
| | | continuance by agreement. Habe issued 9/10/02. | |
| 09/24/2002 | Criminal 1 Ctrm 704 | Conference: Status Review | Event not held--joint request |
| | | Continuance by agreement | |
| 10/17/2002 | Criminal 1 Ctrm 704 | Conference: Status Review | Event held as scheduled |
| | | continuance by order of the court re: Discovery. | |
| 10/21/2002 | Criminal 1 Ctrm 704 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Disputed Discovery Motions. Jail List. | |
| 11/15/2002 | Magistrate Ctrm 705 | Hearing: Motion | Event held as scheduled |
| | | continuance by agreement re: Filing of evid. motions. | |
| 11/15/2002 | Criminal 1 Ctrm 704 | Bail: Review | Event canceled not re-scheduled |
| 11/26/2002 | Criminal 1 Ctrm 704 | Bail: Review | Event held as scheduled |
| | | Continued by agreement. Habe issued 11/15/02 | |
| 12/17/2002 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement. | |
| 01/23/2003 | Magistrate Ctrm 705 | Conference: Status Review | Event canceled not re-scheduled |
| | | Continuance by agreement re: review of evidence Habe issued and mailed 1/8/03 per CB | |
| 02/07/2003 | Criminal 6 Ctrm 906 | Hearing: Motion Hearing | Event held as scheduled |
| 02/07/2003 | Criminal 1 Ctrm 704 | Hearing: Motion | Event moved to another session |
| | | Continuance at request of defendant. | |
| 03/06/2003 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement. Habe issued 2/11/03 | |
| 04/08/2003 | Magistrate Ctrm 705 | Conference: Status Review | Event held as scheduled |
| | | Continued by agreement. | |
| 05/06/2003 | Criminal 1 Ctrm 704 | Hearing: Evidentiary-dismiss | Event held as scheduled |
| | | Continuance by agreement re: motion to dismiss and contested motions and compliance with discovery. (Jail List at Souza Baranowski) | |
| 05/22/2003 | Criminal 1 Ctrm 704 | Hearing: Motion | Event not held--joint request |
| | | continuance by agreement. | |
| 06/02/2003 | Criminal 1 Ctrm 704 | Hearing: Evidentiary-dismiss | Event not held--joint request |
| | | continuance by agreement. #72 Jail List. Scheduling of Motion to Suppress. | |
| 07/11/2003 | Criminal 1 Ctrm 704 | Conference: Status Review | Event held as scheduled |
| | | continuance by agreement re: Remand order to Nashua Street Jail. Jail List. | |

MASXP-20050621 Case 1:04-cv-11023-RCL  Document 43-3  Filed 08/12/2005  Page 18 of 19  08/08/2005
08:54 AM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Session | Event | Result |
|---|---|---|---|
| 07/14/2003 | Criminal 3 Ctrm 808 | Hearing: Evidentiary-suppression continuance by agreement. Jail List. | Event held as scheduled |
| 07/15/2003 | Criminal 3 Ctrm 808 | Hearing: Evidentiary-suppression | Event continues over multiple days |
| 07/16/2003 | Criminal 3 Ctrm 808 | Hearing: Evidentiary-suppression | Event continues over multiple days |
| 08/28/2003 | Magistrate Ctrm 705 | Hearing: Motion at request of defendant re: funds | Event held as scheduled |
| 09/04/2003 | Criminal 3 Ctrm 808 | Status: Review by Session continuance by agreement for status re: Findings and Rulings re: Motion to Suppress. Notice sent 8/11/03. | Event held as scheduled |
| 09/25/2003 | Criminal 3 Ctrm 808 | Hearing: Motion habe to issue to OCC | Event held as scheduled |
| 11/13/2003 | Criminal 3 Ctrm 808 | Status: Review by Session at OCC | Event moved to another session |
| 11/13/2003 | Magistrate Ctrm 705 | Status: Review by Clerk | Event held as scheduled |
| 12/08/2003 | Criminal 1 Ctrm 704 | Hearing: Motion continuance by agreement 1/2 Hour. Habe issued 12/3/03. | Event held as scheduled |
| 12/22/2003 | Criminal 1 Ctrm 704 | Hearing: Misc Matters by agr | Event held as scheduled |
| 01/20/2004 | Magistrate Ctrm 705 | Conference: Status Review continuance by agreement re: Appeal. | Event held as scheduled |
| 02/24/2004 | Magistrate Ctrm 705 | Hearing: Misc Matters Continued by agreement re: Testing of evidence. | Event moved to another session |
| 02/24/2004 | Criminal 1 Ctrm 704 | Hearing: Misc Matters re: Scheduling. | Event held as scheduled |
| 03/26/2004 | Criminal 1 Ctrm 704 | Conference: Status Review at request of ADA - jail list re: DNA | Defendant did not appear/default |
| 03/29/2004 | Magistrate Ctrm 705 | Conference: Status Review continuance by agreement re: DNA. Jail List at O.C.C.C. | Event canceled not re-scheduled |
| 04/29/2004 | Criminal 1 Ctrm 704 | Conference: Status Review by agreement re: DNA | Event not held--joint request |
| 06/21/2004 | Magistrate Ctrm 705 | Conference: Status Review continuance by agreement re: DNA. | Event rescheduled by court prior to date |
| 06/29/2004 | Criminal 1 Ctrm 704 | Hearing: Evidentiary-dismiss continuance by agreement and Hearing re: DNA Jail List at O.C.C.C. | Event held as scheduled |
| 09/08/2004 | Criminal 3 Ctrm 808 | Conference: Status Review before Rouse, J. | Event not held--req of Defendant |
| 09/08/2004 | Criminal 1 Ctrm 704 | Conference: Status Review Continued by agreement. | Event canceled not re-scheduled |
| 09/10/2004 | Criminal 3 Ctrm 808 | Conference: Status Review deft on jail list at souza | Event not held--req of Defendant |
| 09/15/2004 | Criminal 3 Ctrm 808 | Conference: Status Review jail list at souza | Event held as scheduled |
| 10/26/2004 | Criminal 3 Ctrm 808 | Hearing: Non-eviden-Discovery re: DNA and trial assignment - Jail list at Souza | Event not reached by Court |
| 11/09/2004 | Criminal 3 Ctrm 808 | Hearing: Non-eviden-Discovery Jail list at Souza-Baranowski | Event rescheduled by court order |
| 11/12/2004 | Criminal 3 Ctrm 808 | Hearing: Non-eviden-Discovery Jail List @Souza-Baranowski | Event held as scheduled |
| 11/17/2004 | Criminal 3 Ctrm 808 | Hearing: Non-eviden-Discovery jail list @ Sousa-Baranowski | Event not reached by Court |
| 11/30/2004 | Criminal 3 Ctrm 808 | Hearing: Non-eviden-Discovery Jail List at Sousa-Baranowski | Event continues over multiple days |

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## SUCR2001-10384
## Commonwealth v Robinson, Leon

| Date | Session | Event | Result |
|---|---|---|---|
| 12/07/2004 | Criminal 3 Ctrm 808 | Status: Review by Session Jail list. | Event held as scheduled |
| 01/10/2005 | Criminal 3 Ctrm 808 | Status: Filing deadline Re: outstanding discovery by agreement. Jail List | Event rescheduled by court order |
| 01/11/2005 | Criminal 3 Ctrm 808 | Status: Filing deadline re: discovery and motion to withdraw | Event held as scheduled |
| 03/03/2005 | Criminal 3 Ctrm 808 | Hearing: Motion Jail list. | Event held as scheduled |
| 05/03/2005 | Criminal 3 Ctrm 808 | Conference: Final Pre-Trial | Event moved to another session |
| 05/03/2005 | Criminal 4 Ctrm 815 | Conference: Final Pre-Trial by agreement | Event held as scheduled |
| 05/10/2005 | Criminal 4 Ctrm 815 | Hearing: Appt Counsel at request of deft | Event held as scheduled |
| 05/16/2005 | Criminal 3 Ctrm 808 | TRIAL: by jury by agreement. | Event moved to another session |
| 05/16/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Trial begins |
| 05/17/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/18/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/19/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/20/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/23/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/24/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/25/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event continues over multiple days |
| 05/26/2005 | Criminal 4 Ctrm 815 | TRIAL: by jury | Trial ends |
| 05/27/2005 | Criminal 4 Ctrm 815 | Hearing: Sentence Imposition | Event held as scheduled |



A TRUE COPY ATTEST
Assistant Clerk Suffolk
Superior Criminal Court