COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                         SUPERIOR COURT
                                                    NO. SUCR2001-10384

```
_____
                       )
COMMONWEALTH           )
                       )
V.                     )
                       )
LEON ROBINSON          )
_____)
```

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the defendant, Leon Robinson, in the above-entitled matter, being aggrieved by certain pretrial and trial opinions, rulings, directions and judgments of the Court, hereby appeals pursuant to Rule 3 of the Massachusetts Rules of Appellate Procedure.

                                Leon Robinson
                                By His Attorney

                                _____
                                Andrew M. D'Angelo
                                B.B.O. # 564200
                                CARNEY & BASSIL
                                20 Park Plaza, Ste. 1405
                                Boston, MA 02116
                                617-338-5566

Date: May 27, 2005