COMMONWEALTH OF MASSACHUSETTS

SUFFOLK SS                                  Superior Court Department of the Trial Court
                                            For the transaction of Criminal Business

May 2005 Sitting

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-001   Murder

**VERDICT SLIP**

In the above-entitled case, we the jury say that the defendant is:

1. \_\_\_\_\_ NOT GUILTY

2. ✓ GUILTY of MURDER IN THE FIRST DEGREE

    ✓ By Deliberate Premeditation

    and/or

    \_\_\_\_\_ Extreme Atrocity or Cruelty

3. \_\_\_\_\_ GUILTY of MURDER IN THE SECOND DEGREE

4. \_\_\_\_\_ GUILTY of VOLUNTARY MANSLAUGHTER

And this is their unanimous verdict.   _[signature]_

                                        Foreperson of the Jury

Date : May 26, 2005

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK SS

Superior Court Department of the Trial Court
For the transaction of Criminal Business

May 2005 Sitting

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-002   Possession of Firearm , Not Home/Work , No License

### VERDICT SLIP

In the above-entitled case, we the jury say that the defendant is:

1. \_\_\_\_ NOT GUILTY

2. \_✓\_ (12-0) GUILTY of offense as charged

And this is their unanimous verdict.   _____
                                       Foreperson of the Jury

Date : May 26 , 2005