UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
Defendants

PLAINTIFF'S FIRST MOTION

TO EXTEND TIME TO FILE RESPONSIVE OR OPPOSITION

TO THE DEFENDANT'S MOTION TO DISMISS 12(b)(6)

PURSUANT TO FED.R.CIV.P.6(B).

UNTIL SEPTEMBER 27, 2005

Now Comes the Plaintiff, Leon Robinson, and respectfully moves this Honorable Court pursuant to Fed.R.Civ.P. 6(b) for an extension of time to file a response or opposition to the Defendant's motion to dismiss. The Plaintiff, Leon Robinson is requesting for (30) days or until September 27, 2005, it is noted that there is A up-coming Status Conference Hearing set for 9/28/2005 at 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay.

(1)

As grounds for his motion, the Plaintiff states that:

1. With the Stay of proceeding in this matter having expired, the "Deadline for Filing a Responsive Pleading was for **August 8, 2005**";

2. The Plaintiff was prejudice more than Three time by the Defendant's filing there documents/Responsives by the time allowed by this Court, extension for time was given without Objection from the Plaintiff, Leon Robinson. The Plaintiff now request for a extension until September 27, 2005 to file his response to the Defendant's Motion to Dismiss;

3. The Plaintiff is without Counsel and had requested more then once for appointment of counsel to this matter. Allowing the Defendants to attack the plaintiff in federal Court on the matters stated in the Complaint is clearly "Prejudice" to the Plaintiff, knowing that the matters are concerning the Misconduct of the Boston Police/and ABC News;

4. Allowing this motion will not prejudice any party to the action and permitting the Plaintiff an Enlargement of Time to file an Response or Opposition to the Defendants Motion to Dismiss;

(2)

**WHEREFORE,** the Plaintiff, Leon Robinson, respectfully request that this Honorable Court allow his motion to extend time to file response or opposition, and set the date for filing of response on or after September 27, 2005.

                    Respectfully Submitted,
                    BY THE PLAINTIFF,

                    _____
                    LEON ROBINSON, W-85592
                    S.B.C.C.
                    P.O. BOX 8000
                    SHIRLEY, MA. 01464


### CERTIFICATE OF SERVICE

I, Leon Robinson, hereby certify that on this 13th. day of August, 2005, I served a copy of the foregoing documents upon: All of the Defendants Attorneys of records by first class prepaid postage .

Date: 8/13/2005          _____
                         LEON ROBINSON, W-85592

(3)