UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
Plaintiff

v.

THOMAS MENINO, PAUL F. EVANS, JAMES WYSE, MICHAEL PRIMM, JOHN A. MARTEL, WAYNE ROCK, GARRETT MITCHELL, CHARLES HARDY, AMERICAN BROADCASTING CO., INC., HEARST-ARGYLE STATION INC., WCVB TV (Channel 5, Boston) DENNIS MCCARTHY AND JOHN DOE I,
Defendants

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with the Defendants in this Civil Action, as they not responding to any calls, nor Letters, or Motions to resolve this matter. Concerning the Plaintiff's Motion for Appointment of counsel is needed at this point, the motion was filed and at this time the Plaintiff needs time to file his Opposition or A Responsive to the Defendant's Motion to Dismiss and therefore he were unable to resolve or narrow the issue prior to filing all motions.

(1)

Respectfully Submitted,
BY THE PLAINTIFF,

LEON ROBINSON, W-85592
Souza Baranowski Corrt. Ct.
Post Office Box 8000
Shirley, Massachusetts 01464


### CERTIFICATE OF SERVICE

I, Leon Robinson, hereby certify that on this 13th day of August, 2005, I served a copy of the foregoing documents upon: all other parties Attorneys by first class postage mail.

Date 8/13/05

LEON ROBINSON, PLAINTIFF, W-85592

(2)

CERTIFICATE OF SERVICE

I, Leon Robinson, Plaintiff in **Robinson v. Menino, et al**, U.S.D.C., Civil Action No. 04-CV11023 RCL, hereby certify that I have served pursuant to Rule 5(b), of the Massachusetts Rules of Federal Civil Procedure, one copy of the foregoing Motions and Supporting documents upon each appearing Attorneys of records for the Defendants in this civil action by depositing them in the Institutional Mail Depository Box, See: Schroeder v. McDonald, 55 F.3d 454 (9th. Cir. 1995); Cooper v. Brookshire, 70 F.3d 377 (5th. Cir. 1995); Dory v. Ryan, 999 F.2d 679 (2nd. Cir. 1993); Garvey v. Vaughn, 993 F.2d 776 (11th. Cir. 1993), Cf. Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379 (1988); Commonwealth v. Hargrove, 553 N.E.2d 1299 (1990), By prepaid first class postage mail on this 13th day of August, 2005.

**Kindly file the same.**

LEON ROBINSON, PLAINTIFF, W-85592
SOUZA BARANOWSKI CORRT. CT.
POST OFFICE BOX 8000
SHIRLEY, MASSACHUSETTS 01464

LR:w

**ENCLOSURES**

**DEFENDANTS COUNSEL OF RECORDS**

**FILE**