COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                    BRIGHTON DISTRICT COURT
                                               NO.

IN THE MATTER OF ONE SEARCH WARRANT
ISSUED ON FEBRUARY 22, 2001 FOR
27 SPRING STREET, APARTMENT 53
WEST ROXBURY, MASSACHUSETTS

---

## ORDER OF IMPOUNDMENT

---

The Commonwealth having filed with this Court a motion to impound certain documents related to a search warrant and, for the following reasons: (1) the affidavit contains sensitive and detailed information concerning an ongoing homicide investigation, (2) detailed descriptions of the discovery of the victim's body, statements of numerous potential witnesses, and various other important, undisclosed information -- including information known only to the murderer(s) (and to police investigators) -- are outlined in the affidavit and search warrant return, (3) disclosure of such information at this time would seriously jeopardize the ongoing investigation into the murder, and (4) the affidavit and search warrant return contain information which, if made public, may result in destruction of evidence, intimidation of potential witnesses, or in some other way interfere with or undermine the ongoing investigation into the murder, good cause having been shown, it is hereby ORDERED that (i) the application and affidavit of Det. John Martel in support of the above-entitled search warrant, (ii) the above-entitled search warrant and search warrant return, and (iii) the Commonwealth's motion in support of this Order all be impounded, and that the application and affidavit in support of the search warrant, the search warrant and search warrant return, and the motion in support of this Order all be held in the custody of the Office of the Clerk Magistrate of the Brighton District Court Department until further ordered by the Court.

This Order is not impounded and, upon the return of the search warrant, is to be considered a public record available for public inspection.

Dated: _____

_____
Associate Justice
Brighton District Court

jeopardize the ongoing investigation into the murder of Mr. Robinson by disseminating information known only by the person or persons responsible for his murder.

3.    The affidavit and search warrant return contain information which, if made public, would likely result in wide-spread media coverage of a sensational nature. The homicide of Recardo Robinson and the ongoing investigation into his murder have already received significant media attention.    Such additional pre-trial publicity would further increase the difficulty in selecting a fair and impartial jury to try the individual(s) who will be charged as a result of the ongoing investigation into the murder.

4.    The affidavit and search warrant return contain information which, if made public, may result in the destruction of evidence, intimidation of potential witnesses, or in some other way interfere with or undermine the ongoing investigation into the murder.

5.    The affidavit and search warrant return contain sensitive and private information which, if made public, would substantially increase the psychological and emotional distress to Mr. Robinson's family and relatives.

Respectfully submitted
For the Commonwealth,

RALPH C. MARTIN, II
DISTRICT ATTORNEY

by:    ~Peter G Flaherty~

PETER G. FLAHERTY
Assistant District Attorney
One Bulfinch Place
Boston, MA  02114
(617) 619-4240

Dated:  February 22, 2001