UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
    Plaintiff

v.

THOMAS MENINO, PAUL F.
EVANS, JAMES WYSE,
MICHAEL PRIMM, JOHN A.
MARTEL, WAYNE ROCK,
GARRETT MITCHELL,
CHARLES HARDY, AMERICAN
BROADCASTING CO., INC.,
HEARST-ARGYLE STATION
INC., WCVB TV (Channel 5,
Boston) DENNIS MCCARTHY
AND JOHN DOE I,
    Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to contack, nor communicate with NONE of the Defendant(S), as the Plaintiff is currently incarcerated, and is without Counsel to communicate thith the Defendants. Concerning the Plaintiff's Opposition to the Defendant's Motion to Dismiss the Complaint and therefor I am unable to resolve or narrow the issue prior to filing the above motion.

(1)

Respectfully Submitted,
BY THE PLAINTIFF,

_____
LEON ROBINSON, PRO SE
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA 01464


CERTIFICATE OF SERVICE


   I, Leon Robinson, hereby certify that I served a copy of this document upon the Defendant(S) Attorney(S) on this 29th day of August, 2005, by mailing a copy, postage prepaid.


DATE: 8/29/05          _____
                       LEON ROBINSON, PRO SE