UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEON ROBINSON,<br><br>            Plaintiff,<br><br>      v.<br><br>THOMAS MENINO et al.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 04-11023-RCL |

**AFFIDAVIT OF BRANDON L. BIGELOW
FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS AMERICAN BROADCASTING COMPANIES, INC.
AND HEARST-ARGYLE TELEVISION, INC.**

I, Brandon L. Bigelow, hereby depose and state as follows:

1.      I am an associate at Bingham McCutchen LLP, 150 Federal Street, Boston, and together with Jonathan M. Albano, represent the defendants American Broadcasting Companies, Inc. ("ABC") and Hearst-Argyle Television, Inc. ("Hearst") in the above-captioned matter.

2.      Attached hereto as Exhibit A is a true and accurate copy of the Memorandum, Findings and Orders on Defendant's Motions to Suppress Evidence entered on January 21, 2004 in *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

3.      Attached hereto as Exhibit B are true and accurate copies of the Verdict Slips in *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

4.      Attached hereto as Exhibit C is a true and accurate copy of the Suffolk County Superior Court Criminal Docket in *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

5.      Attached hereto as Exhibit D is a is a true and accurate copy of a subpoena issued by the plaintiff, Leon Robinson ("Robinson"), to ABC on December 5, 2003 in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

2

6. Attached hereto as <u>Exhibit E</u> is a true and accurate copy of the Response of Non-Party American Broadcasting Companies, Inc. to Defendant's Subpoena, filed in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384 on December 19, 2003.

7. Attached hereto as <u>Exhibit F</u> is a is a true and accurate copy of a subpoena issued by Robinson to ABC on February 15, 2005 in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

8. Attached hereto as <u>Exhibit G</u> is a true and accurate copy of the Affidavit of Terence Wrong in Response to Subpoena of American Broadcast Systems, Inc, filed in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384 on February 22, 2005.

9. Attached hereto as <u>Exhibit H</u> is a true and accurate copy of a subpoena issued by Robinson to Dennis McCarthy on February 15, 2005 in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

10. Attached hereto as <u>Exhibit I</u> is a true and accurate copy of excerpts from the transcript of testimony given by McCarthy at a preliminary hearing held on March 3, 2005 in connection with *Commonwealth v. Leon Robinson*, Suffolk County Superior Ct., Crim. Action No. 01-10384.

<table>
<tr><td>Dated:  September 19, 2005</td><td>

Respectfully submitted,

**AMERICAN BROADCASTING COMPANIES, INC. and HEARST-ARGYLE TELEVISION, INC. d/b/a WCVB-TV CHANNEL 5,**

By their attorneys,

 /s/ Brandon L. Bigelow
Jonathan M. Albano, BBO# 013850
Brandon L. Bigelow, BBO # 651143
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

*Of counsel:*

Indira Satyendra, Esq.
American Broadcasting Companies, Inc.
77 West 66th Street
New York, NY 10023-6298
(212) 456-7777

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the plaintiff Leon Robinson (A-225594), Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464 by Federal Express and on counsel of record for the defendants by first class mail and electronically via the ECF/CM on September 19, 2005.

/s/ Brandon L. Bigelow
Brandon L. Bigelow