# Exhibit B

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK SS

Superior Court Department of the Trial Court
For the transaction of Criminal Business

May 2005 Sitting

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-001   Murder

## VERDICT SLIP

In the above-entitled case, we the jury say that the defendant is:

1. \_\_\_\_\_ NOT GUILTY

2. ✓ GUILTY of MURDER IN THE FIRST DEGREE

   ✓ By Deliberate Premeditation

   and/or

   \_\_\_\_\_ Extreme Atrocity or Cruelty

3. \_\_\_\_\_ GUILTY of MURDER IN THE SECOND DEGREE

4. \_\_\_\_\_ GUILTY of VOLUNTARY MANSLAUGHTER

And this is their unanimous verdict. _____
Foreperson of the Jury

Date : May 26, 2005

COMMONWEALTH OF MASSACHUSETTS

#181

SUFFOLK SS

Superior Court Department of the Trial Court
For the transaction of Criminal Business

May 2005 Sitting

*filed 5/26/05*

COMMONWEALTH vs. Leon Robinson
SUCR2001-10384-002   Possession of Firearm , Not Home/Work , No License

### VERDICT SLIP

In the above-entitled case, we the jury say that the defendant is:

1. \_\_\_\_ NOT GUILTY

2. *12-0* ✓ GUILTY of offense as charged

And this is their unanimous verdict.   _____
                                         Foreperson of the Jury

Date : May 26 , 2005