# Exhibit C

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Robinson, Leon

Details for Docket: SUCR2001-10384

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR2001-10384 | **Caption:** | Commonwealth v Robins Leon |
| **Entry Date:** | 04/30/2001 | **Case Status:** | Criminal 4 Ctrm 815 |
| **Status Date:** | 06/08/2005 | **Session:** | Disposed (appeal pendin |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 05/04/2001 | **Jury Trial:** | NO |

## Parties Involved

3 Parties Involved in Docket: SUCR2001-10384

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Robinson | **First Name:** | Leon |
| **Address:** | 1003 Jette Court | **Address:** | |
| **City:** | Brighton | **State:** | MA |
| **Zip Code:** | 02135 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Witness |
| **Last Name:** | Harner | **First Name:** | Edward |
| **Address:** | 1231 North Las Palmas | **Address:** | |

| | | | |
|---|---|---|---|
| **City:** | Los Angeles | **State:** | CA |
| **Zip Code:** | 90038 | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

6 Attorneys Involved for Docket: SUCR2001-10384

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Lee | **First Name:** | Mark T |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | 2997 |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4210 | **Representing:** | Commonwealth, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | DAVI08 |
| **Last Name:** | White Jr | **First Name:** | William M |
| **Address:** | 1 Faneuil Marketplace 3rd Fl | **Address:** | South Market Building |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | 1649 |
| **Telephone:** | 617-723-7339 | **Tel Ext:** | |
| **Fascimile:** | 617-723-7731 | **Representing:** | Robinson, Leon (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | OTER01 |
| **Last Name:** | Budreau | **First Name:** | James H |
| **Address:** | 20 Park Plaza | **Address:** | Statler Building Suite 905 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02116 | **Zip Ext:** | |
| **Telephone:** | 617-227-3700 | **Tel Ext:** | |
| **Fascimile:** | 617-338-9538 | **Representing:** | Robinson, Leon (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Carroll | **First Name:** | Bruce W |
| **Address:** | 61-63 Chatham Street | **Address:** | 6th Floor |

| City: | Boston | State: | MA |
|---|---|---|---|
| Zip Code: | 02109 | Zip Ext: | |
| Telephone: | 617-720-1413 | Tel Ext: | |
| Fascimile: | 617-227-4767 | Representing: | Robinson, Leon (Defendant) |

| Attorney Involved: | | Firm Name: | CARN01 |
|---|---|---|---|
| Last Name: | D'Angelo | First Name: | Andrew M |
| Address: | 20 Park Plaza | Address: | Suite 1405 |
| City: | Boston | State: | MA |
| Zip Code: | 02116 | Zip Ext: | |
| Telephone: | 617-338-5566 | Tel Ext: | |
| Fascimile: | 617-338-5587 | Representing: | Robinson, Leon (Defendant) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | Baler | First Name: | Jeffrey L |
| Address: | PO Box 544 | Address: | |
| City: | Medfield | State: | MA |
| Zip Code: | 02052 | Zip Ext: | |
| Telephone: | 508-359-2087 | Tel Ext: | |
| Fascimile: | | Representing: | Robinson, Leon (Defendant) |

## Calendar Events

85 Calendar Events for Docket: SUCR2001-10384

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 05/03/2001 | 09:30 | Arraignment | CM | Event held as scheduled |
| 2 | 05/30/2001 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 3 | 06/29/2001 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 4 | 07/23/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 5 | 08/06/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 6 | 09/04/2001 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 7 | 09/24/2001 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 8 | 10/25/2001 | 09:30 | Conference: Status Review | CM | Event not held--scheduled for another date |
| 9 | 11/07/2001 | 09:30 | Conference: Status Review | CM | Event held as scheduled |

| 10 | 11/20/2001 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 11 | 12/04/2001 | 09:30 | Conference: Lobby | 1 | Event canceled not re-scheduled |
| 12 | 03/20/2002 | 09:30 | Hearing: Appt Counsel | CM | Event held as scheduled |
| 13 | 04/01/2002 | 09:30 | Status: Review by Session | 1 | Event not held--joint request |
| 14 | 04/08/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 15 | 04/19/2002 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 16 | 05/13/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 17 | 05/29/2002 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 18 | 06/13/2002 | 09:30 | Hearing: Compliance | 1 | Event held as scheduled |
| 19 | 06/25/2002 | 09:30 | Bail: Review | 1 | Event held as scheduled |
| 20 | 07/25/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 21 | 08/02/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 22 | 09/05/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 23 | 09/10/2002 | 09:30 | Hearing: Appt Counsel | 1 | Event not held--joint request |
| 24 | 09/17/2002 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 25 | 09/24/2002 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 26 | 10/17/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 27 | 10/21/2002 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 28 | 11/15/2002 | 09:30 | Bail: Review | 1 | Event canceled not re-scheduled |
| 29 | 11/15/2002 | 09:30 | Hearing: Motion | CM | Event held as scheduled |
| 30 | 11/26/2002 | 09:30 | Bail: Review | 1 | Event held as scheduled |
| 31 | 12/17/2002 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 32 | 01/23/2003 | 09:30 | Conference: Status Review | CM | Event canceled not re-scheduled |
| 33 | 02/07/2003 | 09:00 | Hearing: Motion | 6 | Event held as scheduled |
| 34 | 02/07/2003 | 09:30 | Hearing: Motion | 1 | Event moved to another session |
| 35 | 03/06/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 36 | 04/08/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 37 | 05/06/2003 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 38 | 05/22/2003 | 09:30 | Hearing: Motion | 1 | Event not held--joint request |
| 39 | 06/02/2003 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event not held--joint request |
| 40 | 07/11/2003 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 41 | 07/14/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event held as scheduled |
| 42 | 07/15/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event continues over multiple day |
| 43 | 07/16/2003 | 09:00 | Hearing: Evidentiary-suppression | 3 | Event continues over multiple day |
| 44 | 08/28/2003 | 09:30 | Hearing: Motion | CM | Event held as scheduled |
| 45 | 09/04/2003 | 09:00 | Status: Review by Session | 3 | Event held as scheduled |
| 46 | 09/25/2003 | 09:00 | Hearing: Motion | 3 | Event held as scheduled |
| 47 | 11/13/2003 | 09:00 | Status: Review by Session | 3 | Event moved to another session |
| 48 | 11/13/2003 | 09:30 | Status: Review by Clerk | CM | Event held as scheduled |

| 49 | 12/08/2003 | 14:00 | Hearing: Motion | 1 | Event held as scheduled |
| 50 | 12/22/2003 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 51 | 01/20/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 52 | 02/24/2004 | 09:30 | Hearing: Misc Matters | CM | Event moved to another session |
| 53 | 02/24/2004 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 54 | 03/26/2004 | 09:30 | Conference: Status Review | 1 | Defendant did not appear/default |
| 55 | 03/29/2004 | 09:30 | Conference: Status Review | CM | Event canceled not re-scheduled |
| 56 | 04/29/2004 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 57 | 06/21/2004 | 09:30 | Conference: Status Review | CM | Event rescheduled by court prior t date |
| 58 | 06/29/2004 | 09:30 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 59 | 09/08/2004 | 09:00 | Conference: Status Review | 3 | Event not held--req of Defendant |
| 60 | 09/08/2004 | 09:30 | Conference: Status Review | 1 | Event canceled not re-scheduled |
| 61 | 09/10/2004 | 14:00 | Conference: Status Review | 3 | Event not held--req of Defendant |
| 62 | 09/15/2004 | 12:00 | Conference: Status Review | 3 | Event held as scheduled |
| 63 | 10/26/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event not reached by Court |
| 64 | 11/09/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event rescheduled by court order |
| 65 | 11/12/2004 | 14:00 | Hearing: Non-eviden-Discovery | 3 | Event held as scheduled |
| 66 | 11/17/2004 | 15:30 | Hearing: Non-eviden-Discovery | 3 | Event not reached by Court |
| 67 | 11/30/2004 | 15:00 | Hearing: Non-eviden-Discovery | 3 | Event continues over multiple day |
| 68 | 12/07/2004 | 14:00 | Status: Review by Session | 3 | Event held as scheduled |
| 69 | 01/10/2005 | 14:00 | Status: Filing deadline | 3 | Event rescheduled by court order |
| 70 | 01/11/2005 | 14:00 | Status: Filing deadline | 3 | Event held as scheduled |
| 71 | 03/03/2005 | 14:00 | Hearing: Motion | 3 | Event held as scheduled |
| 72 | 05/03/2005 | 14:00 | Conference: Final Pre-Trial | 3 | Event moved to another session |
| 73 | 05/03/2005 | 14:00 | Conference: Final Pre-Trial | 4 | Event held as scheduled |
| 74 | 05/10/2005 | 14:00 | Hearing: Appt Counsel | 4 | Event held as scheduled |
| 75 | 05/16/2005 | 09:00 | TRIAL: by jury | 3 | Event moved to another session |
| 76 | 05/16/2005 | 09:00 | TRIAL: by jury | 4 | Trial begins |
| 77 | 05/17/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 78 | 05/18/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 79 | 05/19/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 80 | 05/20/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 81 | 05/23/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 82 | 05/24/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 83 | 05/25/2005 | 09:00 | TRIAL: by jury | 4 | Event continues over multiple day |
| 84 | 05/26/2005 | 09:00 | TRIAL: by jury | 4 | Trial ends |

| 85 | 05/27/2005 | 09:00 | Hearing: Sentence Imposition | 4 | Event held as scheduled |

## Full Docket Entries

654 Docket Entries for Docket: SUCR2001-10384

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 04/30/2001 | 1 | Indictment returned |
| 04/30/2001 | | Warrant on indictment issued via W.M.S. |
| 04/30/2001 | | Notice & copy of indictment sent to Chief Justice & Atty General |
| 04/30/2001 | | Notice & copy of indictment & entry on docket sent to Sheriff |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | | Brought into court on special mittimus. Appearance of Deft's Atty: |
| 05/03/2001 | | William M White Jr |
| 05/03/2001 | 3 | Order of notice of finding of murder indictment read and returned |
| 05/03/2001 | 3 | with service. |
| 05/03/2001 | | Deft arraigned before Court. Indictment read as to offense #001. |
| 05/03/2001 | | Deft waives reading of indictment |
| 05/03/2001 | | RE Offense 1:Plea of not guilty |
| 05/03/2001 | | RE Offense 2:Plea of not guilty |
| 05/03/2001 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street) |
| 05/03/2001 | 4 | Deft files motion for funds for investigator. |
| 05/03/2001 | | Motion (P#4) allowed as endorsed. |
| 05/03/2001 | 5 | Deft files motion for confinement within Suffolk County in order to |
| 05/03/2001 | 5 | confer with counsel. Wilson, AC/M - D. Collins for M. Lee, ADA - W. |
| 05/03/2001 | 5 | Greenlaw, Court Reporter - W. White, Attorney. |
| 05/03/2001 | | Warrant canceled on the Warrant Management System May 03, 2001 |
| 05/25/2001 | 7 | Deft files pro se: motion for DNA discovery. |
| 05/25/2001 | 8 | Deft files pro se: motion for copies of photographs. |
| 05/25/2001 | 9 | Deft files motion for discovery of evidence in possession of Federal |
| 05/25/2001 | 9 | authorities. |
| 05/30/2001 | 6 | Defendant not in court. Pre-trial conference report filed. Motions to |
| 05/30/2001 | 6 | be filed by 6/22/2001. Wilson, AC/M - M. Lee, ADA - N. King, Court |
| 05/30/2001 | 6 | Reporter. |
| 06/14/2001 | 10 | Deft files motion for discovery |
| 06/14/2001 | 11 | Deft files request for Brady exculpatory material. |
| 06/14/2001 | 12 | Deft files motion for hearing re: Counsel. |
| 07/23/2001 | | Defendant brought into Court. Hearing re: Paper #12. After hearing, |
| 07/23/2001 | | motion withdrawn. Spurlock, RAJ - M. Lee, ADA - P. McDonough, Court |

| 07/23/2001 | | Reporter - W. White, Attorney. |
|---|---|---|
| 09/04/2001 | | Defendant brought into Court. Motion (P#10) agreed and allowed unless |
| 09/04/2001 | | amended or otherwise ordered by specific paragraph. (Christine M. |
| 09/04/2001 | | McEvoy, Justice) |
| 09/04/2001 | | Motion (P#11) agreed and allowed.(Christine M. McEvoy, Justice) |
| 09/04/2001 | 13 | Deft files Motion for additional funds for investigator. |
| 09/04/2001 | | Motion (P#13) allowed (Christine M. McEvoy, Justice) |
| 09/04/2001 | 14 | Order for Production of Criminal records filed. (Christine M. McEvoy, |
| 09/04/2001 | 14 | Justice) M. Lee, ADA - K. Canty, Court Reporter - W. White, Attorney. |
| 09/24/2001 | 15 | Brought into court. Deft files motion for funds for copies of |
| 09/24/2001 | 15 | photographs. |
| 09/24/2001 | | Motion (P#15) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - D. |
| 09/24/2001 | | Cullinan, Court Reporter - W. White, Attorney. |
| 10/25/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - |
| 10/25/2001 | | N. King, CR |
| 11/07/2001 | | Defendant not present. Wilson, Mag - C. Bartoloni, for M. Lee, ADA - |
| 11/07/2001 | | W. White, Atty - K. Rael, CR |
| 11/20/2001 | | Defendant not present. Wilson, Mag - M. Lee, ADA - W. White, Atty - |
| 11/20/2001 | | K. Rael, CR |
| 12/04/2001 | | Defendant brought into court. Defendant's oral pro se motion for |
| 12/04/2001 | | statements of defendant allowed if any exist. McEvoy, J. - M. Lee, |
| 12/04/2001 | | ADA - D. Cullinan, Court Reporter W. White, Attorney. |
| 01/18/2002 | 16 | Deft files pro se motion to terminate trial counsel and affidavit in |
| 01/18/2002 | 16 | support of. |
| 01/18/2002 | 17 | Deft files pro se motion for appointment of counsel. |
| 01/18/2002 | 18 | Deft files pro se request for a hearing. |
| 01/18/2002 | 19 | Deft files pro se motion for free transcripts. |
| 02/13/2002 | 20 | Withdrawal of appearance filed by William M White Jr from |
| 02/13/2002 | 20 | representing defendant. |
| 03/07/2002 | | Defendant not present. Wilson, Mag - C. Bartoloni, ADA - ERD |
| 03/20/2002 | | Brought into Court. Rule 36 waived by order of the Court. |
| 03/20/2002 | | Motion (P#16) denied (Nancy Merrick, Justice). |
| 03/20/2002 | | Motion (P#20) denied (Nancy Merrick, Justice). - C. Bartoloni for M. |
| 03/20/2002 | | Lee - C. Smith, Court Reporter - W. White, Attorney |
| 04/01/2002 | | Defendant not present. Brady, J - D. Collins, For M. Lee, ADA - F. |
| 04/01/2002 | | Robinson, for R. Wheeler Atty - A. McDonald, CR |
| 04/08/2002 | | Defendant not present. Brady, J - M. Lee, ADA - G. Robinson, Atty - |
| 04/08/2002 | | M. Wrighton, CR |
| 04/19/2002 | | Defendant not present. Brady, J - B. Carroll, CR |
| 05/13/2002 | 21 | Defendant not in Court. Deft files motion to dismiss for failure to |
| 05/13/2002 | 21 | provide discovery with affidavit in support. Wilson, AC/M - M. Lee, |

| | | |
|---|---|---|
| 05/13/2002 | 21 | ADA - ERD - B. Carroll, Attorney |
| 05/29/2002 | | Brought into court. Motion to Dismiss (P#21) denied. Walker, J. - M. |
| 05/29/2002 | | Lee, ADA - N. King, Court Reporter - B. Carroll, Attorney. |
| 06/03/2002 | 22 | Deft files pro-se: notice objection with supporting affidavit. |
| 06/03/2002 | 23 | Deft files pro-se: notice of appeal. |
| 06/03/2002 | 24 | Deft files pro-se: notice of appeal. |
| 06/13/2002 | | Defendant not present. King, J - P. Connelly, CR - M. Lee, ADA |
| 06/24/2002 | 29 | Deft files Letter to Justice Walker. |
| 06/25/2002 | | Brought into court. After hearing Defendant's oral motion for |
| 06/25/2002 | | reduction of bail, denied. |
| 06/25/2002 | 25 | Deft files motion for funds. |
| 06/25/2002 | | Motion (P#25) allowed. |
| 06/25/2002 | 26 | Deft files motion for " The Murder Book " or " File ". |
| 06/25/2002 | 27 | Deft files motion for return of property. King, J. - M. Lee, ADA - M. |
| 06/25/2002 | 27 | Wrighton, Court Reporter - B. Carroll, Attorney. |
| 06/26/2002 | 28 | Deft files motion for funds to retain DNA consultant / expert. |
| 06/26/2002 | | Motion (P#28) allowed. King, J. |
| 07/02/2002 | 30 | Court files Order Relative to Discovery. (M. Lee, ADA and B. Carroll, |
| 07/02/2002 | 30 | Attorney notified 7/8/02) |
| 07/25/2002 | | Defendant brought into court. Walker, J - M. Lee, ADA - B. Carroll, |
| 07/25/2002 | | Atty - M. McDonald, CR |
| 08/02/2002 | | Defendant brought into court. Attorney Bruce Carroll's oral motion to |
| 08/02/2002 | | withdraw, allowed. Case is referred to C.P.C.S. for appointment of |
| 08/02/2002 | | counsel ( Murder Case ). Walker, J. - M. Lee, ADA - M. McDonald, |
| 08/02/2002 | | Court Reporter - B. Carroll, Attorney. |
| 09/05/2002 | | Defendant not present. Wilson, Mag - M. Lee, ADA - B. Carroll, Atty |
| 09/05/2002 | | - ERD |
| 09/10/2002 | 31 | Deft files Pro - Se motion to compel, assembly of the record, to |
| 09/10/2002 | 31 | appeal, denial of motion to dismiss entered on May, 29 2002, by |
| 09/10/2002 | 31 | Justice Joseph M. Walker III affidavit in support thereof. |
| 09/10/2002 | 32 | Deft files Pro - Se motion to inspect tagible evidence. |
| 09/10/2002 | 33 | Deft files Pro - Se motion for sanctions against the District |
| 09/10/2002 | 33 | Attorney for failure to provide discovery in a timely fashion. |
| 09/10/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - M. McDonald, CR |
| 09/17/2002 | | Defendant not in Court. Appointment of Counsel James Budreau by CPCS |
| 09/17/2002 | | on 9/16/02 (See copy of letter from CPCS). McEvoy, J. - D. Collins, |
| 09/17/2002 | | ADA - M. McDonald, Court Reporter |
| 09/17/2002 | | Attorney James Budreau appointed to represent defendant by CPCS on |
| 09/17/2002 | | 9/16/02. Letter of approval signed by McEvoy, J. and mailed to CPCS. |
| 09/17/2002 | | McEvoy, J. |
| 09/18/2002 | | Atty James Boudreau appointed to represent defendant by CPCS on |

| 09/18/2002 | | 9/16/02. Letter of approval signed by McEvoy, J and mailed to CPCS. |
| 09/18/2002 | | McEvoy, J - |
| 09/23/2002 | 34 | Deft files pro se motion for speedy trial |
| 09/23/2002 | 35 | Deft files motion for appointment of counsel |
| 09/23/2002 | 36 | Deft files affidavit in support of motion for sanction against the |
| 09/23/2002 | 36 | District Attorney and memorandum of law |
| 09/24/2002 | | Defendant not present. McEvoy, J - D. Collins for M. Lee, ADA - M. |
| 09/24/2002 | | McDonald, CR |
| 09/27/2002 | 37 | Deft files motion to dismiss for failure to provide discovery, |
| 09/27/2002 | 37 | affidavit and memorandum in support thereof. |
| 10/17/2002 | | Defendant not present. McEvoy, J - M. Lee, ADA - J. Budreau, Atty - |
| 10/17/2002 | | N. McCann, CR |
| 10/21/2002 | | Defendant brought into court. Motion (P#37) denied as endorsed ( See |
| 10/21/2002 | | Motion ). |
| 10/21/2002 | 38 | Deft files motion for funds and affidavit. |
| 10/21/2002 | | Motion (P#38) allowed as endorsed. McEvoy, J. - M. Lee, ADA - N. |
| 10/21/2002 | | McCann, Court Reporter - J. Budreau, Attorney. |
| 10/28/2002 | 39 | Notice of Interlocutory Appeal and Request for Transcript filed by |
| 10/28/2002 | 39 | Leon Robinson |
| 10/28/2002 | | Motion (P#39) allowed. McEvoy, J. |
| 10/28/2002 | 40 | Deft files notice of appeal |
| 10/28/2002 | 41 | Deft files moiton to waive filing fees |
| 10/28/2002 | 42 | Deft files moiton for exculpatory evidence and sanctions |
| 11/15/2002 | 43 | Deft files motion for bail based upon changed circumstances. |
| 11/15/2002 | 44 | Deft files motion for dismiss purusant to O'Dell. |
| 11/15/2002 | 45 | Deft files motion for order permitting investigator to enter |
| 11/15/2002 | 45 | Souza-Baronowski Prison to meet with inmate Leon Robinson and |
| 11/15/2002 | 45 | affidavit. |
| 11/15/2002 | 46 | Deft files motion for funds & affidavit. |
| 11/15/2002 | 47 | Deft files motion for Judicial Order or Recommendation that he be |
| 11/15/2002 | 47 | returned to a Suffolk County Facility pending trial & affidavit |
| 11/15/2002 | 48 | Deft files motion for additional discovert regarding DNA testing. |
| 11/15/2002 | 49 | Deft files motion to suppress photographic identifications of |
| 11/15/2002 | 49 | defendant. |
| 11/15/2002 | 50 | Deft files motion to suppress defendant's lineup. |
| 11/15/2002 | 51 | Deft files motion to suppress defendant's statements, affidavit of |
| 11/15/2002 | 51 | Leon Robinson. |
| 11/15/2002 | 52 | Deft files motion to suppress defendant's coat, affidavit of Leon |
| 11/15/2002 | 52 | Robinson. |
| 11/15/2002 | 53 | Deft files motion to suppress. Wilson, AC/M - M. Lee, ADA - ERD - J. |
| 11/15/2002 | 53 | Budreau, Attorney |

| 11/25/2002 | 54 | Deft files Supplemental Memorandum in support of Motion to Suppress |
| 11/25/2002 | 54 | Defendant's Statement (Pursuant to M.G.L. c.276) |
| 11/26/2002 | | Defendant brought into court. After hearing re: motions, Court rules |
| 11/26/2002 | | as follows : Re: Paper #42 #43 #44 taken under advisement. |
| 11/26/2002 | | Motion (P#46) allowed. |
| 11/26/2002 | | Motion (P#47) denied. Hines, J. - M. Lee, ADA - P. Connolly, Court |
| 11/26/2002 | | Reporter - J. Budreau, Attorney. |
| 11/26/2002 | | Finding by Court: Paper #43 denied as endorsed. Hines, J. Copies sent |
| 11/26/2002 | | to Atty. and ADA 11/26/02. |
| 11/26/2002 | | Finding by Court: Paper #45, allowed. Order issued to Nashua Street |
| 11/26/2002 | | Jail. Hines, J. Copies sent to ADA and Atty. 11/26/02. |
| 12/02/2002 | 55 | Commonwealth files memorandum of law in opposition to defendant's |
| 12/02/2002 | 55 | O'Dell Motion |
| 12/05/2002 | 56 | Deft files supplemental citation in support of motion for exculpatory |
| 12/05/2002 | 56 | evidence & sanctions. |
| 12/05/2002 | 57 | Deft files notice of interlocutory appeal & request for transcript. |
| 12/17/2002 | | Defendant not present. |
| 12/17/2002 | 58 | Order on defendant's motion for exculpatory evidence and sanctions. |
| 12/17/2002 | | Motion (P#42) allowed as endorsed. Wilson, AC/M - M. Lee, ADA - ERD |
| 12/17/2002 | | - J. Budreau, Attorney. |
| 01/21/2003 | 59 | Deft files motion to dismiss for discovery violations |
| 01/21/2003 | 60 | Memorandum and order on defendant's motion to dismiss denied |
| 01/21/2003 | 60 | 1/23/2003. Hines, J. |
| 01/30/2003 | 61 | Deft files motion for discovery compliance and request for an |
| 01/30/2003 | 61 | evidentiary hearing (memorandum incorporated) |
| 02/04/2003 | | Defendant not present. Lauriat, J. - J. Budreau via telephone, |
| 02/04/2003 | | Attorney. |
| 02/05/2003 | | Defendant not present. |
| 02/05/2003 | 62 | Deft files motion for funds. |
| 02/05/2003 | | Motion (P#62) allowed as endorsed. Wilson, AC/M - ERD - J. Budrey, |
| 02/05/2003 | | Attorney. |
| 02/07/2003 | | Defendant not present. |
| 02/07/2003 | | Defendant's Paper No. 61 after hearing reference endorsement. (M. |
| 02/07/2003 | | Lee, ADA and J. Boudreau notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 63 | Deft files motion for preclusion of evidence for discovey violation. |
| 02/07/2003 | 63 | After hearing reference endorsement (M. Lee, ADA and J. Boudreau, |
| 02/07/2003 | 63 | Atty notified 2/11/03 with copy of endorsement) |
| 02/07/2003 | 64 | Deft files motion for funds |
| 02/07/2003 | | Motion (P#64) allowed up to $1,500.00 additional approved. Ball, J. |
| 02/07/2003 | | - M. Lee, ADA - P. Flaherty, Court Reporter - J. Boudreau, Attorney |
| 02/07/2003 | | (M. Lee, ADA and J. Boudreau, Atty notified with copy of endorsment |

| 02/07/2003 | | on 2/11/03) |
| 02/24/2003 | 65 | Deft files notice of objection with supporting affidavit |
| 02/28/2003 | | Notice of assembly of the record on appeal, received from Clerk |
| 02/28/2003 | | M.Doyle,SJC with attachment.. |
| 03/06/2003 | | Defendant not present |
| 03/06/2003 | 66 | Deft files motion for records of witnesses. |
| 03/06/2003 | | Motion (P#66) allowed, Wilson, AC/M |
| 03/06/2003 | 67 | Deft files supplemental motion to suppress search of apartment with |
| 03/06/2003 | 67 | affidavit |
| 03/06/2003 | 68 | Deft files motion to suppress photographic identifications of |
| 03/06/2003 | 68 | defendant with affidavit. |
| 03/06/2003 | 69 | Ordered: re: records of witnesses filed. Wilson, AC/M - E.R.D. - |
| 03/06/2003 | 69 | J.Boudreau, Attorney. |
| 03/14/2003 | 70 | Deft files motion to preserve blood sample or protective order and |
| 03/14/2003 | 70 | affidavit of counsel |
| 03/14/2003 | 71 | Deft files motion for notes of evidence inspection by laboratory and |
| 03/14/2003 | 71 | affidavit of counsel |
| 03/31/2003 | 72 | Deft files motion to dismiss (memorandum incorporated) |
| 04/08/2003 | | Defendant brought into court for hearing re: defendant's motion for |
| 04/08/2003 | | notes of evidence inspection by laboratory. |
| 04/08/2003 | | Motion (P#71) allowed by agreement. |
| 04/08/2003 | 73 | Deft files ex-parte motion for funds |
| 04/08/2003 | | Motion (P#73) allowed |
| 04/08/2003 | 74 | Deft files Motion for funds (photographs) |
| 04/08/2003 | | Motion (P#74) allowed as endorsed |
| 04/08/2003 | 75 | Deft files supplemental motion to preserve blood sample or for |
| 04/08/2003 | 75 | protective order. Wilson, AC/M - M. Lee, ADA - F. LaRoux, Court |
| 04/08/2003 | 75 | Reporter - J. Boudreau, Attorney |
| 04/22/2003 | 76 | Commonwealth files motion for an order to take a biological sample |
| 04/22/2003 | 76 | from defendant for DNA testing |
| 05/06/2003 | | Motion (P#70) denied. |
| 05/06/2003 | | Defendant brought into court. |
| 05/06/2003 | | After hearing, Motion (P#76) allowed. |
| 05/06/2003 | 77 | Order for biological sample from defendant, filed. |
| 05/06/2003 | 78 | Deft files opposition to Commonwealth's request for DNA sample. |
| 05/06/2003 | 79 | Deft files Motion to remand defendant to a Suffolk County Facility |
| 05/06/2003 | 79 | pending trial. |
| 05/06/2003 | | Motion (P#79) allowed in so much it is recommended that defendant to |
| 05/06/2003 | | be housed in Suffolk County Facility within 30 days prior to |
| 05/06/2003 | | scheduling of date. Agnes, J. - M. Lee, ADA - M. McDonald, Court |
| 05/06/2003 | | Reporter - J. Budreau, Attorney. |

| Date | No. | Entry |
|------|-----|-------|
| 05/14/2003 | 80 | Commonwealth files memorandum of law in opposition to defendant's |
| 05/14/2003 | 80 | McCarthy Motion |
| 05/21/2003 | 81 | Deft files Motion for Franks / Amral hearing regarding supplemental |
| 05/21/2003 | 81 | motion to suppress search of apartment ( Memorandum incorporated ). |
| 05/21/2003 | 82 | Deft files supplemental memorandum in support of hearing on motion to |
| 05/21/2003 | 82 | suppress photographic identification of defendant. |
| 05/21/2003 | 83 | Deft files notice of interlocutory appeal and for expedited |
| 05/21/2003 | 83 | transcript. |
| 05/21/2003 | 84 | Deft files petition for leave to file interlocutory appeal pursuant |
| 05/21/2003 | 84 | to M.G.L. CH. 211 Sec. 3 regarding order requiring petioner to |
| 05/21/2003 | 84 | provide Commonwealth with biological sample ( Memorandum Incorporated |
| 05/21/2003 | 84 | ). |
| 05/22/2003 | | Defendant not present. Spurlock, J. - M. Lee, ADA - P. Pietrella, |
| 05/22/2003 | | Court Reporter - M. Bourbeau, Attorney. |
| 06/02/2003 | | Defendant not present. |
| 06/02/2003 | 85 | Deft files Motion for funds and affidavit. |
| 06/02/2003 | | Motion (P#85) allowed. Spurlock, J. - M. Lee, ADA - M. McDonald, |
| 06/02/2003 | | Court Reporter - J. Budreau, Attorney. |
| 07/11/2003 | 86 | After hearing, Court ORDERS defendant remanded to the custody of the |
| 07/11/2003 | 86 | Suffolk County Jail (Nashua Street) until defendant's motion to |
| 07/11/2003 | 86 | suppress hearing before Walker, J. in the 3rd criminal session, |
| 07/11/2003 | 86 | courtroom 9, 2nd floor, is completed. (Locke, J.) - M. Wrighton, CR |
| 07/11/2003 | 86 | - J. Budreau, Atty |
| 07/14/2003 | | Defendant brought into court. |
| 07/14/2003 | | Hearing re: defendant's motion to suppress commences before Walker, |
| 07/14/2003 | | J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/15/2003 | | Defendant brought into court. |
| 07/15/2003 | | Hearing re: defendant's motion to suppress continues before Walker, |
| 07/15/2003 | | J. - M. Lee, ADA - N. King, CR - J. Budreau, Atty |
| 07/16/2003 | | Defendant brought into court. |
| 07/16/2003 | | Hearing re: defendant's motion to suppress continues before Walker, |
| 07/16/2003 | | J. After hearing, motion taken under advisement. |
| 07/16/2003 | 87 | Deft files Motion for Funds (re: investigator), with affidavit of |
| 07/16/2003 | 87 | counsel and investigator in support thereof |
| 07/16/2003 | | After hearing, Motion (P#87) allowed (Walker, J.) |
| 07/16/2003 | 88 | Deft files Motion for Transcript Costs |
| 07/16/2003 | | Motion (P#88) allowed (Walker, J.) - M. Lee, ADA - N. King, CR - J. |
| 07/16/2003 | | Budreau, Atty |
| 07/28/2003 | 89 | Deft files Notice of Supplemental Citations in Support of His Motions |
| 07/28/2003 | 89 | to Suppress |
| 07/31/2003 | 90 | Commonwealth files Memorandum of Law in Opposition to the Defendant's |

| | | |
|---|---|---|
| 07/31/2003 | 90 | Motion to Suppress Statements, Identifications, and Physical Evidence. |
| 08/03/2003 | 91 | Deft files Response to Commonwealth's Memorandum of Law in Opposition |
| 08/03/2003 | 91 | to the Defendant's Motions to Suppress Statements, Identifications |
| 08/03/2003 | 91 | and Physical Evidence. |
| 08/03/2003 | 92 | Notice of Docket Entry from the Supreme Judicial Court dated August |
| 08/03/2003 | 92 | 1, 2003 filed. The Court orders the following judgment be entered: |
| 08/03/2003 | 92 | "Matter came before the Court, Ireland, J. on a Petition pursuant to |
| 08/03/2003 | 92 | G.L. Ch. 211, Section 3. Upon consideration thereof, it is ordered |
| 08/03/2003 | 92 | that the Petition be and the same hereby is denied without a hearing. |
| 08/03/2003 | 92 | By the Court, Ireland, J.. |
| 08/28/2003 | | Defendant not present. |
| 08/28/2003 | 93 | Deft files ex-parte motion for funds. |
| 08/28/2003 | | Motion (P#93) allowed as endorsed. Wilson, Mag - J Budreau, Attorney |
| 09/04/2003 | | Defendant not present in Court. |
| 09/04/2003 | 94 | Motion by Deft: motion for discovery relating to scientific evidence |
| 09/04/2003 | 94 | and for order to test jacket blood stain for preservatives |
| 09/04/2003 | | Continued until September 25, 2003 by agreement motions |
| 09/04/2003 | | Habeas corpus for Deft at Old Colony Correctional Institution |
| 09/04/2003 | | appearance September 25, 2003. Connolly, J - M. Lee, ADA - J. |
| 09/04/2003 | | Budreau, Attorney. |
| 09/16/2003 | 95 | Motion by Deft: motion to suppress defendant's coat |
| 09/16/2003 | 96 | Motion by Deft: motion for discovery compliance and sanctions against |
| 09/16/2003 | 96 | commonwealth for late production of evidence |
| 09/25/2003 | 97 | Motion by Deft: motion for discovery relating to ABC's 24/7 |
| 09/25/2003 | 97 | videotaping |
| 09/25/2003 | 98 | Motion by Deft: supplmental motion to test jacket blood stain for |
| 09/25/2003 | 98 | preservatives |
| 09/25/2003 | | Defendant brought into court |
| 09/25/2003 | | Motion (P#96 after hearing, ) denied. ( ref: endorsement) |
| 09/25/2003 | | Defendant's paper # 97and 98 after hearing, Court takes no action as |
| 09/25/2003 | | to each ( ref: record) Connolly, J. - M. Lee, ADA - M. Munro, |
| 09/25/2003 | | Court Reporter - J. Budreau, Attorney |
| 11/13/2003 | | Defendant not present. WIlson, Mag - M. Lee, ADA - E.R.D. - J. |
| 11/13/2003 | | Budreau, Attorney |
| 12/03/2003 | | Defendant brought into court. |
| 12/03/2003 | 99 | Notice filed by the SJC of Docket Entry case dismissed without |
| 12/03/2003 | 99 | prejudice before the SJC |
| 12/03/2003 | 100 | Deft files second supplemental moiton to test jacket blood stains for |
| 12/03/2003 | 100 | preservations and affidavit. Wilson, Mag - M. Lee, ADA - E.R.D. - J. |
| 12/03/2003 | 100 | Boudreau, Attorney |
| 12/08/2003 | | Defendant brought into court. After hearing re: P#100 continued to |

| Date | No. | Description |
|---|---|---|
| 12/08/2003 | | 12/22/03 by agr. for hrg. in session. Ball, J. M.Lee, ADA - |
| 12/08/2003 | | A.McDomnald, C./R. - J.Budreau and A.D'Angelo, Attorney |
| 12/09/2003 | 101 | Commonwealth files opposition to defendant's motion (and supplemental |
| 12/09/2003 | 101 | motion) for an order to test jacket blood stain for the chemical |
| 12/09/2003 | 101 | preservative EDTA |
| 12/19/2003 | 102 | Response of non-party American Broadcasting Companies Inc. to |
| 12/19/2003 | 102 | defendant's subpoena filed. |
| 12/22/2003 | | Defendant brought into court. |
| 12/22/2003 | | Motion (P#100) denied as endorsed. Ball, J. - M. Lee, ADA - A. |
| 12/22/2003 | | McDonald, Court Reporter - J. Budreau Attornet and A. D'Angelo, |
| 12/22/2003 | | Attorney. |
| 12/30/2003 | 103 | Deft files notice of appeal |
| 01/20/2004 | | Defendant brought into court. Wilson, Mag - M. Lee, ADA - ERD - A. |
| 01/20/2004 | | D'Angelo, Attorney for J. Budreau. |
| 01/23/2004 | 104 | Notice of Docket Entry received from SJC re: filing of Petitioner's |
| 01/23/2004 | 104 | Motion to Withdraw Application for Leave to Appeal the Denial of the |
| 01/23/2004 | 104 | Defendant's Motion to Test Jacket Blood Stains for Preservatives and |
| 01/23/2004 | 104 | His Motion for an Evidentiary Hearing (note: motion allowed by SJC |
| 01/23/2004 | 104 | without a hearing on 1-22-2004). |
| 02/02/2004 | 105 | Commonwealth files Supplemental Opposition to Defendant's Motion (and |
| 02/02/2004 | 105 | Supplemental Motion) for an Order to Test Jacket Blood Stain for the |
| 02/02/2004 | 105 | Chemical Preservative Edta |
| 02/03/2004 | 106 | MEMORANDUM, FINDINGS & ORDERS denying Defendant's Motions to Suppress |
| 02/03/2004 | 106 | Evidence (Paper #s 81; 67; 52; 53; 54 and 49, 68, 83), filed by the |
| 02/03/2004 | 106 | Court (Walker, J.) (February 03, 2004) |
| 02/11/2004 | 107 | Notice of docket entry - Judgement after Rescript from SJC "Affirmed" |
| 02/11/2004 | 107 | Cordy. J. |
| 02/17/2004 | 108 | Deft files pro se notice to objection to continuances |
| 02/17/2004 | 109 | Deft files pro se notice to preserve defendant's rights and |
| 02/17/2004 | 109 | objections to the Court's denial of defendant's motion to suppress, |
| 02/17/2004 | 109 | motion to dismiss, requests for sanctions and other motions including |
| 02/17/2004 | 109 | DNA testing and motion in limine |
| 02/24/2004 | | Defendant brought into court. Lauriat, J. - M. Lee, ADA - M. |
| 02/24/2004 | | McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 03/18/2004 | 110 | Deft files motion for transcript of 12/22/03 hearing before Judge |
| 03/18/2004 | 110 | Ball. (Ball, J notified w/copy 3/26/04) |
| 03/26/2004 | | Defendant not present. Spurlock, RAJ - M Lee, ADA - M McDonald, |
| 03/26/2004 | | Court Reporter - A D'Angelo, Attorney |
| 04/05/2004 | 111 | Deft files pro se notice of the deft Leon Robinson's objection to the |
| 04/05/2004 | 111 | DNA swabbing done on March 26, 2004. |
| 04/05/2004 | 112 | Deft files pro se request for specific Brady exculpatory material #1. |

| 04/05/2004 | 113 | Deft files pro se motion for a view |
| 04/05/2004 | 114 | Deft files pro se motion for sequestration of witnesses. |
| 04/05/2004 | 115 | Deft files pro se motion to exclude all Boston Police officers from |
| 04/05/2004 | 115 | sitting in Courtroom and with the ADA during all Court hearing and at |
| 04/05/2004 | 115 | deft's trial. |
| 04/05/2004 | 116 | Deft files pro se motion to photograph all chalks, pictures and |
| 04/05/2004 | 116 | drawings. |
| 04/29/2004 | | Defendant not present. |
| 04/29/2004 | | Continued until June 21, 2004 for Status re: DNA by order of the |
| 04/29/2004 | | Court McEvoy, J.( Who is at Judicial Conference ) - M. Lee, ADA - M. |
| 04/29/2004 | | McDonald, Court Reporter. |
| 05/03/2004 | 117 | Deft files pro se: notice of specific requests for exculpatory #2 |
| 05/03/2004 | 117 | evidence and required compliance with Kyle v. Whtiley |
| 05/06/2004 | 118 | Deft files pro se request for hearing on May 18, 2004 regarding his |
| 05/06/2004 | 118 | objections to continuances and Rule 36 |
| 05/06/2004 | 119 | Deft files moiton for habeas corpus to issue for May 18, 2004 |
| 05/10/2004 | 120 | Deft files pro se marking motion fo rhearing date |
| 05/10/2004 | 121 | Deft files pro se defendant's opposition to any further continuances |
| 05/10/2004 | 121 | and memorandum and affidavit in support of |
| 06/01/2004 | 122 | Deft files pro se: marking motion for hearing date. |
| 06/01/2004 | 123 | Deft files pro se: opposition to any further continuances, memorandum |
| 06/01/2004 | 123 | in support of his objections to no further continuances and Rule 36 |
| 06/01/2004 | 123 | w/affidavit. |
| 06/07/2004 | 124 | Deft files pro-se Motion to Dismiss ( Speedy Trial Rule 36 violations |
| 06/07/2004 | 124 | with affidavit in support of. |
| 06/10/2004 | | Defendant not present. |
| 06/10/2004 | | Continued until June 29, 2004 for Hearing re: Motion to Dismiss and |
| 06/10/2004 | | DNA by agreement. Wilson, MAG - C. Bartoloni, ADA - ERD. |
| 06/29/2004 | | Defendant brought into court. Hearing re: Motions. |
| 06/29/2004 | 125 | Deft files motion to preclude admission of DNA Testing Results. |
| 06/29/2004 | | Motion (P#125) denied |
| 06/29/2004 | 126 | Assented to Motion to Transport and House the Defendant at the Nashua |
| 06/29/2004 | 126 | Street Jail, One day before each scheduled appearance. |
| 06/29/2004 | | Motion (P#126) allowed |
| 06/29/2004 | 127 | Deft files ex-parte motion for funds for a Blood Expert. |
| 06/29/2004 | | Motion (P#127) allowed (Christopher J Muse) - M. Lee, ADA - A. |
| 06/29/2004 | | McDonald, Court Reporter - J. Budreau & D. Angelo, Attorney |
| 07/08/2004 | 128 | Deft files pro se notice of interlocutory appeal and for expedited |
| 07/08/2004 | 128 | transcript |
| 07/23/2004 | | Defendant not present. |
| 07/23/2004 | 129 | Deft files ex-parte motion for funds to continue to retain an |

| 07/23/2004 | 129 | investigator with affidavit and memorandum in support of. |
| 07/23/2004 | | Motion (P#129) allowed as endorsed. ( See Record ) . Connor, J. - M. |
| 07/23/2004 | | McDonald, Court Reporter - A. D'Angelo, Attorney. |
| 09/10/2004 | 130 | Deft files Pro Se: Motion for DNA discovery |
| 09/10/2004 | 131 | Deft files Pro Se : Motion for free copies of docket sheets and |
| 09/10/2004 | 131 | copies of any Motions on the docket in this case upon the request for |
| 09/10/2004 | 131 | copies |
| 09/15/2004 | | Defendant brought into court. Court orders that all discovery re: |
| 09/15/2004 | | DNA be complete by 10/08/04 - All motions to be filed by 10/08/04 |
| 09/15/2004 | 132 | Deft files Ex-Parte Motion for funds |
| 09/15/2004 | | Motion (P#132) allowed (Barbara J Rouse). Copies hand delivered to |
| 09/15/2004 | | counsel September 15, 2004 - Rouse, J. - M. Lee, ADA - M. Wrighton, |
| 09/15/2004 | | Court Reporter - J. Budreau, Atty. and A. D'Angelo, Atty. |
| 09/29/2004 | 133 | Deft files Pro Se Notice of objection to DNA evidence and Testing |
| 09/29/2004 | 133 | results pursuant to MRCP #22 and Superior Court Rule #8 |
| 09/29/2004 | 134 | Deft files Pro Se Notice of Alibi Defense |
| 09/29/2004 | 135 | Deft files Pro Se Motion for discovery of Medical evidence |
| 09/29/2004 | 136 | Deft files Motion for discovery of tests employed, Test Data, and |
| 09/29/2004 | 136 | Test reults by the Commonwealth's experts |
| 10/08/2004 | 137 | Deft files Motion for discovery of Commonwealth's DNA evidence |
| 10/13/2004 | 138 | Commonwealth files Notice of Discovery XVII |
| 10/25/2004 | 139 | Deft files Pro Se Notice of Motion to recuse |
| 11/30/2004 | | Defendant brought into court - Hearing re: Papter #137, after hearing |
| 11/30/2004 | | Court takes motion under advisement. Hinkle, J. - M. Lee, ADA - D. |
| 11/30/2004 | | Cercone, Court Reporter - J. Budreau & A. D'Angelo, Attorneys for |
| 11/30/2004 | | defendant. |
| 11/30/2004 | | Motion (P#137 allowed and denied as endorsed. (Margaret R Hinkle). |
| 11/30/2004 | | Counsel notfied with copy. |
| 12/06/2004 | 140 | Commonwealth files Notice of Discovery XIX |
| 12/07/2004 | | Defendant brought into court. hearing Re: paper #97 after hearing |
| 12/07/2004 | | Court orders Commonwealth to produce within 14 days as to crime scene |
| 12/07/2004 | | video. ( See endorsement) Hinkle,J. - M. Lee, ADA - D. Cercone, |
| 12/07/2004 | | Court Reporter - J. Budreau & A. D'Angelo, Attorneys for defendant. |
| 12/30/2004 | 141 | Withdrawal of appearance filed by Andrew M D'Angelo |
| 12/30/2004 | 142 | Withdrawal of appearancefiled by James H Budreau |
| 01/11/2005 | 143 | Defendant brought into court. Defendant files motion for additional |
| 01/11/2005 | 143 | information concerning ABC News and or Channel 5. Paper nos. 141 and |
| 01/11/2005 | 143 | 142, no action taken at request of counsel. Hearing paper #143. |
| 01/11/2005 | | Motion (P#143) allowed in part as set forth on the record in Open |
| 01/11/2005 | | Court. Hinkle, J. - M. Lee, ADA - D. Cercone, Court Reporter - A. |
| 01/11/2005 | | D'Angelo & J. Budreau, Attorney for defendant. |

| 01/14/2005 | 144 | Commonwealth files Notice of Discovery XX. |
| 01/31/2005 | 145 | Commonwealth files Notice of Discovery XXI |
| 02/10/2005 | 146 | Deft files Assented to Motion to issue subpoena. |
| 02/10/2005 | | Motion (P#146) allowed. Hinkle, RAJ |
| 02/24/2005 | 147 | Dennis McCarthy's Motion to Quash Subpoena, filed. |
| 03/03/2005 | | Defendant brought into court - Hearing re: paper #147 - Voir Dire of |
| 03/03/2005 | | witness. |
| 03/03/2005 | | Motion (P#147) allowed in part (See record) |
| 03/03/2005 | | Motion (P#147) denied in part. (See record) Case transferred to the |
| 03/03/2005 | | 4th Criminal Session for trial. Hinkle, RAJ - M. Lee, ADA - E. |
| 03/03/2005 | | Hayes(Landwer), Court Reporter - A. D'Angelo & M. Budreau, Attorneys. |
| 04/28/2005 | 148 | Deft files Motion for Out-of-State Summons to Issue |
| 04/28/2005 | 149 | Deft files Motion for an Ex Parte hearing on the Deft's Motion for |
| 04/28/2005 | 149 | Out-of-State Summons to Issue |
| 04/28/2005 | 150 | Deft files Ex Parte Motion for Funds to have Out-of-State Summons |
| 04/28/2005 | 150 | Issue and Wtiness Travel to Massachusetts |
| 04/28/2005 | 151 | Deft files Motion for Funds to Obtain Clothes for Trial |
| 04/28/2005 | 152 | Deft files Motion to Remand Deft a Suffolk County Facility Pending |
| 04/28/2005 | 152 | Trial |
| 05/02/2005 | 153 | Deft files, pro se, Motion in Limine (Segment of Murder Indictment |
| 05/02/2005 | 153 | Not to be Read to Jury |
| 05/02/2005 | 154 | Deft files, pro se, Motion in Limine (Motion to Preclude Government |
| 05/02/2005 | 154 | From Introducing Into Evidence or Showing the Jury Photographs of the |
| 05/02/2005 | 154 | Decedent) |
| 05/02/2005 | 155 | Deft files, pro se, Motion in Limine (Motion to Determine Whether |
| 05/02/2005 | 155 | Witnesses Will Invoke 5th Amendment Right Not to Testify) |
| 05/02/2005 | 156 | Deft files, pro se, Notice of Discovery XXII |
| 05/03/2005 | | Motion (P#148) allowed. |
| 05/03/2005 | | Motion (P#150) allowed. (Elizabeth B Donovan). |
| 05/03/2005 | | Defendant brought into court. |
| 05/03/2005 | | Ex parte hearing held re: issues of counsels' motions to withdraw. |
| 05/03/2005 | | See Record. Court orders said portion of record IMPOUNDED. |
| 05/03/2005 | | Final pre-trial conference held. |
| 05/03/2005 | 156 | Deft files Motion for Records of Witnesses |
| 05/03/2005 | | After hearing, Motion (P#156.1) allowed; Order endorsed thereon. |
| 05/03/2005 | | Deft remanded to Nashua Street Jail. - Donovan, J - M. Lee, ADA - C. |
| 05/03/2005 | | Griffin, ADA - A. D'Angelo/J. Budreau, Attys |
| 05/04/2005 | 157 | Commonwealth files Notice of Discovery XXIII |
| 05/06/2005 | | Process re: Out of State Witness issued as to Edward Harner. |
| 05/10/2005 | | Defendant brought into court. |
| 05/10/2005 | | Ex parte hearing re: counsel. Colloquy with Deft conducted by the |

| | | |
|---|---|---|
| 05/10/2005 | | Court. After hearing, Deft's oral motion to discharge counsel and |
| 05/10/2005 | | proceed to trial pro se is denied, deft electing to continue with |
| 05/10/2005 | | current counsel. See Record. - Donovan, J - C. Griffin, CR - A. |
| 05/10/2005 | | D'Angelo/J. Budreau, Attys |
| 05/11/2005 | 158 | Commonwealth files Notice of Discovery XXIV |
| 05/12/2005 | 159 | Commonwealth files Witness List |
| 05/12/2005 | 160 | Commonwealth files Proposed Statement of the Case and Proposed |
| 05/12/2005 | 160 | Individual Voir Dire Questions for Purposes of Empanelment |
| 05/12/2005 | 161 | Commonwealth files Motion for Judicial Inquiry Into Criminal History |
| 05/12/2005 | 161 | of Potential Trial Jurors, or, in the alternative, Notice of Intent |
| 05/12/2005 | 161 | to Independently Seek Such Information for Limited Purposes of Jury |
| 05/12/2005 | 161 | Empanelment |
| 05/12/2005 | 162 | Commonwealth files Motion for a View |
| 05/12/2005 | 163 | Commonwealth files Motion in Limine Regarding Demonstrative Charts |
| 05/12/2005 | 163 | and Diagrams |
| 05/12/2005 | 164 | Commonwealth files Motion in Limine Regarding Photographs of the |
| 05/12/2005 | 164 | Victim |
| 05/12/2005 | 165 | Commonwealth files Motion in Limine to Exempt Certain Family Members |
| 05/12/2005 | 165 | of the Victim From General Order of Sequestration |
| 05/12/2005 | 166 | Commonwealth files Notice Regarding Testimony of Expert Witnesses |
| 05/12/2005 | 167 | Deft files Proposed Witness list |
| 05/12/2005 | 168 | Deft files Request for Juror Questions |
| 05/12/2005 | 169 | Deft files Motion to be Provided All Exculpatory Evidence Including |
| 05/12/2005 | 169 | Expert Opinions |
| 05/12/2005 | 170 | Deft files Motion in Limine to Redact and/or Limit the Introduction |
| 05/12/2005 | 170 | of Certain Statements, with attachments |
| 05/12/2005 | 171 | Deft files Motion in Limine to Exclude Deft's Prior Convictions |
| 05/12/2005 | 172 | Deft files Motion in Limine to Exclude Line-up Evidence |
| 05/12/2005 | 173 | Deft files Motion for Subpoena of Disciplinary Files |
| 05/16/2005 | | Defendant brought into court. |
| 05/16/2005 | 174 | Deft files Motion to Permit the Deft to Change Clothes in the Suffolk |
| 05/16/2005 | 174 | Superior Courthouse |
| 05/16/2005 | | Hearing re: motions. After hearing. Court rules as follows: |
| 05/16/2005 | | After hearing, Motion (P#161) allowed. See Record. (Elizabeth B |
| 05/16/2005 | | Donovan) |
| 05/16/2005 | | After hearing, Motion (P#162) allowed. (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#163) allowed (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#164) allowed (Elizabeth B Donovan) |
| 05/16/2005 | | After hearing, Motion (P#165) allowed in part (as to witness Jerome |
| 05/16/2005 | | Jeter) and denied in part (as to witness Joan Jeter). See Record. |
| 05/16/2005 | | (Elizabeth B Donovan) |

| | | |
|---|---|---|
| 05/16/2005 | | Defendant's motion re: exculpatory evidence (P#169) - after hearing, |
| 05/16/2005 | | motion endorsed as "moot." See Record. |
| 05/16/2005 | | Hearing on (P#170) to redact and/or limit certain statements held. |
| 05/16/2005 | | After hearing, matter taken under advisement (Donovan, J) |
| 05/16/2005 | | After hearing, Motion (P#172) denied (Elizabeth B Donovan) |
| 05/16/2005 | | Commonwealth's oral motion for trial as to #001 and #002. |
| 05/16/2005 | | Court orders panel of sixteen (16) jurors selected. Impanelment |
| 05/16/2005 | | commences. Six (6) jurors selected. Venari exhausted. |
| 05/16/2005 | | Continued by order of court to May 17, 2005 for continuation of |
| 05/16/2005 | | impanelment. - Elizabeth B Donovan, J - M. Lee/S. Richardson, ADAs - |
| 05/16/2005 | | E. Blake, CR - A. D'Angelo/J. Budreau, Attys |
| 05/17/2005 | | Defendant brought into court. |
| 05/17/2005 | | Motion (P#151) allowed, not to exceed $130.00 (Elizabeth B Donovan) |
| 05/17/2005 | | Impanelment continues. An additional ten (10) jurors selected. |
| 05/17/2005 | | Continued by order of Court to May 18, 2005 at 9:00 a.m. to commence |
| 05/17/2005 | | case-in-chief. - E. Blake, CR |
| 05/17/2005 | 174 | Commonwealth files Notice of Discovery XXV. |
| 05/18/2005 | | Defendant brought into court. |
| 05/18/2005 | | Defendant's request to attend view made, and after hearing, court |
| 05/18/2005 | | rules deft may attend under certain restrictions, deft objecting |
| 05/18/2005 | | thereto, and without waiving objection, deft declines to attend view. |
| 05/18/2005 | | Panel of sixteen (16) jurors present. Jurors sworn. Indictments read. |
| 05/18/2005 | | Preliminary instructions given. View taken. Commonwealth commences |
| 05/18/2005 | | case-in-chief. - E. Blake, CR |
| 05/19/2005 | | Defendant brought into court. |
| 05/19/2005 | | Hearing held re: juror #18-3 Charles Watkins in seat #14. After |
| 05/19/2005 | | hearing, juror excused from further service, deft objecting thereto. |
| 05/19/2005 | | Defendant's oral motion for mistrial made, and after hearing, denied. |
| 05/19/2005 | | See Record. |
| 05/19/2005 | 174 | Deft files Trial Memorandum Regarding Hearsay and Crawford vs. |
| 05/19/2005 | 174 | Washington |
| 05/20/2005 | | Defendant brought into court. |
| 05/20/2005 | 175 | Commonwealth files Motion to Permit the Jury to View Defendant |
| 05/20/2005 | 175 | Walking in the Courtroom |
| 05/20/2005 | | Further hearing held re: P#165. After hearing, Court rules that |
| 05/20/2005 | | witness Jerome Jeter not exempt from sequestration order. See Record. |
| 05/20/2005 | | After hearing, Motion (P#175) denied without prejudice. See Record. |
| 05/20/2005 | | Trial resumes before Donovan, J. and panel of fifteen (15) jurors. - |
| 05/20/2005 | | E. Blake, CR regarding jury trial |
| 05/23/2005 | | Defendant brought into court. |
| 05/23/2005 | | Trial with fifteen jurors present continues. |

| 05/23/2005 | 176 | Attorney Margaret M. Buckley, Boston Police Department, files her |
| 05/23/2005 | 176 | appearance. |
| 05/23/2005 | 177 | Boston Police Department's opposition to deft's motion for subpoena |
| 05/23/2005 | 177 | for production of internal affairs records, filed. |
| 05/23/2005 | | Commonwealth rests. Defendant's oral motion for a required finding of |
| 05/23/2005 | | not guilty is made and after hearing, is denied. |
| 05/23/2005 | 177 | Defendant's request for specific jury instuctions, filed. |
| 05/23/2005 | 178 | Deft files supplemental request for specific jury instructions. |
| 05/23/2005 | 178 | Donovan, J - M. Lee, ADA - R. LeRoux, Court Reporter - A. D'Angelo, |
| 05/23/2005 | 178 | Attorney |
| 05/24/2005 | | Defendant brought into court. |
| 05/24/2005 | | Trial with fifteen (15) jurors present, continues. Defendant rests. |
| 05/24/2005 | 179 | Deft files renewed request for required finding of not guilty. |
| 05/24/2005 | | Motion (P#179) denied. Donovan, J - M. Lee, ADA - D. Cercone, Court |
| 05/24/2005 | | Reporter - A. D'Angelo, Attorney |
| 05/25/2005 | | Defendant brought into court. |
| 05/25/2005 | | The Court appoints Benjamin Bergman (#5) as the foreperson of the |
| 05/25/2005 | | jury. Upon the final submission of the issue to the jury the Court |
| 05/25/2005 | | ordered that the panel be reduced to twelve (12) in number and the |
| 05/25/2005 | | names of Adlar Su (#1) Ellen Fantini (#3) and Wanda Luzunari (#7) |
| 05/25/2005 | | were drawn and designated as alternative jurors. Jury deliberations |
| 05/25/2005 | | begin. Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. |
| 05/25/2005 | | D'Angelo, Attorney |
| 05/26/2005 | | Defendant brought into court. Jury deliberations continued. Verdicts |
| 05/26/2005 | | returned. |
| 05/26/2005 | | RE Offense 1:Guilty verdict as to MURDER IN THE FIRST DEGREE BASED ON |
| 05/26/2005 | | DELIBERATE PREMEDITATION. |
| 05/26/2005 | 180 | Verdict affirmed, verdict slip filed |
| 05/26/2005 | | RE Offense 2:Guilty verdict |
| 05/26/2005 | 181 | Verdict affirmed, verdict slip filed |
| 05/26/2005 | | Continued to May 27, 2005 for imposition of sentence. |
| 05/26/2005 | | All prior orders of bail is revoked |
| 05/26/2005 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street). |
| 05/26/2005 | | Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. D'Angelo, |
| 05/26/2005 | | Attorney |
| 05/27/2005 | | Defendant brought into court. Commonwealth moves for sentencing re: |
| 05/27/2005 | | offenses #001 and #002. |
| 05/27/2005 | | Defendant sentenced as to offense #001 - M.C.I. Cedar Junction - LIFE |
| 05/27/2005 | | (without the possibility of parole) Mittimus issued. |
| 05/27/2005 | | Sentence credit given as per 279:33A: One Thousand Five Hundred Fifty |
| 05/27/2005 | | Six (1,556) Days of said sentence. |

| 05/27/2005 | | Victim-witness fee assessed: $90.00 |
| 05/27/2005 | | Defendant sentenced as to offense #002 - M.C.I. Cedar Junction - Max: |
| 05/27/2005 | | Five (5) years - Min: Four (4) years to be served concurrent with |
| 05/27/2005 | | offense #001. Mittimus issued. |
| 05/27/2005 | | Notified of right of appeal under Rule 64 |
| 05/27/2005 | | Notified of right of appeal under Rule 65 |
| 05/27/2005 | 182 | NOTICE of APPEAL FILED by Leon Robinson |
| 05/27/2005 | 183 | Withdrawal of appearance filed by Andrew M D'Angelo is allowed as |
| 05/27/2005 | 183 | endorsed. Donovan, J - M. Lee, ADA - D. Cercone, Court Reporter - A. |
| 05/27/2005 | 183 | D'Angelo, Attorney |
| 06/08/2005 | | Notice of appeal from sentence to Cedar Junction MCI (Walpole) filed |
| 06/08/2005 | | by Leon Robinson |
| 06/08/2005 | | Notice of Assignment of Counsel assigning Attorney Jeffrey Baler for |
| 06/08/2005 | | direct appearl, filed. |
| 06/08/2005 | | Appearance of Deft's Atty: Jeffrey L Baler |
| 06/08/2005 | 184 | Deft files Pro Se: Appeal from Sentence to MCI Cedar Junction. |
| 06/15/2005 | | Victim-witness fee paid as assessed in the amount of $90.00 |
| 06/16/2005 | | Copy of notice of appeal mailed to Donovan, J. and M. Lee, ADA |
| 06/16/2005 | | Court Reporter King, Nancy M. is hereby notified to prepare one copy |
| 06/16/2005 | | of the transcript of the evidence of May 29, 2002 Motion to dismiss |
| 06/16/2005 | | hearing before Walker, J. and July 14, 15, 16, 2003 Motion to |
| 06/16/2005 | | suppress before Walker, J. Certificate of clerk-filed. |
| 06/16/2005 | | Court Reporter McCann, Nancy is hereby notified to prepare one copy |
| 06/16/2005 | | of the transcript of the evidence of October 21, 2002 Motion to |
| 06/16/2005 | | dismiss before McEvoy, J. |
| 06/16/2005 | | Court Reporter Connelly, Paula is hereby notified to prepare one copy |
| 06/16/2005 | | of the transcript of the evidence of November 26, 2002 Motion to |
| 06/16/2005 | | dismiss before Hines, J. |
| 06/16/2005 | | Court Reporter Blake, Ellen is hereby notified to prepare one copy of |
| 06/16/2005 | | the transcript of the evidence of May 16, 17, 18, 19, 20, 2005 |
| 06/16/2005 | | Motions - Impanelment - Trial before Donovan, J. Certificate of |
| 06/16/2005 | | clerk-filed. |
| 06/16/2005 | | Court Reporter LeRoux, Richard is hereby notified to prepare one copy |
| 06/16/2005 | | of the transcript of the evidence of May 23, 2005 Motions - Trial |
| 06/16/2005 | | before Donovan, J. |
| 06/16/2005 | | Court Reporter Cercone, Diane is hereby notified to prepare one copy |
| 06/16/2005 | | of the transcript of the evidence of May 24, 25, 26, 27, 2005 Motions |
| 06/16/2005 | | - Trial - Verdict - Disposition before Donovan, J. |
| 07/01/2005 | | Notice of Assignment of counsel assigning Attorney Jeffrey Baler for |
| 07/01/2005 | | direct Appeal, filed. |
| 07/11/2005 | 185 | Attorney files Notice of Appearance. |

| 08/19/2005 | 186 | Deft files Motion for funds and order for the production of |
| 08/19/2005 | 186 | transcripts of pretrial proceedings and affidavit of counsel in |
| 08/19/2005 | 186 | support of, filed. |
| 08/30/2005 | | Motion (P#186) for funds and order for the production of transcripts |
| 08/30/2005 | | of pre trial proceedings, 8/29/05 motion for funds for transcripts is |
| 08/30/2005 | | allowed. Donovan J. (Court reporters and Attorney Baer notified with |
| 08/30/2005 | | copy ) |

## Charges

2 Charges for Docket: SUCR2001-10384

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Dang weapon, possess gun, no license, on person/in MV | | Guilty verdic |
| 2 | MURDER c265 s1 | | Guilty verdic |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.