# Exhibit D

# The Commonwealth of Massachusetts

Suffolk ss.

To: Keeper of the Records, or ~~President Steven Bornstein~~ AMERICAN BROAD-CASTING SERVICES IN, ABC 77 West 66th Street, NY, NY C/O CT Corporation, 101 Federal Street, Boston, MA 02110

**You are hereby commanded,** *in the name of the Commonwealth of Massachusetts, to appear before the* **Suffolk Superior** *Court* **Department of the Trial Court** *holden at,* **90 Devonshire Street, Boston, MA, 02109** *within and for the county of* **Suffolk** *on the* **8th** *day of* **December, 2003** *at* **2:00** *o'clock in the* **AFTER** *noon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know relating to an action of* **Criminal** *then and there to be heard and tried between* **Commonwealth** *Plaintiff, and* **Leon Robinson, 2001-10384** *Defendant, you are further required to bring with you*

*Any and all documents and film relating to the filming of 24/7 show or other documentary or news program involving the Boston Police on February 21, and February 22, 2001. Also include any letters, correspondence, inter-office memos, etc. Report to the Magistrates Session located on the 9th floor of the courthouse. Contact attorney James Budreau for the defendant, upon receipt 617-227-3700.*

**This subpoena is issued at the request of the indigent defendant per Chapter 233, Sections One and Three.**

**Hereof fail not,** *as you will answer your default under the pains and penalties in the law in that behalf made and provided.*

Dated at Methuen *the* **05th** *day of* ~~November~~ December *A.D. 2003.*

*Scott A. Keller - Notary Public*
*My Commission Expires 12-22-06*

A TRUE ATTESTED COPY