# Exhibit E

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS. | SUPERIOR COURT<br>DEPARTMENT OF<br>THE TRIAL COURT |

|  |  |
|---|---|
| COMMONWEALTH )<br>)<br>v. )<br>)<br>LEON ROBINSON ) | CRIMINAL NO.<br>2001-CR-10384 |

**RESPONSE OF NON-PARTY AMERICAN BROADCASTING COMPANIES, INC. TO DEFENDANT'S SUBPOENA**

American Broadcasting Companies, Inc. ("ABC"), a non-party to this action, responds to the subpoena of the defendant (a copy of which is attached hereto as <u>Exhibit A</u>) as follows:

Without waiving any objections as to the issuance, service and enforceability of the subpoena, ABC states that (a) it has made a diligent search for a videotape made on or about February 21, or February 22, 2001, of events related to the execution of a search warrant of defendant's premises; and (b) no such videotape has been found.

LITDOCS:529901.1

AMERICAN BROADCASTING COMPANIES, INC.

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano  BBO# 013850
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000


**OF COUNSEL:**
Henry S. Hoberman
David T. Seiden
**American Broadcasting Companies, Inc.**
77 West 66th Street
New York, NY 10023

Dated: December 19, 2003

### Certificate of Service

I, Jonathan M. Albano, certify that on December 19, 2003, I caused a copy of this document to be served by hand on James H. Budreau, Esq., 20 Park Plaza, Suite 905, Boston, MA 02116 and A.D.A. Mark Lee, Suffolk County District Attorney's Office, 1 Bulfinch Place, Boston, MA 02114.

*/s/ Jonathan M. Albano*
Jonathan M. Albano

LITDOCS:529901.1

# The Commonwealth of Massachusetts

Suffolk ss.

To: Keeper of the Records, American Broadcasting Services, 77 West 66th Street, NY, NY C/O CT Corporation, 101 Federal Street, Boston, MA 02110

You are hereby commanded, *in the name of the Commonwealth of Massachusetts, to appear before the* Suffolk Superior *Court* Department of the Trial Court *holden at*, 90 Devonshire Street, Boston, MA, 02109 *within and for the county of* Suffolk *on the* 22nd *day of* December, 2003 *at* 2:00 *o'clock in the* AFTER *noon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know relating to an action of* Criminal *then and there to be heard and tried between* Commonwealth *Plaintiff, and* Leon Robinson, 2001-10384 *Defendant, you are further required to bring with you*

*Any and all documents and film relating to the filming of 24/7 show or other documentary or news program involving the Boston Police on February 21, and February 22, 2001. Also include any letters, correspondence, inter-office memos, etc. Report to the Magistrates Session located on the 9th floor of the courthouse. Contact attorney James Budreau for the defendant, upon receipt 617-227-3700.*

This subpoena is issued at the request of the indigent defendant per Chapter 233, Sections One and Three.

Hereof fail not, *as you will answer your default under the pains and penalties in the law in that behalf made and provided.*

Dated at Methuen *the* 14th *day of* December *A.D.* 2003.

*[signature]*

Scott A. Keller – *Notary Public*
*My Commission Expires 12-22-06*

A TRUE
ATTESTED COPY

EXHIBIT A