# Exhibit F

# Commonwealth of Massachusetts
## THE TRIAL COURT
### SUPERIOR COURT DEPARTMENT

**SUFFOLK DIVISION**　　　　　　　　　　　　**DOCKET #SUCR2001-10384**

**COMMONWEALTH,**
　　　　　　PLAINTIFF

　　　　　　　　　　　　　　　　　　　　　　**SUBPOENA**

v.

**LEON ROBINSON,**
　　　　　　DEFENDANT

*To:*　Keeper of Records
　　　American Broadcasting Systems, Inc.
　　　c/o Jonathan Albano, Esq.
　　　Bingham McCutchen, LLP
　　　150 Federal Street
　　　Boston, MA 02210

***GREETING.***

***YOU ARE HEREBY COMMANDED,*** in the name of the **Commonwealth of Massachusetts** to appear ON BEHALF OF THE DEFENDANT, before the Superior Court Department holden at 90 Devonshire Street, Courtroom 9, Boston, Ma, within and for the County of Suffolk, on Thursday, March 3, 2005, at 2:00 o'clock in the afternoon, and from day to day thereafter, until the action as aforesaid is heard by said Court, to give evidence of what you know relating to said action then and there to be heard and tried.

*And you are further required to bring with you:*

- 1. Any and all film relating to the filming of 1587 Commonwealth Avenue in Boston and 27 Spring Street, West Roxbury on February 21, 2001 and February 22, 2001.
- 2. Any and all correspondence, documents, memoranda between ABC and/or it's affiliates, including legal counsel to the Boston Police Department or Suffolk County District Attorneys Office regarding the filming of 1587 Commonwealth Avenue in Boston and 27 Spring Street, West Roxbury on Feburary 21, 2001 and February 22, 2001 or Leon Robinson.

- 3. Any and all correspondence, documents, memoranda between ABC and/or it's affiliates, including legal counsel to the Boston Police Department or Suffolk County District Attorneys Office relating to a December 5, 2003 subpoena, which was served on ABC on same date.

***HEREOF FAIL NOT,*** as you will answer your default under the pains and penalties in the law in that behalf made and provided.

**Dated at:** Boston, this 15th day of February, A.D. 2005.



Notary Public - Sheryle J. Meade

My Commission Expires: October 11, 2007