# Exhibit H

# Commonwealth of Massachusetts
## THE TRIAL COURT
## SUPERIOR COURT DEPARTMENT

**SUFFOLK DIVISION**                                **DOCKET #SUCR2001-10384**

COMMONWEALTH,
             PLAINTIFF

v.                                                  SUBPOENA

LEON ROBINSON,
             DEFENDANT

*To:*   Dennis McCarthy
        c/o Jonathan Albano, Esq.
        Bingham McCutchen, LLP
        150 Federal Street
        Boston, MA 02110

*GREETING.*

*YOU ARE HEREBY COMMANDED,* in the name of the **Commonwealth of Massachusetts** to appear ON BEHALF OF THE DEFENDANT, before the Superior Court Department holden at 90 Devonshire Street, Courtroom 9, Boston, Ma, within and for the County of Suffolk, on Thursday, March 3, 2005, at 2:00 o'clock in the afternoon, and from day to day thereafter, until the action as aforesaid is heard by said Court, to give evidence of what you know relating to said action then and there to be heard and tried.

*HEREOF FAIL NOT,* as you will answer your default under the pains and penalties in the law in that behalf made and provided.

**Dated at:** Boston, this 15th day of February, A.D. 2005.

_____
Notary Public - Sheryle J. Meade

My Commission Expires: October 11, 2007