# Exhibit I

VOLUME: 1
PAGES: 1-50
EXHIBITS: None

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK

THE SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS )
        Plaintiff, )
        )
v. ) CRIMINAL DOCKET
        ) SUCR2001-10384
LEON ROBINSON )
        Defendant. )

EVENT: Motion Hearing

BEFORE: The Honorable Margaret R. Hinkle (J.)

PLACE: Suffolk Superior Court, Courtroom 9

       John W. McCormack P.O. & Courthouse

       Boston, Massachusetts 02109

DATE: Thursday, March 3, 2005

TIME: 2:30 p.m.

ELIZABETH A. HAYES
HAYES COURT REPORTING
211 Aspen Circle
Lincoln, MA 01773
781.259.0705

```
 1                    APPEARANCES
 2
 3     Representing the Plaintiff:
 4     MARK T. LEE, ESQUIRE
 5     Assistant District Attorney
 6     Suffolk County District Attorney's Office
 7     1 Bulfinch Place
 8     Boston, Massachusetts   02114
 9
10     Representing the Defendant:
11     ANDREW M. D'ANGELO, ESQUIRE
12     JAMES H. BUDREAU, ESQUIRE
13     20 Park Plaza
14     Boston, Massachusetts   02116
15
16     Also Appearing:
17     BRANDON L. BIGELOW, ESQUIRE
18     BINGHAM, McCUTCHEN
19     150 Federal Street
20     Boston, Massachusetts   02110
21
22
23
24
```

```
 1                    I N D E X
                                          PAGE
 2
     Motion Hearing                         5
 3
          WITNESSES
 4
     DENNIS McCARTHY
 5        Examination by Mr. Budreau       42

 6
                   E X H I B I T S
 7
     NO.      DESCRIPTION                  PAGE
 8

 9   None

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1    and allowing things to move forward, we
 2    have reached this accommodation.
 3            THE COURT:  All right.  And
 4    everybody understands that this is no
 5    precedent for argument before any other
 6    judge that Rule 17 permits.  You
 7    understand, counsel?
 8            MR. BUDREAU:  We would never do
 9    that, Your Honor.
10            And, Your Honor, as a preliminary
11    matter, we had already discussed the
12    sequestration of Lieutenant Wyse.
13            THE COURT:  Yes, and at this
14    point, I would like Mr. Wyse just outside
15    the room, only for this purpose.
16            Call the witness, please.
17            MR. BUDREAU:  Dennis McCarthy,
18    please.
19            Whereupon, MR. DENNIS McCARTHY
20    took the stand and, having been duly sworn,
21    was examined and testified as follows:
22
23    EXAMINATION BY MR. BUDREAU:
24            MR. BUDREAU:  Your Honor, James
```

```
 1         Budreau, on behalf of Mr. Robinson.  If I
 2         may proceed?
 3              THE COURT:  Go ahead.
 4              MR. BUDREAU:  Thank you.
 5    Q.   Mr. McCarthy, could you identify yourself
 6         for the record.
 7    A.   My name is Dennis McCarthy.
 8    Q.   And back in 2001, specifically February 21,
 9         2001, who were you working for?
10    A.   My recollection is that I was working for
11         ABC News.
12    Q.   And you were working as a cameraman?
13    A.   Yes.
14    Q.   And at some point during that day, were you
15         at an apartment in West Roxbury,
16         specifically 27 Spring Street, as part of
17         your work for 24/7?
18    A.   I have no recollection of that
19         specifically.
20    Q.   And you have no recollection of being at an
21         apartment that day?
22    A.   No, my job was to follow the Homicide
23         detectives as they conducted an
24         investigation.  I joined them.
```

```
 1   Q.   As part of your work for 24/7?
 2   A.   Right.
 3   Q.   And do you remember as part of your work on
 4        that day whether or not you were present
 5        near an apartment or any apartment as part
 6        of your filming in the 24/7 segment?
 7   A.   My recollection is that I was with the
 8        police when they went to the apartment.  I
 9        do not recall going in the apartment and
10        filming in the apartment.
11   Q.   Is that because you don't have a present
12        recollection of whether you did, or because
13        you didn't do it?
14   A.   I don't have a present recollection of
15        doing it.
16   Q.   And do you remember whether or not the
17        police had a search warrant when they went
18        to that apartment?
19   A.   My recollection of the night is that they
20        went to a judge's house, obtained the
21        warrant.  And the reason I remember that is
22        because I remember the judge was in her
23        pajamas and asked me to not to film while
24        she gave them the warrant.
```

| | | |
|---|---|---|
| 1 | Q. | Did you film her in her pajamas? |
| 2 | A. | No, I did not. But, I do recall going from |
| 3 | | the judge's premises with the warrant, to |
| 4 | | the location that they were going to |
| 5 | | search. |
| 6 | Q. | So, it's your recollection today that the |
| 7 | | police had a warrant when they initially |
| 8 | | went to the apartment, at least the police |
| 9 | | that you were with? |
| 10 | A. | That is my recollection. |
| 11 | Q. | And when you got to the apartment, do you |
| 12 | | know how the police got into the apartment? |
| 13 | A. | I don't recall. |
| 14 | Q. | Do you remember whether you did any filming |
| 15 | | at all while you were inside that apartment |
| 16 | | complex? |
| 17 | | THE COURT: Ask the question |
| 18 | | again. I just didn't hear it. |
| 19 | Q. | Do you remember whether or not you did any |
| 20 | | filming at all while you were in the |
| 21 | | apartment complex? |
| 22 | A. | That, I don't recall. |
| 23 | | MR. BUDREAU: If I may just |
| 24 | | consult with my brother over here regarding |

```
 1                    C E R T I F I C A T E
 2               COMMONWEALTH OF MASSACHUSETTS
 3          COUNTY OF MIDDLESEX, ss.
 4               I, Elizabeth A. Hayes, a professional
 5          court reporter and Notary Public in and for
 6          the Commonwealth of Massachusetts, do herby
 7          certify that the foregoing transcript is a
 8          complete, accurate and true transcription of
 9          the proceedings in the aforesaid matter, to
10          the best of my skill and ability.
11               I further testify that I am neither
12          attorney or counsel for, nor related to or
13          employed by any of the parties hereto or
14          financially or in any way interested in the
15          action and its outcome.
16               IN WITNESS WHEREOF, I have hereunto set
17          my hand and affixed my notarial seal this 18th
18          day of August, 2005.
19
20          _____
            Elizabeth A. Hayes
21          My Commission Expires:  August 9, 2007
22
23
24
```