UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11023 RCL

LEON ROBINSON,
  Plaintiff

v.

THOMAS MENINO, PAUL F.
EVANS, JAMES WYSE,
MICHAEL PRIMM, JOHN A.
MARTEL, WAYNE ROCK,
GARRETT MITCHELL,
CHARLES HARDY, AMERICAN
BROADCASTING CO., INC.,
HEARST-ARGYLE STATION
INC., WCVB TV (Channel 5,
Boston) DENNIS MCCARTHY
AND JOHN DOE I,
  Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I, Plaintiff hereby certify that I have been unable to contact nor communicate with the Defendant(S), and their Attorney(S), as the Plaintiff is currently incarcerated and is without Counsel to communicate with the Defendant(S), concerning the Plaintiff's Motion for Franks/ Amral Hearing Regarding to the Search of the Plaintiff's Apartment and therefore I were unable to resolve or narrow the issue prior to filing the above motion.

                              Respectfully Submitted,
                              BY THE PLAINTIFF,

(1)

_____
LEON ROBINSON, PLAINTIFF, PRO SE
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA 01464

CERTIFICATE OF SERVICE

    I, Leon Robinson, hereby certify that on this 19th day of September, 2005, I served a copy of the forgoing document upon: All of the Defendant(S) Counsel(S) by prepaid first class postage mail to all parties in this Civil case.

DATE: 9/19/05            _____
                         LEON ROBINSON, W-85592, PRO SE

(2)