ATTN: United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston MA. 02210

Nov 23/2005

RE: Robinson v Menino et al
1:04-CV-11023-RCL

Requesting Copy of
Motion(s) and Attch-Exhibits

Dear Sir/Madam:

Concerning the Above matter, Please
Allow me to get Copies of
the following Motion(s) as
my file - as note noted with
these Motions.

1. Paper No. 49 with Exhibits 1, 2, 3, A B C
2. Paper No. 51   3. 56; + 57;
4. Paper No. 58 and 59 and paper No. 60

Please add Electronic Clerk's Notes for
my file of the Proceedings held befor
Judge Reginald C. Lindsay 9/28/05

Thank you for your Time
Concerning this matter.

Respectfully,
Leon Robinson
MRm                S.B.C.C. W85592
CC: File           P.O Box 8000
Shirley, MA 01464