**LEON J. ROBINSON, II**

**W-85582**

SOUZA BARANOSKI CORRT. CTR,
POST OFFICE BOX 8000
SHIRLEY, MASSACHUSETTS 01464

October 12, 2006

Attn: Don Stanhope,
Civil Clerk's Office
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Leon Robinson v. Thomas Menino et al.,
    Civil Action No# 04-11023-RCL
    Requesting copy of All Motion(S)


**RESPECTFULLY REQUESTING COPY OF ALL MOTION AND ATTACHMENTS
ON DOCKET (1) THROUGH (61) WITH THE EXHIBITS ADDED**

Dear Clerk of Court:

    Concerning the above matter, I, am the Plaintiff in the above matter and respectfully request copy of **ALL** documents that is noted on civil docket, that includes all Motions; Attachments; & Exhibits; ect.   The Plaintiff Leon Robinson states that he can pay for the copies of these documents by way of Money Order, he respectfully request that this Court allow this request as payment is being made for the copies of the case file.

    The copy of the Documents are needed for the Plaintiff's file. The copy of his file in the instant case has been destroyed by fluid in prison.  These documents are needed for case file. Respectfully requesting cost/price for copy through (1) to (61).


(1)

The Plaintiff, Leon Robinson, further states that if the request is allowed, he will like to know the amount/cost/price for the coping and shipping and handling of the case file. **Furthermore,** the plaintiff will like to thank the Clerk's Office for their time and their concerns to this matter.

Please forward a cover letter that can be added with the payment for the copies, so that you would know what the payment is for. I do pay that this letter find you and your Office in the best of health and in good spirits. Please respond in godspeed.

Respectfully Submitted,
BY THE PLAINTIFF,

LEON ROBINSON, W-85592

LJR:w
CC: Attorneys on records
file

(2)