LEON J. ROBINSON, II
W-85592
SOUZA BARANOSKI CORRT. CTR
POST OFFICE BOX 8000
SHIRLEY, MASSACHUSETTS 01464

FILED
IN CLERKS OFFICE

2007 SEP -4 P 4: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

August 28, 2007

Attn: Clerk of U.S. District Court
Attn: Lisa Hourihan
United States District Court
For the District of Massachusetts 02210

RE: Leon Robinson v. Thomas Menino, et al.
    U.S.D.C., Civil Action No. 04CV11023 RCL
    Filing and Ruling on Motion for Appointment of Counsel

Dear Clerk of Court:

   Concerning the above matter, I am the Plaintiff in this Civil Action and I had resently forward a Motion for Appointment of Counsel to this Honerable Court and did not received any response of the filing of the motion nor if the Honerable Justice (Reginald C. Lindsay) had made a ruling as of to date.

   Please allow me one true copy of "Docket Sheet" to review of the filing of the motion. Also, please forgive me if the matter is under a hearing or ruling of Judge Lindsay.

   I thank you for your time concerning this matter, please respond back in godspeed.

Respectfully Submitted,

LJR:w
CC:file

/s/ Leon Williams
LEON ROBINSON, W-85592