UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS (BOSTON)

FILED
IN CLERKS OFFICE
2025 APR -7 PM 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

LEON ROBINSON, Plaintiff

VS.   CIVIL ACTION NO# 1:04-cv-11023-RCL

THOMAS M. MENINO, et al
                Defendants

## MOTION FOR LEAVE TO REOPEN CIVIL ACTION AND TO FILE AN AMENDED FILING OF COMPLAINT AND MOTIONS

[P]laintiff, Leon Robinson, pursuant to Rule 15 and 19(a), Fed.R.Civ.P., requests leave to Re-Open this civil action matter and to grant leave to file an amended complaint or re-filed motions which are mostly on the docket, but need to add other parties.

1. The plaintiff in his original complaint named Mayor, Thomas Menino, Boston Police Officer(S); American Boadcasting Co., INC.,; Hearst-Argyle Sstation INC.,; WCB TV (Channal 5, Boston); and Defendent, Dennis McCarthy.

(1)

2. On 9/28/2005 proceeding held BEFORE Judge Reginald C. Lindsay, Status Conference. The Plaintiff, Mr. Leon Robinson, participated by Telphone. Counsel(S) for the Defendant's and Mr. Robinson report on the status of the case.

3. Judge, Reginald C. Lindsay, determines that this Civil Action should be STAYED pending the appeal of the State Court action. *

4. The Plaintiff's Direct Appeal to the Massachusetts Supreme Court has Wrongfully Affirmed the Plaintiff's Conviction on 04/12/2024.

5. Since the filing of the complaint the plaintiff determined that the Names of the John Doe Defendant is [JOHN A. MARTL]. The paragraphs in which i refer to John Doe are requested to be amended to reflect the identity and the action of Officer [JOHN A. MARTL], of the Boston Police Department.

6. This Court should grant leave freely to REMOVE the STAY of the civil action and grant leave to AMEND a complaint or re-file Motions as Ordered by Judge, (Reginald C. Lindsay).
See Foman v. Davis, 371 U.S. 178, 182 (1962).

DATE: JUNE 1, 2025

RESPECTFULLY SUBMITTED

*Leon Robinson*

LEON ROBINSON, W-85592
MCI SHIRLEY
HAVARD ROAD
P.O. BOX 1218
SHIRLEY, MA 01464

### CERTIFICATE OF SERVICE

I, the undersigned, do herby certify that I have served a copy of this forgoing instrument upon the Clerk of this Court, via properly addressed U.S. mail, with first-class postage prepaid affixed thereto, by placing into the internal mailing system as made available to Prisoners for legal mail, at the Massachusetts Department of Correction, MCI Shirley, The Plaintiff further respectfully requests that a copy of this Motions be forwarded to all interested parties via the CM/ECF system, as he is <u>Medically</u> detained in the Hospital, Indigent, and has no other mean.

Done This 1st. Day of June 2025

Respectfully Submitted

*Leon Robinson*

LEOB ROBINSON, W-85592

(3)

Leon Robin
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

BOSTON MA 020
5 APR 2025 PM 9 L

ATTN: Clerk of U.S. District Court
District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

For Filing